# 15-2411-cv

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

CHURCH & DWIGHT CO., INC., a Delaware corporation,

*Plaintiff-Appellee*,

*v.*

SPD SWISS PRECISION DIAGNOSTICS GmbH, a Swiss Corporation,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the Southern District of New York, No. 14-cv-585
Before the Honorable Alison J. Nathan

### JOINT APPENDIX
### VOLUME 24 OF 40 (JA5925 - JA6176)

RICHARD M. GOLDSTEIN
LAWRENCE I. WEINSTEIN
MICHAEL T. MERVIS
BALDASSARE VINTI
JEFFREY H. WARSHAFSKY
Q. JENNIFER YANG
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000

SETH P. WAXMAN
THOMAS G. SAUNDERS
ARI J. SAVITZKY*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

*Admitted only in New York; practice
supervised by members of the firm who
are members of the DC Bar*

*Counsel for Plaintiff-Appellee*

*Counsel for Defendant-Appellant*

October 9, 2015

**ADDITIONAL COUNSEL LISTED ON INSIDE COVER**

HANNA A. BAEK
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY  10007
(212) 230-8800

JEFFREY G. KNOWLES
JULIA D. GREER
DAVID MEHRETU
ALICE H. WANG
COBLENTZ PATCH
  DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA  94104-5500
(415) 391-4800

*Counsel for Defendant-Appellant*

**TABLE OF CONTENTS**

Page

## VOLUME I

**DOCKET SHEET**

No. 14-cv-585 ....................................................................................... JA1

**DOCKET ENTRIES**

Complaint filed by C&D, Dkt. 2........................................................ JA67

Exhibit A to SPD Request for Judicial Notice to Motion to Dismiss—
    printout from the FDA, Dkt. 60-1........................................... JA126

Exhibit E to Ryan Daly Declaration in Support of Opposition to Motion
    for Preliminary Injunction—pictures of the Product shown on shelf
    in Walmart, Target, and Walgreens locations across the U.S.,
    Dkt. 88-5 ...................................................................................... JA130

Memorandum and Order on Motion to Dismiss, Dkt. 93................................ JA136

SPD Answer, Dkt. 105...................................................................... JA167

Exhibits A and B to Jeffrey G. Knowles Declaration in Support of
    Motion in Limine to Limit the Scope of the Case to the
    Advertising, Dkt. 141-1 ............................................................ JA184

Exhibits C through E to Jeffrey G. Knowles Declaration in Support of
    Motion in Limine to Limit the Scope of the Case to the
    Advertising, Dkt. 141-2 ............................................................ JA211

Exhibit F to Jeffrey G. Knowles Declaration in Support of Motion in
    Limine to Limit the Scope of the Case to the Advertising,
    Dkt. 141-3 .................................................................................. JA233

Exhibit G to Jeffrey G. Knowles Declaration in Support of Motion in
    Limine to Limit the Scope of the Case to the Advertising,
    Dkt. 141-4 .................................................................................. JA240

## **VOLUME 2**

Exhibits H through I to Jeffrey G. Knowles Declaration in Support of
Motion in Limine to Limit the Scope of the Case to the
Advertising, Dkt. 141-5 .........................................................................JA289

Exhibit J, Part 1 to Jeffrey G. Knowles Declaration in Support of Motion
in Limine to Limit the Scope of the Case to the Advertising,
Dkt. 141-6 ..............................................................................................JA338

Exhibit J, Part 2 to Jeffrey G. Knowles Declaration in Support of Motion
in Limine to Limit the Scope of the Case to the Advertising,
Dkt. 141-7 ..............................................................................................JA361

Exhibits K through N to Jeffrey G. Knowles Declaration in Support of
Motion in Limine to Limit the Scope of the Case to the
Advertising, Dkt. 141-8 .........................................................................JA385

Exhibit A to Vinti Declaration, Oct. 17, 2013 Email from Vinti to Greer,
re C&D/SPD Arbitration, Dkt. 142-1 .....................................................JA396

Exhibit B to Vinti Declaration, Dec. 10, 2012 Letter from FDA to SPD
providing 510k Clearance for Clearblue Advanced Pregnancy Test
with Weeks Estimator, Dkt. 142-2 .........................................................JA399

Exhibit C to Vinti Declaration, Excerpts from May 22, 2014 Hearing
Transcript, Dkt. 142-3..............................................................................JA405

Exhibit D to Vinti Declaration, Excerpts from Sept. 5, 2014 Mark Gittins
Deposition Transcript, Dkt. 142-4..........................................................JA410

Exhibit E to Vinti Declaration, Excerpts from Aug. 12, 2014 Hearing
Transcript, Dkt. 142-5..............................................................................JA414

Memorandum and Order denying Motion in Limine to Limit the Scope of
the Case to the Advertising, Dkt. 177.....................................................JA418

Exhibit C to Jeffrey G. Knowles Declaration in Support of Motion in
Limine to Dismiss all False Advertising Claims—Excerpts from
Oct. 2, 2014 Stacey Feldman Deposition Transcript, Dkt. 225-3 ..........JA426

Exhibit E to Jeffrey G. Knowles Declaration in Support of Motion in
    Limine to Dismiss all False Advertising Claims—Excerpts from
    Jan. 15, 2015 Dr. Bruce Isaacson Deposition Transcript, Dkt. 225-5......JA450

Exhibit F to Jeffrey G. Knowles Declaration in Support of Motion in
    Limine to Dismiss all False Advertising Claims—Excerpts from
    Jan. 21, 2015 Dr. Pasquale Patrizio Deposition Transcript,
    Dkt. 225-6 ...................................................................................JA458

Affidavit of Jeffrey Knowles in Support of Motions docketed at 265-274,
    Dkt. 275 .....................................................................................JA473

Exhibit A to Jeffrey Knowles Declaration in Support of Motions
    docketed at 265-274—Excerpts from Oct. 2, 2014 Stacey Feldman
    Deposition Transcript, Dkt. 276 ............................................JA476

## VOLUME 3

Exhibit B to Jeffrey Knowles Declaration in Support of Motions
    docketed at 265-274—Dec. 1, 2014 Dr. Tulin Erdem Expert
    Report, Dkt. 277 .......................................................................JA487

Exhibit C to Jeffrey Knowles Declaration in Support of Motions
    docketed at 265-274—Hal Poret Expert Report (excluding
    Appendices B, C, and G), Dkt. 278 .......................................JA615

Exhibit D to Jeffrey Knowles Declaration in Support of Motions
    docketed at 265-274—Dec. 15, 2014 Dr. Tulin Erdem Rebuttal
    Report, Dkt. 279 .......................................................................JA750

## VOLUME 4

Exhibit E to Jeffrey Knowles Declaration in Support of Motions docketed
    at 265-274—Jan. 8, 2015 Hal Poret Deposition Transcript, Dkt.
    280 .............................................................................................JA783

Exhibit F to Jeffrey Knowles Declaration in Support of Motions docketed
    at 265-274—Excerpts from Jan. 15, 2015 Dr. Bruce Isaacson
    Deposition Transcript, Dkt. 281 ............................................JA815

Exhibit G to Jeffrey Knowles Declaration in Support of Motions
    docketed at 265-274—Excerpts from Jan. 21, 2015 Dr. Pasquale
    Patrizio Deposition Transcript, Dkt. 282................................JA821

Exhibit H to Jeffrey Knowles Declaration in Support of Motions
docketed at 265-274—Excerpts from Jan. 28, 2015 Dr. Tulin
Erdem Deposition Transcript, Dkt. 283 ................................................ JA858

Exhibit I to Jeffrey Knowles Declaration in Support of Motions docketed
at 265-274—Dec. 1, 2014 Dr. Pasquale Patrizio Expert Report,
Dkt. 284 .................................................................................................. JA870

Exhibit 12 to Vinti Declaration—previously attached as Exhibit O to
Gittins Declaration (Dkt 90-15), Dkt. 235-12 ........................................ JA886

Exhibit 16 to Vinti Declaration —previously attached as Exhibit V to
Gittins Decl. (Dkt 90-22), Dkt. 235-16 .................................................. JA900

Exhibit 24 to Vinti Declaration—Excerpt from Sept. 19, 2014 Sarah
Johnson Deposition, Dkt. 235-24 ........................................................... JA906

Exhibit 27 to Vinti Declaration, Dkt. 235-27 ................................................... JA909

Exhibit 3 to Vinti Declaration, Dkt. 235-3 ....................................................... JA913

Exhibit 4 to Vinti Declaration —previously attached as Exhibit I to
Gittins Decl. (Dkt 90-9), Dkt. 235-4 ...................................................... JA933

Exhibit 6 to Vinti Declaration—Excerpts from Sept. 5, 2014 Mark Gittins
Deposition, Dkt. 235-6 ........................................................................... JA938

Exhibit 7 to Vinti Declaration—package submitted to FDA for clearance
on Nov. 28, 2012, Dkt. 235-7 ................................................................ JA957

Exhibit 8 to Vinti Declaration—"Original Package" marketed to U.S.
consumers beginning in Aug. 2013, Dkt. 235-8 ..................................... JA960

Order re Daubert Motions, Dkt. 239 ................................................................ JA962

## VOLUME 5

Stipulated Facts—Joint Preliminary Trial Report, Dkt. 264 ............................ JA964

Memorandum and Order denying Motion in Limine to Dismiss All False
Advertising Claims, Dkt. 329 ................................................................. JA1141

Memorandum and Order, Dkt. 397 ................................................................. JA1161

Declaration of Stefan Zingg in Support of Motion to Stay, Dkt. 401 ............ JA1215

Declaration of Ryan Daly in Support of Motion to Stay, Dkt. 400 ............... JA1222

## **VOLUME 6**

Letter to Judge Nathan from J. Knowles re Scope of Permanent
    Injunction, July 22, 2015, Dkt. 410 .................................................. JA1225
    Exhibit A................................................................................................ JA1266
    Exhibit B ............................................................................................... JA1267
    Exhibit C................................................................................................ JA1268
    Exhibit D................................................................................................ JA1273
    Exhibit E ............................................................................................... JA1291
    Exhibit F ............................................................................................... JA1302

Declaration of Leah Wood Miramonti in Support of Letter re Scope of
    Permanent Injunction, Dkt. 411 ........................................................... JA1305

Exhibit A to Mervis Letter—C&D's Proposed Permanent Injunction
    Order, Dkt. 412-1 ................................................................................. JA1309

Exhibit B to Mervis Letter—Jan. 10, 2005 Order from *McNeil-PPC v.*
    *Pfizer* (04-cv-7684), Dkt. 412-2 .......................................................... JA1319

Exhibit C to Mervis Letter—Feb. 5, 2013 Amended Judgment from
    *Merck Eprova v Brookstone Pharms* (09-cv-9684), Dkt. 412-3 .......... JA1322

Exhibit D to Mervis Letter—Aug. 9, 2013 Proposed Corrective
    Advertising Order from *Merck Eprova v. Brookstone Pharms* (09-
    cv-9684), Dkt. 412-4 ............................................................................ JA1325

Exhibit E to Mervis Letter—Dec. 23, 2004 Order from *Johnson &*
    *Johnson Vision Care v. CIBA Vision* (04-cv-7369), Dkt. 412-5 .......... JA1332

Exhibit F to Mervis Letter—Feb. 10, 2014 Final Judgment from *C-*
    *Holdings v. Asiarim Corp* (12-cv-928), Dkt. 412-6 ............................ JA1335

Exhibit G to Mervis Letter—June 4, 2009 Amended Order from *Bracco*
    *Diagnostics v Amersham Health* (03-cv-6025), Dkt. 412-7................. JA1348

Exhibit H to Mervis Letter—Clearblue Pregnancy Test with Weeks
    Estimator website screenshot, www.clearblueeasy.com/advanced-
    pregnancy-test-with-weeks-estlmator.php, Dkt. 412-8 ........................ JA1353

Letter addressed to Judge Nathan from Michael T. Mervis re Proposed
    Permanent Injunction Order, July 22, 2015, Dkt. 412 ........................ JA1355

Declaration of Stefan Zingg in Support of Letter Regarding Scope of
    Permanent Injunction, Dkt. 413 ............................................ JA1358

Letter addressed to Judge Nathan from Michael T. Mervis re SPD
    improper submission of two declarations, July 24, 2015, Dkt. 414 ....... JA1362

Letter addressed to Judge Allison from J. Knowles responding to Mervis
    July 24, 2015 letter, July 24, 2015, Dkt. 415........................................ JA1363

Declaration of Leah Wood Miramonti in Support of Motion to Stay,
    Dkt. 417 ........................................................................ JA1364

Declaration of Dr. Sarah Johnson in Support of Motion to Stay, Dkt. 418.... JA1369

Notice of Interlocutory Appeal, Dkt. 419 ........................................ JA1390

Order denying Motion to Stay, Dkt. 420 ........................................ JA1392

Permanent Injunction Order, Dkt. 423............................................ JA1394

Memorandum and Order re Dkt 398 Motion to Stay or Modify Injunction
    Pending Appeal, Dkt. 424.................................................... JA1401

Amended Notice of Interlocutory Appeal, Dkt. 426 ..................................... JA1412

**TRIAL TESTIMONY**

Feb. 3, 2015
    Stacey Feldman Direct.................................................... JA1415
    Dr. Erdem Direct ....................................................... JA1447
    Dr. Isaacson Direct ..................................................... JA1478

<u>**VOLUME 7**</u>

Feb. 3, 2015
    Dr. Patrizio Direct....................................................... JA1503
    Hal Poret Direct ........................................................ JA1542

Feb. 16, 2015
    Mark Gittins Direct..................................................... JA1580
    Sarah Johnson Direct ................................................... JA1590

Cristobal Montero Direct ................................................... JA1622
Joanna Pike Direct .......................................................... JA1626
Rebecca Tan Direct.......................................................... JA1631

Feb. 17, 2015
Dr. Barnhart Direct ......................................................... JA1636
Sarah Butler Direct ......................................................... JA1677
Alan Cox Direct .............................................................. JA1715
Ryan Daly Direct ............................................................ JA1756
Mary Sammel Direct........................................................ JA1785

## VOLUME 8

Feb. 17, 2015
Joel Steckel Direct .......................................................... JA1794
Kirsten Suarez Direct ...................................................... JA1818

Feb. 25, 2015
Dr. Erdem Rebuttal.......................................................... JA1827
Stacey Feldman Rebuttal .................................................. JA1870
Dr. Isaacson Rebuttal....................................................... JA1894
Dr. Patrizio Rebuttal ....................................................... JA1914
Hal Poret Rebuttal........................................................... JA1949

## TRIAL EXHIBITS

DTX 1, Email from D. Johnson-Lyles to L. Roberts re K112870/S001
Clearblue hold notification ................................................ JA1978

DTX 2, HHS Determination of Intended Use for 510(k) Devices;
Guidance for CDRH Staff (Update to K98-1).................... JA1989

DTX 3, Email from L. Roberts to D. Johnson-Lyles re K112870/S001
Clearblue hold notification ................................................ JA1996

DTX 4, Email from D. Johnson-Lyles to L. Roberts re K112870/S001
Clearblue hold notification ................................................ JA2020

DTX 5, Email from S. Godbert to D. Johnson-Lyles re K112870/S001
Clearblue hold notification ................................................ JA2046

DTX 6, Email from D. Johnson-Lyles re K112870/S001 Clearblue hold
notification ..................................................................... JA2060

DTX 7, Email from S. Johnson to D. Johnson-Lyles re Preview of response to section 3b received Nov 8 (Re k112870/S001)................JA2067

DTX 8, Email from D. Johnson-Lyles to S. Johnson re Preview of response to section 3b received Nov 8 (Re k112870/S001)................JA2087

**<u>VOLUME 9</u>**

DTX 9, Email from D. Johnson-Lyles to S. Johnson re Preview of response to section 3b received Nov. 8 (Re k112870/S001)...............JA2093

DTX 10, k112870/S001—Clearblue Advanced Pregnancy Test with Weeks Estimator—SPD Response to FDA Hold Letter, Sept. 12, 2012 ......................................................................................................JA2097

DTX 11, Letter from A. Gutierrez, HHS, to M. Gittins re k112870— Trade/Device Name: Clearblue Advanced Pregnancy Test with Weeks Estimator...................................................................................JA2145

DTX 12, Clearblue Advanced Pregnancy Test Package Labeling.................JA2150

DTX 13, Email from L. Duan to M. Gittins re Meeting request from FDA ....JA2152

DTX 14, Email from M. Gittins to L. Duan re Meeting request from FDA ....JA2153

DTX 15, Email from M. Gittins to L. Duan re Meeting with SPD— Minutes and mitigation proposals.........................................................JA2157

DTX 16, Memo from L. Duan to M. Gittins re SPD proposal of revised IFU for use in the case of promotional materials where space is constrained..........................................................................................JA2178

DTX 17, Email from L. Duan to M. Gittins re FDA feedback to SPD mitigation proposal ............................................................................ JA2180

DTX 18, Email from M. Gittins to L. Duan re Clearblue Advanced Pregnancy Test with Weeks Estimator—final pack............................JA2185

DTX 19, Email from L. Duan to M. Gittins re Clearblue Advanced Pregnancy Test with Weeks Estimator—final pack............................JA2194

DTX 20, Email from M. Gittins to L. Duan re Clearblue Advanced Pregnancy Test with Weeks Estimator—final pack............................JA2197

DTX 21, Email from M. Gittins to L. Duan re box design approved.............JA2203

DTX 22, Email from M. Gittins to L. Duan re FDA feedback on SPD
proposal of a revised IFU for use in the case of promotional
materials where space is constrained.....................................................JA2208

DTX 23, Email from L. Duan to M. Gittins re Acknowledgement of FDA
Feedback of Dec. 17, 2013 ....................................................JA2216

DTX 24, Storyboard for Weeks Estimator Commercial ................................JA2218

DTX 25, Clinical Story Report—Evaluation of Clearblue Advanced
Pregnancy Test "Weeks Indicator" Result Compared to Reference
Measures of Gestational Age................................................................JA2236

DTX 26, Letter from SPD to FDA re k112870—Trade Name: Clearblue
Advanced Pregnancy Test with Weeks Indicator................................JA2311

DTX 27, Proposed Product Labeling.............................................................JA2317

DTX 28, Letter from J. Shapiro to FDA re Improper marketing by SPD
of Clearblue Advanced Pregnancy Test with Weeks Estimator ..........JA2319

**VOLUME 10**

DTX 29, Letter from J. Shapiro to FDA re Improper marketing by SPD
of Clearblue Advanced Pregnancy Test with Weeks Estimator ..........JA2352

DTX 30, Email from J. Woods to J. Shapiro re Clearblue Weeks
Estimator—Violative Conduct .............................................................JA2397

DTX 31, Letter from FDA to J. Shapiro re Response to Oct. 10, 2013
letter .....................................................................................................JA2399

DTX 32, Sarah Johnson Curriculum Vitae....................................................JA2401

DTX 36, Ipsos Marketing—Clearblue Ovulation & Fertility U&A 2012 .....JA2405

DTX 54, Poret Survey Data File....................................................................JA2590

DTX 73, Exhibit 3 to Stacey Feldman Deposition—Apr. 12, 2013 survey
of 1,000 women ages 18-40 conducted for the First Response
brand found that 95 percent of women correctly identified the
definition of ovulation .........................................................................JA2629

**VOLUME 11**

DTX 95, Market Data—xAOC WH Data Pull_AC Nielsen Data Jan. 7, 2012 through Nov. 29, 2014 ................................................................ JA2638

DTX 101, Clearblue Monthly Competitive Report ........................................ JA2669

DTX 112, Kurt Barnhart Curriculum Vitae ..................................................... JA2694

DTX 113, Length of human pregnancy and contributors to its natural variation ................................................................................................ JA2736

DTX 114, Ultrasound Reference Chart Based on IVF Dates to Estimate Gestational Age at 6-9 weeks' Gestation ............................................. JA2744

DTX 115, Evaluation of Measurement of Fetal Crown-Rump Length from Ultrasonically time Ovulation and Fertilization in vitro ............. JA2750

**VOLUME 12**

DTX 117, Ipsos Marketing—Clearblue Ovulation & Fertility U&A 2012 (color copy) .......................................................................................... JA2758

DTX 118, Accuracy of a home-based device for giving an early estimate of pregnancy duration compared with reference methods ................... JA3040

DTX 119, Human chorionic gonadotropin as a measure of pregnancy duration ............................................................................................... JA3048

**VOLUME 13**

DTX 121, Prenatal assessment of gestational age and estimated date of delivery .............................................................................................. JA3058

DTX 127, http://emedicine.medscape.com ("Gestational age") ................... JA3086

DTX 128, http://www.wisegeekhealth.com ("There is a difference between fetal age and gestational age.") ............................................. JA3091

DTX 129, http://americanpregnancy.org ("Gestational age is the age of the pregnancy from the last normal menstrual period") ...................... JA3095

DTX 131, Mary D. Sammel, Sc., D. Reply Report ....................................... JA3098

DTX 133, http://www.firstresponse.com/understanding-ovulation-test ........ JA3105

DTX 134, http://decodedpregnancy.com/how-far-along-am-i-pregnancy-math/2517/ .............................................................................. JA3107

DTX 148, First Response Tracker —Screen Shot ......................................... JA3110

DTX 150, Nielsen and IRI data, with summary sheet prepared by SPD ....... JA3112

DTX 169, Period: Cal YR 2014 W/E 12/27/14—Product Share Basis: WOMEN'S TEST KITS ................................................................... JA3138

DTX 170, boards.weddingbee.com-topic-how-early-did-you-feel-the-symptoms-of-pregnancy—Screen Shots ................................. JA3139

DTX 171, community.babycenter.com-post-a17977775-how_many_dpo_did_you_start—Screen Shots ............................................. JA3151

DTX 172, www.babygaga.com—Screen Shots.......................................... JA3159

DTX 173, www.clearblueasy.com-advanced-pregnancy-test-with-weeks-estimator.php—Screen Shots................................................ JA3165

DTX 174. www.conceiveeasy.com-get-pregnant-what-does-dpo-mean—Screen Shots.................................................................. JA3168

DTX 175, www.countdowntopregnancy.com-whatdoesDPOmean—Screen Shots.................................................................. JA3172

DTX 176, www.countdowntopregnancy-pregnancytestdpo8days—Screen Shots.................................................................. JA3176

DTX 177, www.fertilityfriend.com-Faqs-When-can-I-expect- —Screen Shots.................................................................. JA3178

DTX 178, www.madeformums.com-forum-trying-to-conceive-a-day-by-day-dpo-guide—Screen Shots ............................................. JA3182

DTX 179, www.quora.com-I-am-4-DPO-Are-these-pregnancy-symptoms-already—Screen Shots..................................... JA3186

DTX 180, www.twoweekwait.com-bfpsymptoms-dpo-index.html—Screen Shots.................................................................. JA3189

DTX 181, Video: Advanced Pregnancy Test with Weeks Estimator
Product Overview ...............................................................................JA3220

DTX 182, Video: Understand the Difference Between a Weeks Estimate
and Doctor's Dating.............................................................................JA3221

DTX 183, 510(k) Notification, Clearblue Advanced Pregnancy Test with
Weeks Indicator submission ...............................................................JA3222

DTX 184, Clinical Study Report for Consumer Spiked Standards Study,
Report 1282 ........................................................................................JA3226

DTX 185, Settlement Agreement between Church & Dwight and SPD........JA3234

DTX 193, Email from Ovidiu Romanoschi to Albert Nazareth and
Timothy Snowden re Pregnancy Test with Weeks Estimator..............JA3243

DTX 194, Email from Timothy Snowden to Albert Nazareth and Ovidiu
Romanoschi re Digital Pregnancy Test with Weeks estimator ...........JA3247

DTX 195, Email from Albert Nazareth to Timothy Snowden re
Pregnancy Test with Weeks Estimator with attachment
(Feasibility_tx.pptx)..........................................................................JA3249

DTX 196, Email from Timothy Snowden to Ovidiu Romanoschi and
Albert Nazareth re Weeks Pregnancy Deck with attachment
(Digital Pregnancy Test with Weeks Pregnant) ..................................JA3257

DTX 200, Email from Wendy Bishop to Stacey Feldman re First
Response Game Changing PTK Projects Revised with attachment
(presentation) .....................................................................................JA3264

DTX 219, Email from Wendy Bishop to Pamela Johnson, et al. re
Conception Indicator with TJC and Edelman with attachment
(CBE Conception indicator overview.pptx).........................................JA3282

DTX 223, ACOG Bylaws, Amended Feb. 2015 ...........................................JA3300

DTX 231, CB9—2 tests om 1—Storyboard for YoutTube video (DTX
234) .....................................................................................................JA3307

DTX 234, YouTube video downloaded Apr. 26, 2015 ..................................JA3310

DTX 258, Timothy Snowden Video Deposition excerpts played at trial.......JA3311

## **VOLUME 14**

DTX 259, Albert Nazareth Video Deposition excerpts played at trial...........JA3336

PTX 1, FDA Clearance Letter for Clearblue Advanced Pregnancy Test
with Weeks Estimator (k112870).......................................................JA3368

PTX 2, Clearblue Advanced Pregnancy Test with Weeks Estimator
Instructions for Use...............................................................................JA3373

PTX 3, Images of Original Clearblue Advanced Digital Pregnancy with
Test Weeks Estimator Box ..................................................................JA3374

PTX 4, Images of Revised Clearblue Advanced Digital Pregnancy Test
with Weeks Estimator Box ..................................................................JA3380

PTX 5, Storyboard for Original Clearblue Advanced Digital Pregnancy
Test with Weeks Estimator Commercial..............................................JA3384

PTX 6, Video for Original Clearblue Advanced Digital Pregnancy Test
with Weeks Estimator Commercial......................................................JA3385

PTX 7, Storyboard for Revised Clearblue Advanced Digital Pregnancy
Test with Weeks Estimator Commercial..............................................JA3386

PTX 10, Tamera Mowry-Housley appearance on *The Doctors* .....................JA3387

PTX 11, Clearblue Facebook Post with Video—https://www.facebook.
com/video.php?v=10101416719165400&set=vb.252928744767136
&type=2&theater .................................................................................JA3388

PTX 12, Clearblue Facebook Post with Link to Time Heathland
Article—https://www.facebook.com/Clearblue/photos/
a.253125118080832.60265.252928744767136/560519657341375/?
type=1&theater ...................................................................................JA3391

PTX 13, Clearblue Facebook Post with Original Box Image—https://
www.facebook.com/Clearblue/photos/a.253125118080832.60265.
252928744767136/572293492830658/?type=1&theater.....................JA3398

PTX 14, Clearblue Facebook Post with Test Image—https://www.
facebook.com/Clearblue/photos/a.253125118080832.60265.25292
8744767136/572292596164081/?type=1&permPage=1 ...................... JA3400

PTX 15, Clearblue Twitter Posts—https://twitter.com/Clearblue/status/
417467575866765312; https://twitter.com/Clearblue/status/
401394178745442304; https://twitter.com/Clearblue/status/
398623409883844608/photo/1 ............................................................ JA3403

PTX 16, "How Many Pregnancy Tests Did You Burn Through?" post
from No Sleep Til College—http://www.nosleeptilcollege.com/
pregnancy/clearblue-pregnancy-weeks-estimator-reviews/ ................ JA3409

PTX 17, Clearblue Pregnancy Test with Weeks Estimator Website
(http://www.clearblueeasy.com/advanced-pregnancy-test-with-
weeks-estimator.php) ........................................................................... JA3415

PTX 18, Image of Clearblue Shelf Trays ....................................................... JA3418

PTX 19, Image of Walgreens Ad for Clearblue Advanced with Weeks
Estimator ............................................................................................... JA3419

PTX 20, Image of Walmart Ad for Clearblue Advanced Digital
Pregnancy Test with Weeks Estimator ................................................ JA3420

PTX 21, Screenshot of Walmart Website page for Clearblue Advanced
Digital Pregnancy Test, 3 Count—http://www.walmart.com/ip
Clearblue-Advanced-Digital-Pregnancy-Test-3-count/25508417 ....... JA3421

PTX 22, Clearblue Web Banner .................................................................... JA3422

PTX 23, Clearblue Web Banner for CVS Pharmacy..................................... JA3423

PTX 24, Clearblue Web Banner .................................................................... JA3424

PTX 25, AcuPOLL Research Final Report for Church & Dwight
Project Meyer Lake............................................................................... JA3425

## VOLUME 15

PTX 27, Ipsos ASI Clearblue Ad Test Presentation....................................... JA3547

PTX 28, Total U.S. AOC Nielsen Spreadsheet ............................................. JA3669

PTX 29, Historical Share Chart for Clearblue and First Response from 2001 to 2011 ...................................................................JA3670

PTX 33, Settlement Agreement between Church & Dwight, Alere, and SPD ........................................................................JA3671

PTX 34, Letter from Brophy to Alere and SPD re Settlement Agreement and newly launched Clearblue advertising claims ..............................JA3683

PTX 35, Letter from SPD to Church & Dwight providing response to Aug. 23, 2013 letter ..............................................................JA3707

PTX 36, Letter from Brophy to Rogers providing response to Sept. 19, 2013 letter ...................................................................JA3711

PTX 37, Letter from Rogers to Brophy providing response to Sept. 25, 2013 letter ...................................................................JA3713

PTX 38, Letter from Mervis to JAMS enclosing Church & Dwight Demand for Arbitration Before JAMS ...................................JA3715

PTX 39, Email from Greer to Mervis attaching Clearblue Carton image submitted to FDA on November 29, 2012 ..........................JA3806

### **VOLUME 16**

PTX 40, Letter from Mervis to Judge Lifland (JAMS arbitrator) enclosing Church & Dwight Opening Brief and Exhibits in Support of Motion for Summary Disposition......................................JA3810

PTX 41, SPD, Alere and Alere Switzerland Confidential Opening Brief in Support of Summary Disposition.........................................JA3996

### **VOLUME 17**

PTX 42, Letter from Mervis to Judge Lifland (JAMS arbitrator) enclosing Church & Dwight Reply Brief and Exhibits in Support of Motion for Summary Disposition ...................................JA4076

PTX 43, SPD, Alere, and Alere Switzerland Confidential Responsive Brief in Support of Summary Disposition ............................................JA4137

PTX 44, Letter from Knowles to Judge Lifland (JAMS arbitrator) re issues raised in C&D Responsive Brief.................................................JA4226

PTX 45, Letter from Mervis to Judge Lifland (JAMS arbitrator) responding to Dec. 6, 2013 SPD Letter.................................................JA4243

PTX 46, JAMS Award granting permission to C&D to file litigation...........JA4254

PTX 47, Pasquale Patrizio Curriculum Vitae .................................................JA4268

PTX 48, Kovalesky, *High Rates of Embryo Wastage with Use of Assisted Reproductive Technology: A Look at the Trends Between 1995 and 2001 in the United States*, Fertility and Sterility ..........................JA4354

PTX 49, Diedrich, *The Role of the Endometrium and Embryo in Human Implantation*, Human Reproduction Update .......................................JA4360

## **VOLUME 18**

PTX 50, ACOG Committee Opinion, *Method for Estimating Due Date*, No. 611, Oct. 2014...............................................................................JA4373

PTX 51, Larsen, *Human Chorionic Gonadotropin as a Measure of Pregnancy Duration*, International Journal of Gynecology and Obstetrics ............................................................................................JA4377

PTX 52, Email from Pike to Consorte, Ccing Corredoira, re CB9 Imedia Design ...................................................................................................JA4384

PTX 53, SPD U.S. Advisory Board Meeting Summary Report....................JA4386

PTX 54, SPD U.S. Advisory Board Meeting Summary Report....................JA4403

PTX 55, Clinical Study Report: *Evaluation of Clearblue Advanced Pregnancy Test "Weeks Estimator" Result Compared to Reference Measures of Gestational Age*...............................................................JA4423

PTX 56, ACOG , *Terms Used in Reference to the Fetus*, Bulletin, Sept. 1965 ...................................................................................................JA4498

PTX 57, ACOG Statement of Contraceptive Methods..................................JA4500

PTX 58, ACOG, *Facts are Important, Emergency Contraception (EC) and Intrauterine Devices (IUDs) are Not Abortifacients*.....................JA4503

PTX 59, Email from List to Suarez, et al. re Clearblue FY 13/14 Planning
    Meeting Recap (with attachment).........................................................JA4505

PTX 60,Lundsberg, *Knowledge, Attitudes, and Practices Regarding
    Conception and Fertility:  A Population-Based Survey Among
    Reproductive-Age United States Women*, Fertility and Sterility ..........JA4513

## **VOLUME 19**

PTX 61, Ipsos Marketing Presentation, Clearblue Ovulation & Fertility
    U&A 2012 ...........................................................................................JA4523

PTX 62, Email from Suarez to Consorte et al. re How to Use Videos—
    Scripts for Your Input.........................................................................JA4708

PTX 63, Memo from Johnson-Lyles to Record of k112870/S001 re
    Internal Meeting—SE with Limitations ..............................................JA4713

PTX 65, SPD Customer Complaint Log.........................................................JA4715

## **VOLUME 20**

PTX 66, SPD Customer Complaint Log (1 of 5)...........................................JA4725

## **VOLUME 21**

PTX 66, SPD Customer Complaint Log (2 of 5)...........................................JA5025

## **VOLUME 22**

PTX 66, SPD Customer Complaint Log (3 of 5)...........................................JA5325

## **VOLUME 23**

PTX 66, SPD Customer Complaint Log (4 of 5)...........................................JA5625

## **VOLUME 24**

PTX 66, SPD Customer Complaint Log (5 of 5)...........................................JA5925

## **VOLUME 25**

PTX 67 Email from Gittins to Cowell et al. re CB9 Product Complaints relating to Weeks Estimator feature (with attachment)........................JA6177

PTX 68, Stovall, *Emergency Department Diagnosis of Ectopic Pregnancy*, Annals of Emergency Medicine........................................JA6180

PTX 69, SPD U.S. Advisory Board Meeting Summary Report.....................JA6186

PTX 70, Email from Linton to Suarez et al. re WE Comment on the Facebook Wall ...................................................................................JA6223

PTX 71, Email from Linton to McNeil re Clearblue Adverse Comments Report.xlsx (with attachment) .............................................................JA6226

PTX 72, Email from Ronas to Cutajar et al. re NACDS ...............................JA6393

PTX 73, SPD U.S. Advisory Board Meeting Summary Report .....................JA6396

PTX 75, Bruce Isaacson Curriculum Vitae ...................................................JA6420

PTX 76, Exhibit 2 to Isaacson Expert Report, Storyboard and Script for Test Commercial....................................................................................JA6431

PTX 77, Exhibit 2 to Isaacson Expert Report, Storyboard and Script for Control Commercial .............................................................................JA6437

PTX 78,Exhibit 5 to Isaacson Expert Report, Interviewer Instructions .........JA6443

PTX 79, Exhibit 3 to Isaacson Expert Report, Testing Product Survey Screener ............................................................................................JA6450

PTX 80, Exhibit 4 to Isaacson Expert Report, Notes on Demographic Quotas ...............................................................................................JA6462

PTX 81, Exhibit 6 to Isaacson Expert Report, Testing Product Validation Questionnaire .....................................................................................JA6464

## **VOLUME 26**

PTX 82, Exhibit 7 to Isaacson Expert Report, All Responses from All Respondents ........................................................................................JA6465

PTX 83, Exhibit 8 to Isaacson Expert Report, Cross Tabulation Tables........JA6601

PTX 84, Exhibit 9 to Isaacson Expert Report, Testing Product Study
    Verbatim Code Sheet ........................................................................JA6617

PTX 85, Chart containing sample verbatim comments from respondents
    to Isaacson Survey ...........................................................................JA6618

PTX 86, Hal Poret Curriculum Vitae....................................................JA6619

PTX 87, Images of Box Panels for Control and Test versions of Old
    Clearblue Weeks Estimator Packages used in Poret Survey ...............JA6628

PTX 88, Images of Box Panels for Control and Test versions of New
    Clearblue Weeks Estimator Packages used in Poret Survey ...............JA6646

PTX 89, Appendix H to Poret Expert Report, Control Cell Verbatim
    Responses for Old Package Control Group 1 ......................................JA6664

PTX 90, Appendix H to Poret Expert Report, Control Cell Verbatim
    Responses for New Package Control Group 1 .....................................JA6667

PTX 91 Appendix B to Poret Expert Report, Pregnancy Test Kit Survey
    Screener ............................................................................................JA6670

PTX 92, Hand Card shown to respondents from Poret Survey ...................JA6682

PTX 93, Appendix C to Poret Expert Report, Field Instructions ..................JA6883

PTX 94, Appendix D to Poret Expert Report, Validation Questionnaire......JA6692

PTX 95, Test Cell Verbatim Responses for Old Package Control Group 1
    from Poret Survey .............................................................................JA6695

PTX 96, Appendix G to Poret Expert Report, Spreadsheet containing Full
    Data Set of All Respondent's Answers to All Questions....................JA6704

## VOLUME 27

PTX 97, Test Cell Verbatim Responses for New Package Control
    Group 1 from Poret Survey ...............................................................JA6765

PTX 98, List of Documents Reviewed by Dr. Tulin Erdem..........................JA6774

PTX 99, Tulin Erdem, Curriculum Vitae......................................................JA6783

PTX 100, Email from Cutajar to Corp et al. re Mar. 2013 GBP—
    Clearblue Advanced Pregnancy Test with Weeks Estimator
    (SILVER) (with attachments) ..............................................................JA6798

PTX 101, Email from Lee to Suarez et al. re Slide Needs for Riccardo
    Meeting (with attachments) ..................................................................JA6837

PTX 102, Email from Minnear to Guitart, et al. re SPD Monthly Letter—
    October (with attachment) ....................................................................JA6846

PTX 103, Walgreens Clearblue Innovation Center Presentation...................JA6850

PTX 105, Email from Guitart to Giulia et al. (with attachment—
    Clearblue_Mid-Year Infographic_FINAL.pdf) ....................................JA6895

PTX 106, Consumer/Shopper Behavior Presentation....................................JA6897

PTX 107, Email from Minnear to Guitart, et al. re SPD Monthly Letter—
    September (with attachment)..................................................................JA6918

PTX 108, Email from Wopfner to Minnear re SPD Monthly Letter—
    November (with attachment) ................................................................JA6922

PTX 109, Email from Minnear to Guitart, et al. re SPD Monthly Letter—
    December (with attachment) ................................................................JA6925

PTX 110, Email from Pion to Consorte, et al. re Follow-up on TV copy
    test—CB8 US (with attachment)..........................................................JA6928

PTX 111, Email from Pion to Suarez, et al. re CB9 TV copy qualified for
    US!!! (with attachment).......................................................................JA6976

## VOLUME 28

PTX 112, Email from Pike to Scaife re Kano work on Pregnancy (with
    attachments)..........................................................................................JA7006

PTX 113, Memo from McCorkle to Clearblue Distribution re Clearblue
    Package and FMOT Claims Study Summary CMK#US09B991 .........JA7279

# **VOLUME 29**

PTX 114, Clearblue Family Planning and Innovations Plans Presentation for Walmart ................................................................................JA7289

PTX 115, Clearblue Weeks Estimator Opportunity Presentation for Cardinal Health ...................................................................JA7318

PTX 116, Clearblue Presentation for Rite Aid Pharmacy .............................JA7335

PTX 117, Clearblue 2013 Business Planning Presentation for CVS/Caremark ..................................................................JA7355

PTX 118, Clearblue Onboarding and Innovation Plans Presentation for Target ...............................................................................JA7403

PTX 119, CBS Los Angeles, *Pregnancy Test's Reported Inaccuracies Causing Distress in Expecting Mothers Story*, http://losangeles. cbslocal.com/2014/04/27/pregnancy-tests-reported-inaccuracies-causing-distress-in-expecting-mothers/ ................................JA7454

PTX 120, CBS Los Angeles Video http://losangeles.cbslocal.com/2014/ 04/27/pregnancy-tests-reported-inaccuracies-causing-distress-in-expecting-mothers/ ..........................................................JA7459

PTX 121, Clearblue Introduces the First and Only Home Pregnancy Test That Detects Pregnancy and Estimates Weeks Press Release.............JA7460

PTX 122, Email from Sullivan to Daly re ACOG Release— Versions (with attachments) .............................................................JA7463

PTX 124, Why Is 40 Weeks So Important, https://www.health.ny.gov/ community/pregnancy/why_is_40_weeks_s o_important.htm............JA7471

PTX 125, Pregnancy Week by Week, http://www.plannedparenthood.org/ health-info/pregnancy/stagespregnancy ................................JA7473

PTX 126, Abortion Services in New York, NY, http://www.planned parenthood.org/health-center/new-york/new-york/10012/margaret-sanger-center-3325-91110/abortion ...................................JA7486

PTX 127, Pregnancy Week 40, http://americanpregnancy.org/week-by-week/40-weeks-pregnant/ ...............................................JA7490

PTX 130, ART Success Rates, http://www.cdc.gov/art/reports/index.html....JA7495

PTX 131, Reproductive Health Information Glossary of Terms, http://
www.pennmedicine.org/fertility/patient/resources/reproductive-
health-information/glossary-of-terms.html ............................................JA7499

PTX 135, Email from Gittins to Roberts (with attachment—Position
Statements for FDA Telecon.docx) ......................................................JA7518

PTX 136, Email from Gittins to Duan re FDA Meeting with SPD—
Minutes and Mitigation Proposals (with attachments)........................JA7521

PTX 138, Seeber, *Suspected Ectopic Pregnancy*, Obstetrics &
Gynecology..........................................................................................JA7534

PTX 139, Dillon, *How and When Human Chorionic Gonadotropin
Curves in Women with Ectopic Pregnancy Mimic Other Outcomes:
Differences by Race and Ethnicity*, Fertility and Sterility...................JA7549

PTX 140, Glover, *Maternal Depression, Anxiety and Stress During
Pregnancy and Child Outcome; What Needs to be Done*, Best
Practices & Research Clinical Obstetrics and Gynecology..................JA7560

PTX 141, Shellenberger, *Why Worries About Baby Are Bad for Baby*,
http://www.wsj.com/articles/SB100014240527023036015045 7515
3891118025102....................................................................................JA7571

PTX 146, Total Pregnancy Test Kit Dollar Sales Chart, 3/30/13-8/16/14 ........JA7575

PTX 147, Cox Regression Specification 2 Chart(Exclusion of Target
Sales Data) ..........................................................................................JA7577

PTX 148, Cox Regression Specification 2 Chart (Inclusion of Walmart
and Target Sales Data).........................................................................JA7578

## **VOLUME 30**

PTX 149, Exhibit 1 to Vinti Declaration in Support of Opposition to
Motion in Limine, Email from Johnson-Lyles to Roberts re
K112870/S001 Clearblue hold notification (with attachment) ............JA7579

PTX 150, Exhibit 1 to Vinti Declaration in Support of Opposition to
    Motion in Limine, Email from Roberts to Wilson, et al. re CB9—
    FDA Labelling Changes (with attachment)..........................................JA7590

PTX 153, Exhibit 5 to Vinti Declaration in Support of Opposition to
    Motion in Limine, SPD Response to FDA Hold Letter,
    k112870/S001, Sept. 12, 2012..............................................................JA7597

PTX 157, Exhibit 9 to Vinti Declaration in Support of Opposition to
    Motion in Limine, Email from Duan to Gittins re Meeting Request
    from FDA..............................................................................................JA7641

PTX 158, Exhibit 11 to Vinti Declaration in Support of Opposition to
    Motion in Limine, Email from Duan to Gittins re FDA Feedback to
    SPD mitigation proposal (with attachment) .........................................JA7642

PTX 164, Exhibit 18 to Vinti Declaration in Support of Opposition to
    Motion in Limine, Letter from Roberts to FDA re 510(k)
    Notification:  Clearblue Digital  Pregnancy Test with Conception
    Indicator ...............................................................................................JA7647

PTX 165, Exhibit 19 to Vinti Declaration in Support of Opposition to
    Motion in Limine, Email from Roberts to Johnson-Lyles re
    k112870—Response to Hold Letter (with attachment).......................JA7648

PTX 166, Exhibit 20 to Vinti Declaration in Support of Opposition to
    Motion in Limine, Email from Roberts to Johnson-Lyles re
    K112870/S001 Clearblue hold notification (with attachment) ............JA7780

PTX 174, Exhibit 30 to Vinti Declaration in Support of Opposition to
    Motion in Limine, Clearblue package submitted to FDA in August
    2012 containing conversion chart .........................................................JA7790

PTX 176, Email from Meinhardt to Daly re INPUT REQUESTED …
    TARGET Clearblue Shelf Tray (with attachments) ............................JA7792

PTX 182, Email from Chemalis to Minniear et al. re Clearblue Weeks
    Estimator Press Release & Organic Coverage Update 9/5(with
    attachment) ...........................................................................................JA7799

## <u>VOLUME 31</u>

PTX 183, 510(k) Notification, Clearblue Advanced Pregnancy Test with
Weeks Indicator submission .................................................................JA7805

PTX 184, Clinical Study Report for Consumer Spiked Standards Study,
Report 1282 .......................................................................................JA7997

PTX 189, Email from Tan to Cowell and Caves re CB9 data (with
attachment) .......................................................................................JA8025

PTX 190, Email from Humberstone to Johnson re Improve Weeks
estimator clearing —What is the strategy? (with attachment) .............JA8030

PTX 191, Email from Johnson-Lyles to Roberts, et al. re K112870/S001
Clearblue hold notification (with attachment) .....................................JA8034

## <u>VOLUME 32</u>

PTX 192, Declaration of Mark Gittins in Support of SPD Opposition to
Motion for Preliminary Injunction (Redesignated) ..............................JA8045

## <u>VOLUME 33</u>

PTX 195, Letter from Gittins to FDA providing SPD responses to FDA
questions dated Sept. 12, 2012 concerning k112870/S001 ...................JA8259

PTX 196, Email from Pike to Suarez et al. re Urgent for Wednesday
morning (with attachments)..................................................................JA8407

PTX 198, Email from Guitart to Lindner et al. re Preview of response to
section 3b received Nov. 8 (re k112870/S001) ...................................JA8428

PTX 199, Email from Gittins to Wilson, et al. re FDA Clearance Letter
(with attachment) ...............................................................................JA8432

PTX 201, Meeting request from Gittins to Stewart, et al. (with
attachments) ...................................................................................... JA8438

PTX 202, Email from Gittins to Angell re Meeting Request from FDA .......JA8457

PTX 206, Pregnancy Initiatives, Conception Indicator & Athos
Presentation.......................................................................................JA8460

PTX 208, Email from Zanzi to Howard, et al. re CB9 Best Friend TV copy—BOH approval (with attachment)..............................................JA8499

PTX 209, Product Support—Initiative Quarterly Review Presentation.........JA8505

PTX 211, Email from Daly to Consorte and Suarez re CB9—15 sec back up BY TODAY thanks :)....................................................................JA8543

PTX 214, Email from Suarez to Daly re CVS—Copy/Visual Equities in WE Circular Blocks....................................................................JA8554

PTX 215, Email from Suarez to Duckett, et al. re Weeks Estimator Displays in Store.pptx (with attachment) .............................................JA8556

## **VOLUME 34**

PTX 216, Email from Cutajar to Minniear, et la. ...........................................JA8559

PTX 222, Email from Iasilli to Daly, et al. re Talking points MMP..............JA8562

PTX 224, Email from Daly to Suarez re Clearblue Weeks Estimator Press Release & Organic Coverage Update—9/5...........................................JA8565

PTX 226, Redacted Version of Email from Vuturo to Daly and Mccray, re CBS LA Weeks Estimator Coverage Update....................................JA8570

PTX 231, Email from Pike to Wiseman, et al. re CB9—next steps ...............JA8575

PTX 236, Email from Richards to Pike re Change to Coretext for CB9........JA8577

PTX 238, Email from Pike to Gittins re CB9—Storyboard (with attachment) ........................................................................................JA8579

PTX 239,  Email from Pike to Roberts, et al. re Cb9—substantiation for TV copy for U.S. ................................................................................JA8583

PTX 243, Email from Pike to Consorte re CB9 Revised concepts— feedback to discuss ...............................................................................JA8588

PTX 244, Email from Consorte to Suarez and Minniear re CB9 Imedia Design (with attachments) ....................................................................JA8592

PTX 248, U.S. Facebook Posts, Learnings for Europe? Presentation............JA8597

PTX 250, Email from Johnson to Daly, et al. re Updated slides(with attachment) ........................................................................ JA8612

PTX 256, Email from Suarez to Minniear, et al. re BEST NEWS EVER!! Happy Friday! .................................................................. JA8620

PTX 257, Email from Suarez to Consorte, et al. re TV recap ........................ JA8621

PTX 258, Email from Nenon to Suarez re YouTube edits ............................ JA8628

PTX 259, Email from Abadi to Suarez, et al. re Boards, (with attachment) .... JA8631

PTX 260, Email from Suarez to Nenon, et al. re website content ................. JA8645

PTX 261, Email from Meinhardt to NaeComContent re Content Gathering Template for AdvPreg w WE.xls (with attachments) ......... JA8648

PTX 269, Email from Suarez to Daly re For Review:  Tamera/Clearblue Partnership Press Release ................................................. JA8670

PTX 276, Email from Solomon to Suarez and Meinhardt re Response Needed .......................................................................... JA8676

PTX 277, Email from Solomon to Suarez, et al. re Response Needed ........... JA8686

PTX 278, Email from Meyer to Suarez and Meinhardt re 29587 Clearblue Third Page ad (with attachment) .......................................... JA8693

PTX 279, Email from Danielson to Suarez re Revision Order-2 for Job/Comp 029133-01 Clearblue Blad Insert (with attachments) ......... JA8697

PTX 284, Email from Linton to Suarez re PLEASE READ:  Comments Beneath Yesterday's WE FB Post ......................................... JA8703

PTX 285, Email from Suarez to Linton re PLEASE READ:  Comments Beneath Yesterday's WE FB Post ......................................... JA8704

PTX 291, Email from Minniear to Linton re WE Amazon Review— Literacy Specialist ............................................................. JA8707

PTX 292, Email from Sprinklr Alerts to Linton re [Sprinklr] Your post has been published ............................................................. JA8708

PTX 294, Redacted Version of Email from Nenon to Linton re
Spreadsheet (with attachment)................................................JA8709

PTX 296, Email from Meinhardt to Daly re 4 One-Page Retail
Presentation—Clearblue APT—Mar 2013.pptx (with attachment)......JA8717

PTX 300, Email from Meinhardt to Cutajar re Weeks estimator claims .......JA8719

PTX 307, SPD Advisory Board presentation ..................................JA8722

## **VOLUME 35**

PTX 311, SPD Advisory Board presentation.................................JA8810

PTX 312, Photocopy of Clearblue Advanced Pregnancy Test package.........JA8915

PTX 313, Clearblue Advanced Pregnancy Test with Weeks Indicator
instructions for use.................................................JA8916

PTX 314, Email from Wilson to Lindner, et al. re FDA Feedback (with
attachment) .........................................................JA8917

PTX 315, Email from Wilson to Guitart, et al. re FDA Feedback(with
attachments)........................................................JA8928

PTX 320, Consumer Complaint Call Transcript, 001358467A ....................JA8936

PTX 322, Consumer Complaint Call Transcript, 001326074A.....................JA8945

PTX 324, Consumer Complaint Call Transcript, 001352908A ....................JA8955

PTX 325, Consumer Complaint Call Transcript, 001377662A.....................JA8961

PTX 327, Consumer Complaint Call Transcript, 001604063A.....................JA8967

PTX 329, Signed Engagement Letter for Barnhart........................JA8974

PTX 347, Consumer Complaint Call Transcript...........................JA8978

PTX 358, Email from Suarez to Pehrson re Clearblue Shelf Tray ................JA8986

PTX 371, Clearblue Weeks Estimator 510K file............................JA8994

## **VOLUME 36**

PTX 371, Clearblue Weeks Estimator 510K file (continued) ................ JA8994.116

## **VOLUME 37**

PTX 371, Clearblue Weeks Estimator 510K file (continued) .................. JA9002.79

PTX 373, SPD Response to Third Set of Interrogatories ............................... JA9015

PTX 376, Stipulation regarding retailer presentations, keywords,
materials provided to Tamera Mowry-Housley, etc. ........................... JA9040

PTX 378, Email from Linton to Suarez, et al. re The Pregnancy Beat .......... JA9044

PTX 382, Email from Linton to Suarez re Comment Beneath Today's
Post—Her Dr. Can't Confirm Her # of Weeks .................................. JA9050

PTX 386, Email from Sprinklr Alerts to Linton re [Sprinklr] Your post has
been published ..................................................................... JA9051

PTX 387, Email from Sprinklr Alerts to Linton re [Sprinklr] Your
post has been published ......................................................... JA9052

PTX 395, eContent Template ....................................................... JA9053

PTX 396, eContent Template ....................................................... JA9063

PTX 397, eContent Template ....................................................... JA9073

## **VOLUME 38**

PTX 405, 510(k) Substantial Equivalence Determination Decision
Summary Assay Only Template for k112870 ..................................... JA9090

PTX 406, Email from Godbert to Johnson-Lyles, et al. re K112870/S001
Clearblue hold item 1 following FDA feedback, Sept. 12, 2012
(with attachments) .............................................................. JA9104

PTX 407, Email from Richards to Nixon, et al. re IBRELEASE10_CLB_
US-ADPT to Itarus_120312 ....................................................... JA9198

PTX 408, Email from Richards to Daly re U.S. Conception Indicator AW
file (with attachment)........................................................... JA9203

PTX 409, Email from Johnson-Lyles to Gittins, et al. re DHL Shipment
      Notification:  K112870/S001 Clearblue Response to hold
      notification, Sept. 12, 2012 ................................................................JA9207

PTX 410, Clearblue U.S. Pregnancy Test Category Dollars Have
      Remained Flat Over the Past 4 Years presentation .............................JA9215

PTX 411, Email from Duan to Gittins re Meeting request from FDA ...........JA9230

PTX 412, Email from Gittins re FDA Call—some thoughts.........................JA9233

PTX 413, Email from Cutajar to West, et al. re Costco.com Slides v4
      (with attachments) .............................................................................JA9235

PTX 415, Amazon Clearblue Meeting Presentation......................................JA9265

PTX 417, Letter from Mervis to Lifland re Clearblue packages found in
      stores .................................................................................................JA9297

PTX 418, ACOG, Facts are Important—The Start of Pregnancy .................JA9299

PTX 419, Brief of Amici Curiae Physicians for Reproductive Health, et
      al in Support of Petitioners, *Sebelius v. Hobby Lobby Stores* .............JA9300

PTX 420, Washington Post, *Marco Rubio demanded people look at the
      science on abortion.  So we did.* ..........................................................JA9330

PTX 425, PHYSICAL EXHIBIT—Clearblue Weeks Estimator Launch
      Packaging...........................................................................................JA9332

PTX 427, PHYSICAL EXHIBIT—Clearblue Weeks Estimator Revised
      Packaging...........................................................................................JA9333

PTX 429, ACOG Bylaws, Amended Feb. 2015 ............................................JA9334

PTX 431, First Response Analog Pregnancy Test Kit Package Insert ...........JA9353

PTX 439, Rausch, et al., *Development of a Multiple Marker Test for
      Ectopic Pregnancy*, Obstetrics & Gynecology.....................................JA9355

PTX 449, Ovulation Tests—Get Pregnant Faster, http://www.
      clearblueeasy.com/ovulation-tests-and-fertility-monitor.php ..............JA9365

PTX 450, Pregnancy Test—Clearblue Innovations Give You Added
    Benefit, http://www.clearblueeasy.com/pregnancy-test.php ............... JA9367

PTX 453, Product Insert for Plan One-Step Emergency Contraceptive ......... JA9370

PTX 454, Scan of Product Insert for Plan One-Step Emergency
    Contraceptive ......................................................................................... JA9371

## **VOLUME 39**

PTX 470, Robert Charles Cutajar Deposition Designations .......................... JA9372

PTX 471, Karen Linton Deposition Designations ........................................ JA9408

PTX 472, Stewart Wilson Deposition Designations..................................... JA9424

## **VOLUME 40**

## **OTHER RECORD MATERIALS**

Trial Transcripts ............................................................................................ JA9441

Declaration of Dr. Sarah Johnson in Support of Reply in Support of
    Emergency Motion for Stay of Injunction Pending Appeal, and
    exhibits (2d Cir. Dkt. 62) ..................................................................... JA9696



# 001602336A Contact Details

**Primary** contact received by **Social Media** on 05/12/13 *Closed on Call* processed 09/01/14 *Follow Up Required? N Status: Complaint Complete*

## Primary Customer

| | |
|---|---|
| Account No: | NA00549636 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

## General

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | Misc Item: | |
| Foil Lot: | NOLOT | Misc Date: | |
| Box Expiry: | | Escalation Level: | 1 |
| Kit Lot: | NONE | FOC: | I |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 11/201/2013 (reference FB239). She stated the following: 'Im a bit confused i got a positive digital test on the 3 days before my period on the 26th October saying pregnant 1-2 weeks and so i thought | | |

## Short Notes

## General Notes

i was 7+4 today but i had a scan and shes dated me back to 5+4 and she couldnt see anyting in the sack as she said it was too early so is re-scanning in a week, i knew what dates i had sex last month and it was only the 14th and 16th, i did another test today and it said pregnant 2-3 weeks now how would i of got a positive so early? whats going on?'She was referred to the helpline for further assistance.

CONFIDENTIAL

SPD-NY 0083873

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1201 of 1452

Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

Redacted - Personally Identifying Information

Audit Log
06/12/13 2:34:36 AM - insert histdet -
KEY VALUE: 001602336A
NEW Received: 12/05/13 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 0
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: UNKNOWN
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

09/01/14 11:30:35 AM - update histdet -
KEY VALUE: 001602336A
NEW Investigation: NOTOBV
NEW Esc Level: 1 (OLD: 0)
NEW Response Type: NR (OLD: P)
NEW Subject: CONFLCI (OLD: UNKNOWN)
NEW Conclusion: TRACK (OLD: PRECONCL)

Redacted - Personally Identifying Information

Owner/Dates/Times   Redacted - Personally Identifying Information
Current Owner
Last Changed
Polled
Added           06/12/13  11:30:35 EDT   Redacted - Personally Identifying Information
Batched         09/01/14
Posted          09/01/14
Elapsed Time    In    out
Total Time in Contact

CONFIDENTIAL

SPD-NY 0083874

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1202 of 1452



# 001602561A Contact Details

**Primary** contact received by **Telephone** on 09/12/13 *Closed on Call processed 10/12/13 Follow Up Required? N Status:*

Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | 001602561 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | IVF more than 2 weeks ago, yesterday EMU pos1-2, few hours later pos 2-3. AD: suit, vpg, acc Cl. see dr | | |

Short Notes

Response: Closed on Call   Batch: 90184   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |

CONFIDENTIAL

SPD-NY 0083875

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1203 of 1452

|  |  |  |
|---|---|---|
| Letter |  |  |
| Check |  |  |
| Chk Req |  | Total Value: |
| Coupon |  | 0.00 |

Letter   Custom? N Date: 10/12/13

### Attachments
| File Name | Size | Description |
|---|---|---|
| 001602561A.wav | 307k |  |

### Times
| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| HXC | Time In Contact | 09/12/13 | 00:04:2 |

### Audit Log
09/12/13 3:19:42 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001602561A
NEW Received: 09/12/13 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally Identifying Information    Redacted - Personally Identifying Information

### Owner/Dates/Times
Redacted - Personally Identifying Information

| Current Owner |  |
|---|---|
| Last Changed | 10/12/13 08:36:30 EDT by d - |
| Polled | 09/12/13  08:15:10 EDT. |
| Added | 09/12/13  08:15:10 EDT by |
| Batched | 10/12/13 07:31:04 EDT |
| Posted | 13/12/13 20:00:05 EDT |
| Elapsed Time | In 00:00:00   out 23:15:54 |
| Total Time in Contact | 00:00:0 |

☒ Logo

CONFIDENTIAL

SPD-NY 0083876

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1204 of 1452

# 001602660A Contact Details

**Primary** contact received by **Telephone** on 09/12/13 *Closed on Call* processed *10/12/13* Follow Up Required? *N* Status:
Primary Customer

|  |  |  |  |
|---|---|---|---|
|  |  | Account No: | 001602660 |
|  |  | Lang Type: | EN-GB |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
| Report Period: | 201312 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: |  | Pkg Code: |  |
|  |  | Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
|  |  | Investigation Concl.: |  |
| Location: | UNITED KINGDOM |  |  |
| Foil Lot: | MEN583/1SA | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: |  | Escalation Level: | 1 |
|  |  | FOC: | N |
|  |  | Product Return: |  |
| Evidence: |  | Occurrences: |  |
| Store |  |  |  |
| Verbatim: | had IVF, pos 2-3, 1 week later still 2-3 dr says pg 5 wks AD: suit acc, vpg, acc Cl | | |

Short Notes

Response: Closed on Call   Batch: 90184   Letterhead: 1

| Enclosures: |  | Forms: | Checks: |
|---|---|---|---|
|  |  | Instruction | .00 |
|  |  | Label |  |
|  |  | Envelope | .00 |
|  |  | Letter |  |
|  |  | Check |  |
|  |  | Chk Req | Total Value: |
|  |  | Coupon | 0.00 |

Letter   Custom? N Date: 10/12/13

Attachments
| File Name | Size | Description |
|---|---|---|

CONFIDENTIAL

SPD-NY 0083877

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1205 of 1452

**JA5929**

001602660A.wav        351k

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| HXC | Time In Contact | 09/12/13 | 00:04:3 |

Audit Log

09/12/13 6:59:51 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001602660A
NEW Received: 09/12/13 (OLD: ?)
NEW Foil: MEN583/1SA
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally Identifying Information

Owner/Dates/Times

| | Redacted - Personally Identifying Information | |
|-----|-----|-----|
| Current Owner | | |
| Last Changed | 10/12/13 08:35:27 EDT by | Redacted |
| Polled | 09/13/13  11:55:10 EDT | |
| Added | 09/13/13  11:55:10 EDT by | Personally Identifying |
| Batched | 10/12/13 07:31:04 EDT | |
| Posted | 13/12/13 20:00:05 EDT | |
| Elapsed Time | In 00:00:00   out 19:35:54 | |
| Total Time in Contact | 00:00:0 | |



# 001603057A Contact Details

**Primary** contact received by **Social Media** on **05/12/13** *Closed on Call* processed **09/01/14** *Follow Up Required? N Status: Complaint Complete*
Primary Customer

| | |
|-----|-----|
| Account No: | NA00549709 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

General

CONFIDENTIAL                                  SPD-NY 0083878

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 11/19/2013, no reference number given. She stated the following: 'I used one of these test it said im 1_2 weeks im 7 weeks'Customer to call the helpline for further assistance. | | |

## Short Notes

**Response: Closed on Call   Batch: 1   Letterhead: 1**

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

## Audit Log

10/12/13 11:35:11 AM - insert histdet
KEY VALUE: 001603057A
NEW Received: 12/05/13 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0083879

NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
NEW User Id: NAA

09/01/14 11:30:35 AM - update histdet | Redacted - Personally Identifying Information
KEY VALUE: 001603057A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner       | Redacted - Personally Identifying Information
Last Changed
Polled
Added         10/12/13  11:30:35 EDT  | Redacted - Personally Identifying Information
Batched       09/01/14
Posted        09/01/14
Elapsed Time      In    out
Total Time in Contact


Logo

# 001603072A Contact Details

**Primary** contact received by **Social Media** on **05/12/13** *Closed on Call* processed **09/01/14** Follow Up *Required?* **N** Status: *Complaint Complete*

Primary Customer

| | |
|---|---|
| Account No: | NA00549750 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue
| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | | Conclusion: | User issue |

CONFIDENTIAL

Conflicts with dr dates, test or
dates

|  |  | Investigation Concl.: | OTHER |
| --- | --- | --- | --- |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | |
| | | FOC: | 1 |
| | | Product Return: | I |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim:     SFDC Trend Code: 3168 Customer commented on Facebook on 11/18/2013, no
reference number given. She stated the following: 'Too bad it doesn't work I took one
and it said 2 weeks went to the doctor and I was almost 5'Technical information
given.

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | Forms: | Checks: |
| --- | --- | --- |
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log

Redacted - Personally Identifying Information

10/12/13 11:35:12 AM - insert histdet -
KEY VALUE: 001603072A
NEW Received: 12/05/13 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally
Identifying Information

Redacted - Personally Identifying Information

09/01/14 11:30:36 AM - update histdet
KEY VALUE: 001603072A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)

CONFIDENTIAL

SPD-NY 0083881

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1209 of 1452

Redacted - Personally Identifying Information

**Owner/Dates/Times**
Current Owner
Last Changed    Redacted - Personally Identifying
              Information
                             Redacted
Polled
Added               10/12/13 11:30:36 EDT Personally
Batched            09/01/14
Posted             09/01/14
Elapsed Time       In    out
Total Time in Contact

# 001603489A Contact Details

**Primary** contact received by **Telephone** on **11/12/13** *Closed on Call* processed *12/12/13 Follow Up Required? N* Status:
**Primary Customer**

| | | | |
|---|---|---|---|
| | | Account No: | 001603489 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

**General**

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

**Primary Issue**

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | CEN575/3SA | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |

CONFIDENTIAL                                                SPD-NY 0083882

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1210 of 1452

Evidence:                                    Occurrences:
Store
Verbatim:          had a MISCA in OCTOBER less than 9 weeks ago, says dr confirmed over 6 weeks
                   pg, had 2 pos 1 wk apart both 2-3 AD: expl not suit but if more than 66 wks pg, can
                   affect CI, rely on what dr says, stop testing

Short Notes


Response: Closed on Call   Batch: 90265   Letterhead: 1
Enclosures:                              Forms:                  Checks:
                                         Instruction            .00
                                         Label
                                         Envelope               .00
                                         Letter
                                         Check                  Total Value:
                                         Chk Req                0.00
                                         Coupon


Letter   Custom? N Date: 12/12/13



Attachments
File Name              Size               Description
001603489A.wav         445k

Times
User    Description              State Date/Time         Elapsed Time
HXC     Time In Contact          11/12/13                00:05:4

Audit Log
11/12/13 7:09:20 AM - insert histdet    Redacted - Personally Identifying
KEY VALUE: 001603489A                    Information
NEW Received: 11/12/13 (OLD: ?)
NEW Foil: CEN575/3SA
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally Identifying
Information

Owner/Dates/Times    Redacted - Personally
Current Owner        Identifying Information     Redacted -
Last Changed         13/12/13 07:52:36 EDT by Personally
Polled               11/12/13  12:03:31 EDT.    Identifying
Added                11/12/13  12:03:31 EDT by Information
Batched              12/12/13 07:31:01 EDT
Posted               13/12/13 20:00:05 EDT


CONFIDENTIAL                                              SPD-NY 0083883

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1211 of 1452

Elapsed Time       In 00:00:00   out 19:27:30
Total Time in Contact   00:00:0

---


Logo

# 001603505A Contact Details

**Primary** contact received by **Telephone** on 11/12/13 *Closed on Call* processed *12/12/13* Follow Up Required? *N Status:*

Primary Customer

| | | Account No: | 001603505 |
|---|---|---|---|
| | | Lang Type: | FR-FR |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| Report Period: | 201312 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | FRANCE | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | had a pos 1-2, following d 2-3, suit AD: acc, vppg see dr, CI acc | | |

Short Notes

Response: Closed on Call  Batch: 90265  Letterhead: 1

| <u>Enclosures:</u> | | <u>Forms:</u> | <u>Checks:</u> |
|---|---|---|---|
| | | Instruction | .00 |

CONFIDENTIAL

SPD-NY 0083884

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1212 of 1452

**JA5936**

Label
Envelope                          .00
Letter
Check
Chk Req                  Total Value:
Coupon                   0.00

Letter   Custom? N Date: 12/12/13

Attachments

| File Name | Size | Description |
|---|---|---|
| 001603505A.wav | 262k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted - | Time In Contact | 11/12/13 | 00:02:5 |

Audit Log

11/12/13 8:08:31 AM - insert histdet -     Redacted - Personally Identifying Information
KEY VALUE: 001603505A
NEW Received: 11/12/13 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally Identifying
Information

Owner/Dates/Times     Redacted - Personally Identif Redacted
Current Owner          Information            Personally
Last Changed          13/12/13 07:51:35 EDT by Identifying
Polled                11/12/13  13:05:32 EDT. Informatio
Added                 11/12/13  13:05:32 EDT by n
Batched               12/12/13 07:31:01 EDT
Posted                13/12/13 20:00:05 EDT
Elapsed Time          In 00:00:00   out 18:25:29
Total Time in Contact  00:00:0

CONFIDENTIAL                                   SPD-NY 0083885

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1213 of 1452

**JA5937**



# 001604063A Contact Details

**Primary** contact received by **Telephone** on **13/12/13** *Closed on Call* processed *16/12/13* Follow Up Required? *N* Status:

Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | 001604063 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | CEN577/2SB | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | not emu, pos result 2-3, doctor said 4-5. Ad: Checked validiy, VPPT, doctor will start from first day of your last period, ACC 92% WITH | Redacted - Personally Identifying | |

Short Notes

Response: Closed on Call   Batch: 90348   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |

CONFIDENTIAL

SPD-NY 0083886

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1214 of 1452

Letter
Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date: 16/12/13

Attachments
| File Name | Size | Description |
|-----------|------|-------------|
| 001604063A.wav | 320k | |

Times
| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| Redacted - Personally | Time In Contact | 13/12/13 | 00:04:3 |

Audit Log
13/12/13 8:01:55 AM - insert histdet -
KEY VALUE: 001604063A
NEW Received: 13/12/13 (OLD: ?)
NEW Foil: CEN577/2SB
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

Owner/Dates/Times
| | Redacted - Personally Identifying Information |
| Current Owner | |
| Last Changed | 17/12/13 12:51:04 EDT by |
| Polled | 13/12/13  12:57:15 EDT. |
| Added | 13/12/13  12:57:15 EDT by |
| Batched | 16/12/13 07:30:57 EDT |
| Posted | 20/12/13 20:00:05 EDT |
| Elapsed Time | In 00:00:00    out 18:33:42 |
| Total Time in Contact | 00:00:0 |

Redacted - Personally Identifying Information

Logo

CONFIDENTIAL

SPD-NY 0083887

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1215 of 1452

# 001604106A Contact Details

**Primary** contact received by **Web Form** on **14/12/13** *Online Enquiry Completed* processed **14/12/13**
*Follow Up Required?* **N** Status: **Complaint Complete**

Primary Customer

| | | |
|---|---|---|
| | Account No: | 001379857 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | Medical Prof. |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | PG1-2 blood same day 214 Ad 92% | | |

Short Notes

General Notes

[14/12/2013 13:05:01 Email Import] Thank you for your response to my first question.. I took a test yesterday morning and it read 1-2 weeks, which panicked me as I was dpo16 so I went to my doctors and had a blood test which confirmed my hcg level was 214? Any reason why this would happen? Thanks

Response: Online Enquiry Completed   Batch: 90324   Letterhead: 13

| Enclosures: | Forms: | | Checks: |
|---|---|---|---|
| | Instruction | | .00 |
| | Label | | |
| | Envelope | | .00 |
| | Letter | 1 | |
| | Check | | |
| | Chk Req | | Total Value: |
| | Coupon | | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 14/12/13

CONFIDENTIAL

SPD-NY 0083888

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1216 of 1452

Dear Mrs | Redacted - Personally Identifying |

Thank you for your Clearblue online enquiry: 001604106A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

The Conception Indicator is 92 % accurate when using the first urine of the day and this is an estimate of when you conceived.

This test cannot tell you your exact hCG levels and cannot be used to track your pregnancy. The test makes an estimate based on hCG levels in urine, rather than hCG levels in blood.

Only your doctor can monitor your pregnancy progression. As you have a pregnant result, please refer to your doctor if you have any concerns.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

All calls are recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001604106A

Clearblue Team


W_CBP_UK/cl
001604106A

_____

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.


Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| SAH | Time In Contact | 14/12/13 | 00:05:3 |

Audit Log
14/12/13 9:05:01 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001604106A
NEW Received: 12/14/13 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)


CONFIDENTIAL                                                           SPD-NY 0083889

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1217 of 1452

NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_UK

14/12/13 12:04:48 PM - update histdet · Redacted - Personally Identifying
KEY VALUE: 001604106A                Information
NEW User Id: SAH (OLD: W_CBP_UK)

14/12/13 12:10:25 PM - update histdet   Redacted - Personally
KEY VALUE: 001604106A                   Identifying Information
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

14/12/13 12:10:25 PM - update histresp -   Redacted - Personally Identifying
                                           Information
Redacted - Personally Identifying
Information

Owner/Dates/Times          Redacted - Personally
Current Owner              Identifying Information
Last Changed               14/12/13  17:10:25 EDT by    Redacted -
Polled                     14/12/13  13:05:01 EDT.      Personally Identifying
Added                      14/12/13  13:05:01 by        Information
Batched                    14/12/13  17:10:56 EDT
Posted                     20/12/13  20:00:05 EDT
Elapsed Time               In 04:00:00    out 23:05:55
Total Time in Contact      00:00:0


Logo

# 001604465A Contact Details

**Primary** contact received by **Telephone** on **16/12/13** *Closed on Call* processed **17/12/13** *Follow Up Required? N Status:*
Primary Customer

| | |
|---|---|
| Account No: | 001604465 |
| Lang Type: | EN-GB |
| Cust Type: | Partner |
| Region: | |

CONFIDENTIAL

SPD-NY 0083890

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1218 of 1452

**General**

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

**Primary Issue**

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim: my parter did T was 3+ not with EMU, same as few days ago. AD: accu 92% with EMU, do not track pregnancy with PT, talk with doctor, it depends on concentration of HCG.

**Short Notes**

Response: Closed on Call   Batch: 90398   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 17/12/13

**Attachments**

| File Name | Size | Description |
|---|---|---|
| 001604465A.wav | 324k | |

**Times**

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| CXE | Time In Contact | 16/12/13 | 00:04:2 |

**Audit Log**

16/12/13 7:31:33 AM - insert histdet - Redacted – Personally Identifying Information
KEY VALUE: 001604465A

CONFIDENTIAL

SPD-NY 0083891

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1219 of 1452

**JA5943**

NEW Received: 16/12/13 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally
Identifying Information

Owner/Dates/Times
Current Owner              Redacted - Personally
                           Identifying Information          Redacted -
Last Changed               17/12/13 13:09:41 EDT by         Personally
Polled                     16/12/13  12:27:04 EDT.          Identifying
Added                      16/12/13  12:27:04 EDT by        Information
Batched                    17/12/13 07:30:55 EDT
Posted                     20/12/13 20:00:05 EDT
Elapsed Time               In 00:00:00   out 19:03:51
Total Time in Contact      00:00:0

[x] Logo

# 001604824A Contact Details

**Primary** contact received by **Web Form** on **17/12/13** *Online Enquiry Completed* processed *18/12/13 Follow Up Required? N Status: Complaint Complete*

Primary Customer

|  |  | Account No: | 001604824 |
|--|--|--|--|
|  |  | Lang Type: | EN-GB |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
Report Period:   201312                    Source:      Shop
Severity                                   Priority:    0

Primary Issue
Product:     Clearblue Digital PT-         Product Age (m):   1
             Conception Indicato
Item/UPC:                                  Pkg Code:
                                           Occurred:

CONFIDENTIAL                                            SPD-NY 0083892

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1220 of 1452

| | | | |
|---|---|---|---|
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | 3 weeks ago and it said I was 2-3 weeks and I did another test 3 weeks after the first one and it says I'm still 2-3 weeks, have I miscarriaged? | | |

Short Notes

General Notes

[17/12/2013 21:35:01 Email Import] I used this test about 3 weeks ago and it said I was 2-3 weeks and I did another test 3 weeks after the first one and it says I'm still 2-3 weeks, have I miscarriaged?

Response: Online Enquiry Completed   Batch: 90429   Letterhead: 13

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter          1 | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 18/12/13

Redacted - Personally
Identifying Information

Thank you for your Clearblue online enquiry: 001604824A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

The conception indicator part of the test is 92% accurate only when testing with the first urine of the day. If you have tested with a urine sample from later in the day then you should disregard the conception indicator part of the result.

You can still rely on the 'pregnant'/'not pregnant' result - this remains more than 99% accurate from the day your period is due, regardless of the time of day the urine sample was obtained.

If you have any concerns about your pregnancy, we recommend that you speak to your doctor or midwife.


*****************************************************************

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.


CONFIDENTIAL                                                                                          SPD-NY 0083893

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1221 of 1452

Redacted - Personally Identifying Information

All calls are recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001604824A

Clearblue Team


W_CBP_UK/cl
001604824A

_____

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.


Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| SAH | Time In Contact | 18/12/13 | 00:11:3 |

Audit Log
17/12/13 5:35:01 PM - insert histdet - webspeed (webspeed)
KEY VALUE: 001604824A
NEW Received: 12/17/13 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_UK

18/12/13 4:25:16 AM - update histdet    Redacted - Personally
KEY VALUE: 001604824A                    Identifying Information
Redacted -        ₀(OLD: W_CBP_UK)

18/12/13 4:36:50 AM - update histdet    Redacted - Personally Identifying
KEY VALUE: 001604824A                    Information
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)       Redacted - Personally Identifying
NEW Conclusion: TRACK (OLD: ASSIGN)      Information

Redacted - Personally Identifying Information


CONFIDENTIAL

SPD-NY 0083894

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1222 of 1452

Owner/Dates/Times | Re | Redacted - Personally Identifying
Current Owner | Inf | Information
Last Changed
Polled | 17/12/13 21:35:01 EDT
Added | 17/12/13 21:35:01 by
Batched | 18/12/13 09:37:02 EDT
Posted | 20/12/13 20:00:05 EDT
Elapsed Time | In 04:00:00 out 07:02:01
Total Time in Contact | 00:00:1


Logo

# 001605976A Contact Details

**Primary** contact received by **Web Form** on 23/12/13 *Online Enquiry Completed* processed *24/12/13*
*Follow Up Required? N Status: Complaint Complete*
Primary Customer

| | |
|---|---|
| Account No: | 001605976 |
| Lang Type: | EN-GB |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | Mag - Advert |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | | | |

CONFIDENTIAL

SPD-NY 0083895

tested 2 weeks ago - PG 2-3. Been unsure if has miscarried so repeated the test 2 weeks later and it still said 2-3 weeks. Hows this possible - could mean i have miscarried. ad SEE DR

Short Notes

General Notes
[23/12/2013 18:35:00 Email Import] hi i did a clear blue pregnacy test nearlly 2 weeks ago the result was 2-3 ive been unsure if i have misscarried so repeated the test 2 weeks later and it still said 2-3 weeks how is this possible could mean i have miscarried

Response: Online Enquiry Completed   Batch: 90562   Letterhead: 13

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter            1 | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 24/12/13

Dear Redacted - [Personally]

Thank you for your Clearblue online enquiry: 001605976A

We are sorry to learn of the circumstances that resulted in you having to contact us. Unfortunately it is impssible for us to determine what has happened.

If you tested with the first urine of the day on both occasions then it may be that your hormone levels are now too high for the test to give an accurate Conception Indicator result. Alternatively your pregnancy may have been lost and the pregnancy hormone is yet to be cleared from your body.

We would not suggest that you do any further tests but now seek medical advice.

We wish you all the best.

**************************************************************************

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001605976A

Clearblue Team

W_CBP_UK/cl
001605976A

CONFIDENTIAL

SPD-NY 0083896

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1224 of 1452

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.

| Times Redacted Personally | Description Time In Contact | State Date/Time 24/12/13 | Elapsed Time 00:00:0 |
|---|---|---|---|

Audit Log

23/12/13 2:35:01 PM - insert histdet - webspeed (webspeed)
KEY VALUE: 001605976A
NEW Received: 12/23/13 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_UK

Redacted - Personally Identifying Information

24/12/13 3:10:57 AM - update histdet - | Redacted - Personally Identifying Information
KEY VALUE: 001605976A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

Owner/Dates/Times | Redacted - Personally Identifying Information
Current Owner
Last Changed
Polled          23/12/13  18:35:00 EDT.
Added           23/12/13  18:35:00 by
Batched         24/12/13 08:12:04 EDT
Posted          30/12/13 13:33:46 EDT
Elapsed Time    In 04:00:00   out 08:37:04
Total Time in Contact   00:00:2

CONFIDENTIAL

SPD-NY 0083897

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1225 of 1452



# 001606087A Contact Details

**Primary** contact received by **Telephone** on 23/12/13 *Closed on Call processed 09/01/14 Follow Up Required? N Status: Complaint Complete*

Primary Customer

|  |  |
|---|---|
| Account No: | NA00556314 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | 1 |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer did not use first urine of the day. | | |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |

CONFIDENTIAL

SPD-NY 0083898

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1226 of 1452

Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date:

Audit Log
24/12/13 2:34:31 AM - insert histdet -
KEY VALUE: 001606087A
NEW Received: 12/23/13 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

Redacted - Personally Identifying
Information

Redacted - Personally Identifying
Information

09/01/14 11:31:02 AM - update histdet -
KEY VALUE: 001606087A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)

Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added              24/12/13
Batched            09/01/14
Posted             09/01/14
Elapsed Time       In    out
Total Time in Contact

Redacted - Personally Identifying Information

Redacted - Personally Identifying
Information

[x] Logo

CONFIDENTIAL

SPD-NY 0083899

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1227 of 1452

# 001606112A Contact Details

**Primary** contact received by **Telephone** on **24/12/13** *Closed on Call processed 25/12/13 Follow Up Required? N Status:*

Primary Customer

| | |
|---|---|
| Account No: | 001606112 |
| Lang Type: | EN-GB |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | CN got confused by how Dr counts weeks and CI shows weeks. CB09 shows 2-3 weeks but had sex 3 weeks ago. AD: adds up, all ok. | | |

Short Notes

Response: Closed on Call   Batch: 90583   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 25/12/13

CONFIDENTIAL

SPD-NY 0083900

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1228 of 1452

Attachments

| File Name | Size | Description |
|---|---|---|
| 001606112A.wav | 189k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| PMM | Time In Contact | 24/12/13 | 00:02:5 |

Audit Log
24/12/13 2:42:31 AM - insert histdet - Redacted - Personally Identifying
KEY VALUE: 001606112A                          Information
NEW Received: 24/12/13 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER
Redacted - Personally
Identifying Information

Owner/Dates/Times          Redacted - Personally Identifying
Current Owner              Information              Redacted -
Last Changed               02/01/14 08:12:01 EDT by Personally
Polled                     24/12/13  07:39:29 EDT.  Identifying
Added                      24/12/13  07:39:29 EDT by Information
Batched                    25/12/13 07:34:34 EDT
Posted                     30/12/13 13:33:46 EDT
Elapsed Time               In 00:00:00   out 23:55:05
Total Time in Contact      00:00:0



# 001607149A Contact Details

**Primary** contact received by **Telephone** on **31/12/13** *Closed on Call* processed *09/01/14* Follow Up
Required? *N* Status: *Complaint Complete*
Primary Customer

| | |
|---|---|
| Account No: | NA00558111 |
| Lang Type: | EN-ME |
| Cust Type: | Consumer |
| Region: | |

CONFIDENTIAL

SPD-NY 0083901

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1229 of 1452

General

| | | | |
|---|---|---|---|
| Report Period: | 201312 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | Mexico | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | 1 |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Caller's cycle dates don't coincide with results of Pregnant 3+. No further information available. | | |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |
| | | Letter | |
| | | Check | |
| | | Chk Req | Total Value: |
| | | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log
01/01/14 2:34:29 AM - insert histdet - KEY VALUE: 001607149A
NEW Received: 12/31/13 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201312
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)

Redacted - Personally Identifying Information

CONFIDENTIAL

NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information

Redacted - Personally Identifying
Information

09/01/14 11:31:11 AM - update histdet
KEY VALUE: 001607149A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added                01/01/14  11:31:11 EDT by
Batched              09/01/14
Posted               09/01/14
Elapsed Time         In    out
Total Time in Contact

Redacted - Personally Identifying Information

Redacted - Personally Identifying
Information

Redacted -
ed - ally
Person ing
ally ation
Identifi

Logo

# 001608648A Contact Details

**Primary** contact received by **Telephone** on **09/01/14** *Closed on Call* processed **10/01/14** *Follow Up Required? N Status:*
Primary Customer

| | | Account No: | 001608648 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General
| Report Period: | 201401 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |

CONFIDENTIAL

SPD-NY 0083903

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1231 of 1452

| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
|---|---|---|---|
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN611/2SA | Misc Item: | |
| Box Expiry: | 2016-05 | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim: was on pill, took T onXmas D, got PG 2-3, 10 Ds later, today got PG 1-2, drank 3 cups of tea before T, SUIT. ad. expl urien sample may have been very diluite, also you could be at peak of hormonal level, ACC of CI, see DR

Short Notes

Response: Closed on Call   Batch: 90966   Letterhead: 1
Enclosures:

| | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |
| | | Letter | |
| | | Check | |
| | | Chk Req | Total Value: |
| | | Coupon | 0.00 |

Letter   Custom? N Date: 10/01/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001608648A.wav | 435k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted - Personally | Time In Contact | 09/01/14 | 00:07:1 |

Audit Log
09/01/14 6:09:58 AM - insert histdet
KEY VALUE: 001608648A

Redacted - Personally Identifying Information

NEW Received: 09/01/14 (OLD: ?)
NEW Foil: MEN611/2SA
NEW Mfg Date: 01/05/16 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201401
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

CONFIDENTIAL

SPD-NY 0083904

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1232 of 1452

NEW User Id: Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying Information
Last Changed           10/01/14 09:14:35 EDT by Redacted - Personally Identifying Information
Polled                 09/01/14  11:02:39 EDT.
Added                  09/01/14  11:02:39 EDT by Redacted - Personally Identifying Information
Batched                10/01/14 07:31:09 EDT
Posted                 10/01/14 20:00:07 EDT
Elapsed Time           In 00:00:00   out 20:28:30
Total Time in Contact  00:00:0


Logo

# 001610062A Contact Details

**Primary** contact received by **Telephone** on **13/01/14** *Closed on Call* processed *17/01/14* Follow Up Required? *N* Status: *Complaint Complete*

Primary Customer

| | |
|---|---|
| Account No: | NA00562484 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201401 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue
| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | I |

CONFIDENTIAL                                                          SPD-NY 0083905

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1233 of 1452

Evidence:                                 Occurrences:
Store
Verbatim:        SFDC Trend Code: 3168 Customer called on behalf of daughter and her daughter
was upset because this week she got a 1-2 when she had been triggering 2-3 the
week prior. First morning was not used and advised the test is not meant to monitor
the progression

Short Notes

General Notes
of pregnancy. No further information available.

Response: Closed on Call   Batch: 1   Letterhead: 1

Enclosures:                         Forms:                 Checks:

Instruction        .00

Label

Envelope           .00

Letter

Check

Chk Req           Total Value:

Coupon             0.00

Letter   Custom? N Date:

Audit Log
14/01/14 9:08:05 AM - insert histdet -   Redacted - Personally Identifying
KEY VALUE: 001610062A        Information
NEW Received: 01/13/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201401
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: 2+CBCONF
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information
  17/01/14 11:39:32 AM - update histdet -   Redacted - Personally Identifying
KEY VALUE: 001610062A        Information
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Subject: CONFLCI (OLD: 2+CBCONF)
NEW Conclusion: TRACK (OLD: PRECONCL)

Owner/Dates/Times

CONFIDENTIAL                                               SPD-NY 0083906

Current Owner
Last Changed

Redacted - Personally Identifying Information

Polled
Added

Redacted - Personally Identifying Information

Batched          17/01/14
Posted           17/01/14
Elapsed Time     In     out
Total Time in Contact

☒ Logo

# 001612094A Contact Details

**Primary** contact received by **Telephone** on **21/01/14** *Closed on Call* processed **22/01/14** *Follow Up Required?* **N** *Status:*

Primary Customer

Redacted - Personally Identifying Information

|  |  |
|---|---|
| Lang Type: | NL-NL |
| Cust Type: | Consumer |
| Region: |  |

General
| Report Period: | 201401 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: |  | Pkg Code: |  |
|  |  | Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
|  |  | Investigation Concl.: |  |
| Location: | HOLLAND | Misc Item: |  |
| Foil Lot: | NOLOT | Misc Date: |  |
| Box Expiry: |  | Escalation Level: | 1 |
| Kit Lot: |  | FOC: | N |
|  |  | Product Return: |  |
| Evidence: |  | Occurrences: |  |
| Store |  |  |  |
| Verbatim: |  |  |  |

CONFIDENTIAL

SPD-NY 0083907

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1235 of 1452

1-2 weeks on t in non emu, pd+ 15 d, last week pg t npg, shouldn't be higher due to last p on 08/dec, AD: t not done in emu, 92% acc, could have been longer c due to npg last week as well

Short Notes

Response: Closed on Call   Batch: 91351   Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 22/01/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001612094A.wav | 302k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted - Personally | Time In Contact | 21/01/14 | 00:03:2 |

Audit Log
21/01/14 9:40:55 AM - insert histdet - Redacted - Personally
KEY VALUE: 001612094A               Identifying Information
NEW Received: 21/01/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201401
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally
Identifying Information

Owner/Dates/Times

| | Redacted - Personally Identifying Information | Redacted - Personally Identifying Information |
|---|---|---|
| Current Owner | | |
| Last Changed | 22/01/14 09:57:55 EDT by | |
| Polled | 21/01/14 14:37:30 EDT. | |
| Added | 21/01/14 14:37:30 EDT by | Redacted - Personally Identifying Information |
| Batched | 22/01/14 07:30:55 EDT | |
| Posted | 24/01/14 20:00:05 EDT | |
| Elapsed Time | In 00:00:00   out 16:53:25 | |
| Total Time in Contact | 00:00:0 | |

CONFIDENTIAL

SPD-NY 0083908

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1236 of 1452

☒ Logo

# 001612381A Contact Details

**Primary** contact received by **Telephone** on 22/01/14 *Closed on Call* processed 23/01/14 *Follow Up Required?* **N** *Status:*
Primary Customer

| | | |
|---|---|---|
| | Account No: | 001612381 |
| | Lang Type: | NL-NL |
| | Cust Type: | Consumer |
| | Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201401 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue
| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | HOLLAND | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | o seen 26-27, last week 2-3 in emu, this am in emu still 2-3, normal? AD: 92% acc, can be normal, chk with dr if concerned | | |

Short Notes

Response: Closed on Call   Batch: 91407   Letterhead: 1
| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |

CONFIDENTIAL

SPD-NY 0083909

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1237 of 1452

| | |
|---|---|
| Envelope | .00 |
| Letter | |
| Check | |
| Chk Req | Total Value: |
| Coupon | 0.00 |

Letter   Custom? N Date: 23/01/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001612381A.wav | 421k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted - Personally | Time In Contact | 22/01/14 | 00:06:3 |

Audit Log

22/01/14 4:42:01 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001612381A
NEW Received: 22/01/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201401
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCL

Redacted - Personally Identifying Information

Identifying Information

Owner/Dates/Times

| Current Owner | Redacted - Personally Identifying Information |
|---|---|
| Last Changed | 23/01/14 07:42:33 EDT by |
| Polled | 22/01/14  09:35:27 EDT. |
| Added | 22/01/14  09:35:27 EDT by Redacted - Personally Identifying Information |
| Batched | 23/01/14 07:31:11 EDT |
| Posted | 24/01/14 20:00:05 EDT |
| Elapsed Time | In 00:00:00   out 21:55:44 |
| Total Time in Contact | 00:00:0 |

Logo

CONFIDENTIAL

# 001613115A Contact Details

**Primary** contact received by **Telephone** on **24/01/14** *Closed on Call* processed **27/01/14** *Follow Up Required?* **N** *Status:*

Primary Customer

|  |  |  |  |
|---|---|---|---|
|  |  | Account No: | 001613115 |
|  |  | Lang Type: | EN-SE |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General

| Report Period: | 201401 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: |  | Pkg Code: |  |
|  |  | Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
|  |  | Investigation Concl.: |  |
| Location: | SWEDEN |  |  |
| Foil Lot: | NOLOT | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: |  | Escalation Level: | 1 |
|  |  | FOC: | N |
|  |  | Product Return: |  |
| Evidence: |  | Occurrences: |  |
| Store |  |  |  |

Verbatim: not box with me period late 5 days not Emu, pos 2-3. then 11 day later retested and again 2-3 not emu. Ad: talk with doctor, pos result, acc 92% WITH EMU.

Short Notes

Response: Closed on Call  Batch: 91477  Letterhead: 1

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
|  |  | Instruction | .00 |
|  |  | Label |  |
|  |  | Envelope | .00 |
|  |  | Letter |  |
|  |  | Check |  |
|  |  | Chk Req | Total Value: |
|  |  | Coupon | 0.00 |

Letter  Custom? N Date: 27/01/14

CONFIDENTIAL

SPD-NY 0083911

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1239 of 1452

Attachments

| File Name | Size | Description |
|---|---|---|
| 001613115A.wav | 380k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| CXE | Time In Contact | 24/01/14 | 00:05:0 |

Audit Log

24/01/14 5:01:21 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001613115A
NEW Received: 24/01/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201401
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally Identifying Information

Owner/Dates/Times

| | | |
|---|---|---|
| Current Owner | Redacted - Personally Identifying Information | |
| Last Changed | 27/01/14 09:52:06 EDT by | Redacted - Personally Identifying Information |
| Polled | 24/01/14 09:56:14 EDT. | |
| Added | 24/01/14 09:56:14 EDT by | |
| Batched | 27/01/14 07:30:54 EDT | |
| Posted | 31/01/14 20:00:00 EDT | |
| Elapsed Time | In 00:00:00 out 21:34:40 | |
| Total Time in Contact | 00:00:0 | |


Logo

# 001613488A Contact Details

**Primary** contact received by **Telephone** on **27/01/14** *Closed on Call* processed *28/01/14 Follow Up Required? N Status:*
Primary Customer

| | | |
|---|---|---|
| | Account No: | 001613488 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

CONFIDENTIAL

SPD-NY 0083912

General
Report Period:        201401              Source:
Severity                                 Priority:              0

Primary Issue
Product:          Clearblue Digital PT-     Product Age (m):
                  Conception Indicato
Item/UPC:                                  Pkg Code:
                                           Occurred:
Subject:          Conflicts with dr dates, test or    Conclusion:        Track issue
                  dates
                                           Investigation Concl.:
Location:         UNITED KINGDOM
Foil Lot:         MEN618/1SA                Misc Item:
Box Expiry:       2016-07                   Misc Date:
Kit Lot:                                    Escalation Level:      1
                                           FOC:               N
                                           Product Return:
Evidence:                                  Occurrences:
Store
Verbatim:         NOT Emu, period due that days pos result 2-3 weeks, then 2 days after NOT EMU,
                  POS 1-2 WEEKS. Ad: checked validity, VPG talk with doctor, conception indicator
                  ACC 92% with EMUNODET

Short Notes

Response: Closed on Call   Batch: 91540   Letterhead: 1
Enclosures:                              Forms:                 Checks:
                                         Instruction            .00
                                         Label
                                         Envelope               .00
                                         Letter
                                         Check
                                         Chk Req                Total Value:
                                         Coupon                 0.00

Letter   Custom? N Date: 28/01/14

Attachments
File Name           Size                 Description
001613488A.wav      410k

Times
User          Description              State Date/Time          Elapsed Time
Redacte       Time In Contact          27/01/14                 00:06:2
d
Audit Log

CONFIDENTIAL                                        SPD-NY 0083913

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1241 of 1452

27/01/14 5:10:41 AM - insert histdet
KEY VALUE: 001613488A
NEW Received: 27/01/14 (OLD: ?)
NEW Foil: MEN618/1SA
NEW Mfg Date: 31/07/16 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201401
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
NEW User Id: CXE

Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner              Redacted - Personally Identifying Information
Last Changed               28/01/14 09:29:14 EDT by   Redacted - Personally Identifying Information
Polled                     27/01/14  10:04:14 EDT.
Added                      27/01/14  10:04:14 EDT by
Batched                    28/01/14 07:31:19 EDT
Posted                     31/01/14 20:00:00 EDT
Elapsed Time               In 00:00:00    out 21:27:05
Total Time in Contact      00:00:0

x  Logo

# 001614536A Contact Details

**Primary** contact received by **Telephone** on **29/01/14** *Closed on Call* processed **04/02/14** *Follow Up Required? N Status: Complaint Complete*

Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | NA00569981 |
| | | Lang Type: | EN-US |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201401 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

Product:                                        Product Age (m):

CONFIDENTIAL

SPD-NY 0083914

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1242 of 1452

| | | | |
|---|---|---|---|
| | Clearblue Digital PT-Conception Indicato | | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | |
| | | Product Return: | I |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer is concerned because she has been testing every week since she triggered her first positive result and it was at 1-2. The following week it was at 2-3 and this week it is still on 2-3. She estimates to be about 5 weeks and d | | |

Short Notes

General Notes

id not understand why it was still saying 2-3. Training and technical information given regarding the test not being able to monitor the progression of pregnancy. She was referred back to her doctor.

Response: Closed on Call   Batch: 1   Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Custom? N Date:

Audit Log

30/01/14 2:34:48 AM - insert histdet -
KEY VALUE: 001614536A
NEW Received: 01/29/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201401
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0083915

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1243 of 1452

NEW Conclusion: PRECONCL

Redacted - Personally
Identifying Information

04/02/14 2:34:52 AM - update histdet
KEY VALUE: 001614536A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Redacted - Personally Identifying Information

Owner/Dates/Times

| | | |
|---|---|---|
| Current Owner | Redacted - Personally Identifying Information | |
| Last Changed | | |
| Polled | | |
| Added | 30/01/14  07:34:52 EDT | Redacted - Personally Identifying Information |
| Batched | 04/02/14 | |
| Posted | 04/02/14 | |
| Elapsed Time | In    out | |
| Total Time in Contact | | |

x Logo

# 001615196A Contact Details

**Primary** contact received by **Web Form** on **01/02/14** *Online Enquiry Completed* processed *03/02/14*
*Follow Up Required? N Status: Web customer advised to call*

Primary Customer

| | | Account No: | 001615196 |
|---|---|---|---|
| | | Lang Type: | EN |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201402 | Source: | TV Advert |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | An investigation is required |

CONFIDENTIAL

SPD-NY 0083916

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1244 of 1452

| | | | Investigation Concl.: |
|---|---|---|---|
| Location: | OTHERS | | |
| Foil Lot: | NOLOT | | Misc Item: |
| Box Expiry: | | | Misc Date: |
| Kit Lot: | | | Escalation Level: |
| | | | FOC: 1 |
| | | | Product Return: N |
| Evidence: | | | Occurrences: |
| Store | | | |
| Verbatim: | | | |

Verbatim:          lot already binned, should be over 6 weeks pg, not able to get dr app before mid feb, worried about misc so t to chk ci but only 2-3, what to do now, need to worry, AD: Call

Short Notes

General Notes

[01/02/2014 14:05:01 Email Import] Hallo,
ich bin endlich schwanger und war auch schon in der Blutabnahme. Erster Tag der letzten Regel war der 21.12 Mein HCG war am 22.1.14 bei 450. Leider bekam ich meinen Arzttermin erst fÃ¼r den 13.2.
Da ich schon Fehlgeburten hatte wollte ich mit dem Clearblue Test herausfinden ob noch alles in Ordnung ist, und sich alles gut entwickelt. Den Test hab ich gestern gemacht. Normalerweise war gestern die 6.Ssw fast zu Ende, doch der Test (2-3wochen) meinte ich wÃ¤re in der 4-5ssw. Jetzt hab ich Panik und hab Angst daÃŸ ich es wieder verloren habe. Mein Arzt ist in Urlaub bis zum 10.2 und ich werde hier verrÃ¼ckt. Ich kann aber auch nicht dafÃ¼r ins Krankenhaus fahren, ist ja kein mediz. Notfall. Deshalb wollte ich wissen wie genau die Bestimmung der Ssw ist. Ich hatte auch keine Blutung oder Ausfluss; jedoch eine ErkÃ¤ltung (keine Medis genommen)

Redacted - Personally Identifying Information

Response: Online Enquiry Completed     Batch: 91744     Letterhead: 14

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter     1 | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Online Enquiry - Response from advisor Custom? Y Date: 03/02/14

Sehr geehrte Frau Redacted - Personally Identifying

Wir danken Ihnen fÃ¼r Ihre Online-Anfrage bezÃ¼glich Clearblue.

Bitte rufen Sie unseren Beratungsservice an, damit wir das Ergebnis Ihres Schwangerschaftstests genauer besprechen kÃ¶nnen.
Der Clearblue Beratungsservice ist fÃ¼r Ihre Fragen und einem vertraulichen GesprÃ¤ch zwischen 8.00 Uhr bis 16.00 Uhr Mo-Fr erreichbar, auÃŸer an Feiertagen.

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0083917

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1245 of 1452

Anrufe sind kostenlos und werden fÃ¼r Trainingszwecke und zur QualitÃ¤tskontrolle aufgezeichnet.<

Sollten Sie uns erneut kontaktieren geben Sie bitte die Referenznummer Ihrer Anfrage an: 001615196A

Mit freundlichen GrÃ¼ÃŸen

Clearblue Beratungsservice

W_CBP_GER/cl
001615196A

Unsere Antwort basiert sich auf die von Ihnen gegebenen Informationen. Diese Antwort stellt keine medizinische Aussage dar und Sie sollten sofort Ihren Arzt aufsuchen, falls Sie sich irgendwelche Sorgen machen.

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| Redacted | Time In Contact | 03/02/14 | 00:20:0 |

Audit Log

01/02/14 9:05:01 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001615196A
NEW Received: 02/01/14 (OLD: ?)
NEW Foil: schon entsorgt
NEW Esc Level: 0
NEW Report Period: 201402
NEW Product: MISC
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_GER

03/02/14 4:13:54 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001615196A
Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0083918

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1246 of 1452

03/02/14 4:34:02 AM - update histdet - Julia Ising (JZI)
KEY VALUE: 001615196A
NEW Foil: NOLOT (OLD: schon entsorgt)
NEW Esc Level: 1 (OLD: 0)
NEW Product: CBDP09 (OLD: MISC)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)

03/02/14 4:34:02 AM - update histresp - | Redacted - Personally Identifying Information |
KEY VALUE: 001615196A
Redacted - Personally Identifying Information

04/02/14 9:28:52 AM - update histdet - | Redacted - Personally Identifying Information |
KEY VALUE: 001615196A
NEW Conclusion: INVESTIG (OLD: AS____)

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying Information
Last Changed           04/02/14 14:30:03 EDT by   Redacted - Personally Identifying Information
Polled                 01/02/14 14:05:01 EDT.
Added                  01/02/14 14:05:01 by
Batched                03/02/14 09:34:14 EDT
Posted                 07/02/14 20:00:01 EDT
Elapsed Time           In 05:00:00   out 14:29:13
Total Time in Contact  00:00:2

Secondary Contacts

| Ref No | Date Rec'd | Product | Subject | Resp Type | Verbatim |
|--------|-----------|---------|---------|-----------|----------|
| 001615196B | 04/02/14 | CBDP09 | GEN | FU | WC | can't call from LUXEMBOURG, AD: will call if she tells me her number |


Logo

# 001615363A Contact Details

**Primary** contact received by **Telephone** on *03/02/14 Closed on Call* processed *04/02/14 Follow Up Required? N Status:*
Primary Customer

|                | |
|----------------|---------|
| Account No:    | 001615363 |
| Lang Type:     | EN-GB |
| Cust Type:     | Consumer |
| Region:        | |

CONFIDENTIAL

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1247 of 1452

General
Report Period:      201402               Source:
Severity                                 Priority:              0

Primary Issue
Product:            Clearblue Digital PT-    Product Age (m):
                    Conception Indicato
Item/UPC:                                Pkg Code:
                                         Occurred:
Subject:            Conflicts with dr dates, test or    Conclusion:           Track issue
                    dates
                                         Investigation Concl.:
Location:           UNITED KINGDOM
Foil Lot:           NOLOT               Misc Item:
Box Expiry:                             Misc Date:
Kit Lot:                                Escalation Level:
                                        FOC:                   1
                                        Product Return:        N
Evidence:                               Occurrences:
Store
Verbatim:           last monday 2-3, today 2-3 again in emu, need to be worried now, AD: explained
                    thresholds and acc of ci, not to be used to track pg, cn will see midwife today anyway

Short Notes

Response: Closed on Call   Batch: 91781   Letterhead: 1
Enclosures:                              Forms:                 Checks:
                                         Instruction            .00
                                         Label
                                         Envelope               .00
                                         Letter
                                         Check
                                         Chk Req                Total Value:
                                         Coupon                 0.00

Letter   Custom? N Date: 04/02/14

Attachments
File Name                Size                    Description
001615363A.wav           261k

Times
User        Description            State Date/Time              Elapsed Time
Redacted    Time In Contact        03/02/14                     00:03:4

Audit Log
03/02/14 6:45:14 AM - insert histdet   Redacted - Personally
KEY VALUE: 001615363A                  Identifying Information

CONFIDENTIAL                                          SPD-NY 0083920

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1248 of 1452

NEW Received: 03/02/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally
Identifying Information

| Owner/Dates/Times | | |
|---|---|---|
| Current Owner | Redacted - Personally | Redacted - Personally Identifying Information |
| Last Changed | 03/02/14 11:45:14 EDT by | |
| Polled | 03/02/14  11:41:28 EDT. | |
| Added | 03/02/14  11:41:28 EDT by | |
| Batched | 04/02/14 07:31:12 EDT | |
| Posted | 07/02/14 20:00:01 EDT | |
| Elapsed Time | In   out 19:49:44 | |
| Total Time in Contact | 00:00:0 | |


Logo

# 001615451A Contact Details

**Primary** contact received by E mail on **03/02/14** *E-mail* processed **04/02/14** *Follow Up Required?* *N* Status:
Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | 001615451 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue
| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | | Conclusion: | |

CONFIDENTIAL

SPD-NY 0083921

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1249 of 1452

| | Conflicts with dr dates, test or dates | Issue is not listed on INDEX-0004 |
|---|---|---|
| | | Investigation Concl.: |

Location: UNITED KINGDOM
Foil Lot: NOLOT                                    Misc Item:
Box Expiry:                                        Misc Date:
Kit Lot:                                           Escalation Level:
                                                   FOC:                1
                                                   Product Return:     N
Evidence:                                          Occurrences:
Store

Verbatim:      used T 3 wks after conception, expected 3+ and got 2-3. Retested 5 days later, and
               still 2-3. what is the hCG thresholds?

Short Notes

General Notes
[04/02/14 10:31:22 EDT - 001615451A - Ling Cowell]
Response in draft letter

[03/02/14 15:03:25 EDT - 001615451A - Ling Cowell]
Dear Clearblue Team

I am a nurse in England with an interest in fertility matters. I recently used your Clearblue Advanced
Pregnancy Test with conception indicator, when I became pregnant. When I tested my urine more than 3
weeks after conception, I was alarmed to find that the test said 'pregnant, 2-3 weeks' rather than the
'pregnant 3+ weeks' that I was expecting. I retested my urine 5 days later and the test still said 'pregnant, 2-
3 weeks.'

The result lead me to research HCG levels, and I found that they vary hugely between different women in
early pregnancy.

I would like to know the reference ranges that your Pregnancy test with conception indicator uses to denote
each result. i.e:

What level of HCG causes the test to say 'pregnant, 1-2 weeks'
What level of HCG causes the test to say 'pregnant, 2-3 weeks'
What level of HCG causes the test to say 'pregnant, 3+ weeks'

I am really interested to know these levels. I hope you can help me.

I look forward to hearing from you.

Very best regards

Redacted -
Personally
Identifying
Information

Response: E-mail   Batch: 91781   Letterhead: 1

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |

CONFIDENTIAL                                                                    SPD-NY 0083922

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1250 of 1452

JA5974

Letter
Check
Chk Req
Coupon                                   Total Value:
                                         0.00

Letter  Custom? Y Date: 04/02/14
Redacted -
Personally

Thank you for your email.

The Clearblue Digital Test with Conception Indicator is over 99% accurate when used from the day your period is due. The Conception Indicator part of the test is 92% accurate when using the first urine of the day and this is an estimate of when you conceived. For a â€˜Pregnant 1-2 weeksâ€™ we would expect the hCG levels to be between 10-156mIU/ml, for 2-3 weeks to be between 156-2600mIU/ml, for 3+ weeks to be above 2600mIU/ml.

The Conception Indicator is an estimate and hCG levels can vary from women to women. If you want to know your exact hCG levels then please discuss this with your doctor.

We wish you all the best with your pregnancy.

Regards

Clearblue Product Support
Ref 001615451A

Times
User        Description              State Date/Time            Elapsed Time
LAC         Time In Contact          03/02/14                   00:03:5

Audit Log
03/02/14 10:04:35 AM - insert histdet -   Redacted - Personally
KEY VALUE: 001615451A                     Identifying Information
NEW Received: 03/02/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Days: 1 (OLD: 0)
NEW Qty: 1 (OLD: 0)
NEW Response Type: E
NEW Subject: CONFLCI
NEW Conclusion: INDEX
NEW User Id: LAC

                               Redacted - Personally       - Personally
03/02/14 10:04:35 AM -         Identifying Information      Information
KEY VALUE: 001615451A
NEW Misc Info: Redacted - Personally Identifying
              Information

Owner/Dates/Times

CONFIDENTIAL                                               SPD-NY 0083923

Current Owner | Redacted - Personally
Last Changed | 04/02/14 10:32:27 EDT by
Polled | 03/02/14  15:00:26 EDT.
Added | 03/02/14  15:00:26 EDT by
Batched | 04/02/14 07:31:12 EDT
Posted | 07/02/14 20:00:01 EDT
Elapsed Time | In 00:00:00    out 16:30:46
Total Time in Contact | 00:00:0

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

Logo

# 001616097A Contact Details

**Primary** contact received by **Telephone** on **04/02/14** *Closed on Call* processed **07/02/14** *Follow Up Required? N Status: Complaint Complete*

Primary Customer

| | |
|---|---|
| Account No: | NA00572498 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

General

Report Period: | 201402 | Source: | |
Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | | | |

CONFIDENTIAL

SPD-NY 0083924

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1252 of 1452

SFDC Trend Code: 3168 Customer was using the test to track miscarriage. She was advised is not meant to use in that manner and she should consult a doctor. No further information is available.

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log

05/02/14 2:34:48 AM - insert histdet     Redacted - Personally Identifying Information
KEY VALUE: 001616097A
NEW Received: 02/04/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

07/02/14 2:34:58 AM - update histdet  Redacted - Personally Identifying Information
KEY VALUE: 001616097A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times     Redacted - Personally Identifying Information
Current Owner
Last Changed
Polled
Added            05/02/14  07:34:58 EDT by   Redacted - Personally Identifying   0
Batched          07/02/14
Posted           07/02/14
Elapsed Time     In    out
Total Time in Contact

CONFIDENTIAL

SPD-NY 0083925

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1253 of 1452

Logo

# 001616538A Contact Details

**Primary** contact received by **Social Media** on 05/02/14 *Closed on Call* processed 11/02/14 *Follow Up Required?* **N** *Status:* **Complaint Complete**

Primary Customer

| | | Account No: | NA00573298 |
|---|---|---|---|
| | | Lang Type: | EN-US |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| Report Period: | 201402 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code:<br>Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | Misc Item: | |
| Foil Lot: | NOLOT | Misc Date: | |
| Box Expiry: | | Escalation Level: | 1 |
| Kit Lot: | NONE | FOC: | I |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Amazon on 1/26/2014. He/She stated the following: 'Pregnancy dating starts with the first day of your last period, so by the time you ovulate you're technically 2 weeks pregnant. By the time you miss a period yo | | |

Short Notes

General Notes

u are 4 weeks pregnant. This test couldn't possibly tell you that you are 1-2 weeks pregnant because at that point you wouldn't have even conceived yet. This test is very misleading.'

CONFIDENTIAL

SPD-NY 0083926

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1254 of 1452

Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

Redacted - Personally Identifying Information

Audit Log
06/02/14 2:34:47 AM - insert histdet
KEY VALUE: 001616538A
NEW Received: 02/05/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 0
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: NOTLIKE
NEW Conclusion: PRECONCL
Redacted - Personally

Redacted - Personally Identifying Information

11/02/14 2:34:55 AM - update histdet
KEY VALUE: 001616538A
NEW Investigation: OTHER
NEW Esc Level: 1 (OLD: 0)
NEW Response Type: NR (OLD: P)
NEW Subject: CONFLCI (OLD: NOTLIKE)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner         Redacted - Personally Identifying
Last Changed          Information
Polled
Added                 06/02/14  07:34:54 EDT by    Redacted -
Batched               11/02/14                      Personally
Posted                11/02/14                      Identifying
Elapsed Time          In    out
Total Time in Contact

CONFIDENTIAL

SPD-NY 0083927

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1255 of 1452



# 001616624A Contact Details

**Primary** contact received by **Telephone** on **06/02/14** *Closed on Call* processed *07/02/14* Follow Up Required? *N* Status:

Primary Customer

| | | Account No: | 001616624 |
| --- | --- | --- | --- |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| Report Period: | 201402 | Source: | |
| --- | --- | --- | --- |
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| --- | --- | --- | --- |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | had a pg 2-3, dr says 6wks pg. used evening urine. AD: acc vpg, CI acc | | |

Short Notes

Response: Closed on Call   Batch: 91902   Letterhead: 1

| Enclosures: | Forms: | Checks: |
| --- | --- | --- |
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |

CONFIDENTIAL

SPD-NY 0083928

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1256 of 1452

Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date: 07/02/14

Attachments

| File Name | Size | Description |
|-----------|------|-------------|
| 001616624A.wav | 131k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| HXC | Time In Contact | 06/02/14 | 00:02:1 |

Audit Log
06/02/14 3:52:41 AM - insert histdet -     Redacted - Personally Identifying Information
KEY VALUE: 001616624A
NEW Received: 06/02/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally
Identifying Information

Owner/Dates/Times

| | |
|---|---|
| Current Owner | Redacted - Personally Identifying Information |
| Last Changed | 06/02/14 08:52:41 EDT by |
| Polled | 06/02/14  08:50:26 EDT. |
| Added | 06/02/14  08:50:26 EDT by |
| Batched | 07/02/14 07:31:14 EDT |
| Posted | 07/02/14 20:00:01 EDT |
| Elapsed Time | In    out 22:40:48 |
| Total Time in Contact | 00:00:0 |

Redacted Personall Identifying

☒ Logo

CONFIDENTIAL

SPD-NY 0083929

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1257 of 1452

# 001616828A Contact Details

**Primary** contact received by **Telephone** on **05/02/14** *Closed on Call processed* **11/02/14** *Follow Up Required?* **N** *Status:* **Complaint Complete**

Primary Customer

| | |
|---|---|
| Account No: | NA00573530 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | l |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer expected date of period was 01/31/2014. She was upset that her pregnancy test on 2/5/2014 said 'pregnant 2-3' weeks but on the same day she had a quantitative blood test that said her HCG was 9067 ml/iu. She expected to see | | |

Short Notes

General Notes
a 3+.

Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

CONFIDENTIAL

SPD-NY 0083930

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1258 of 1452

Letter   Custom? N Date:

**Audit Log**
07/02/14 2:35:00 AM - insert histdet -
KEY VALUE: 001616828A
NEW Received: 02/05/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
NEW User Id: NAA

Redacted - Personally Identifying Information

11/02/14 2:34:55 AM - update histdet -
KEY VALUE: 001616828A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Redacted - Personally Identifying Information

**Owner/Dates/Times**
Current Owner
Last Changed
Polled
Added
Batched                 11/02/14
Posted                  11/02/14
Elapsed Time            In      out
Total Time in Contact

Redacted - Personally Identifying Information

Logo

# 001616859A Contact Details

**Primary** contact received by **Telephone** on **06/02/14** *Closed on Call* processed **11/02/14** Follow Up
Required? **N** Status: **Complaint Complete**

CONFIDENTIAL                                              SPD-NY 0083931

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1259 of 1452

## Primary Customer

| | |
|---|---|
| Account No: | NA00573700 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

## General

| | | | |
|---|---|---|---|
| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Caller reports that on 02/05/2014, his wife took the weeks estimator test three times. First result was 3 +, second two tests were 2-3, each. Did not use first urine of the day. Cycle length unknown. Period due date unknown. Box and | | |

## Short Notes

## General Notes

foil, unavailable.

## Response: Closed on Call  Batch: 1  Letterhead: 1

Enclosures:

| Forms: | Checks: |
|---|---|
| Instruction | .00 |
| Label | |
| Envelope | .00 |
| Letter | |
| Check | |
| Chk Req | Total Value: |
| Coupon | 0.00 |

Letter  Custom? N Date:

## Audit Log

CONFIDENTIAL

SPD-NY 0083932

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1260 of 1452

JA5984

07/02/14 2:35:01 AM - insert histdet - Redacted - Personally Identifying
KEY VALUE: 001616859A                    Information
NEW Received: 02/06/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: 2+CBCONF
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information
10/02/14 2:34:38 AM - update histdet - Redacted - Personally Identifying
KEY VALUE: 001616859A                    Information
NEW Subject: CONFLCI (OLD: 2+CBCONF)

11/02/14 2:34:56 AM - update histdet  Redacted - Personally Identifying
KEY VALUE: 001616859A                   Information
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Conclusion: TRACK (OLD: PRECONCL)

Owner/Dates/Times       Redacted - Personally Identifying
Current Owner           Information
Last Changed
Polled
Added
Batched                 11/02/14
Posted                  11/02/14
Elapsed Time            In   out
Total Time in Contact

Logo

# **001616881A Contact Details**

**Primary** contact received by **Telephone** on **06/02/14** *Closed on Call* processed **11/02/14** *Follow Up Required?* **N** *Status:* **Complaint Complete**
Primary Customer

CONFIDENTIAL

SPD-NY 0083933

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1261 of 1452

| | | |
|---|---|---|
| Account No: | NA00573760 |
| Lang Type: | EN-CA |
| Cust Type: | Consumer |
| Region: | |

## General

| | | | | |
|---|---|---|---|---|
| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | CANADA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim: SFDC Trend Code: 3168 Customer tested on 2/4/14, getting Pregnant 3+ result. She tested again on 2/5/14, getting Pregnant 2-3. Technical information was given.

## Short Notes

**Response: Closed on Call  Batch: 1  Letterhead: 1**

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Custom? N Date:

Redacted - Personally Identifying Information

## Audit Log

07/02/14 2:35:02 AM - insert histdet -
KEY VALUE: 001616881A
NEW Received: 02/06/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE

CONFIDENTIAL

SPD-NY 0083934

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1262 of 1452

NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 2 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information

Redacted - Personally
Identifying Information

11/02/14 2:34:56 AM - update histdet -
KEY VALUE: 001616881A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Conclusion: TRACK (OLD: PRECONCL)

Owner/Dates/Times | Redacted - Personally Identifying Information
Current Owner
Last Changed
Polled
Added
Batched | 11/02/14
Posted | 11/02/14
Elapsed Time | In    out
Total Time in Contact

☒ Logo

# 001617099A Contact Details

**Primary** contact received by **Telephone** on **07/02/14** *Closed on Call* processed **10/02/14** *Follow Up Required? **N** Status:*
Primary Customer

| | Account No: | 001617099 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

General
Report Period: | 201402 | | Source: |
Severity | | | Priority: | 0

Primary Issue

CONFIDENTIAL

SPD-NY 0083935

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1263 of 1452

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN611/2SA | Misc Item: | |
| Box Expiry: | 2016-05 | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | I did T 3 days prior period due not EMU, 1-2 PREGNANT, THEN ANOTHER T when I was 2 days late 2-3 pregnant line inside T are different. Ad: ignore line. VPG result, talk with doctor, conception indicator ACC 92% | Redacted - Personally Identifying Information | |

Short Notes

Response: Closed on Call   Batch: 91937   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 10/02/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001617099A.wav | 553k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| CXE | Time In Contact | 07/02/14 | 00:07:2 |

Audit Log
07/02/14 7:55:16 AM - insert histdet | Redacted - Personally Identifying Information
KEY VALUE: 001617099A
NEW Received: 07/02/14 (OLD: ?)
NEW Foil: MEN611/2SA
NEW Mfg Date: 31/05/16 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09

CONFIDENTIAL

SPD-NY 0083936

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1264 of 1452

NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally
Identifying Information

Owner/Dates/Times          Redacted - Personally
Current Owner              Identifying Information
Last Changed        07/02/14 12:55:16 EDT by          Redacted -
Polled              07/02/14  12:47:45 EDT.             Personally
Added               07/02/14  12:47:45 EDT by          Identifying
Batched             10/02/14 07:30:58 EDT             Information
Posted              14/02/14 20:00:01 EDT
Elapsed Time        In    out 18:43:13
Total Time in Contact  00:00:0

☒ Logo

# 001617283A Contact Details

**Primary** contact received by **Telephone** on 07/02/14 *Closed on Call* processed *12/02/14* Follow Up
Required? *N* Status: *Complaint Complete*

Primary Customer

|  |  | Account No: | NA00574452 |
|--|--|-------------|------------|
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
| Report Period: | 201402 | Source: |  |
|----------------|--------|---------|--|
| Severity |  | Priority: | 0 |

Primary Issue
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|----------|------------------------------------------|------------------|--|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code:<br>Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
|  |  | Investigation Concl.: | NOTOBV |
| Location: | USA |  |  |

CONFIDENTIAL

SPD-NY 0083937

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1265 of 1452

**JA5989**

| | | | |
|---|---|---|---|
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer got a pregnant 1-2 on 2/6/2014 with first morning urine. She tested again on 2/7/2014 and got a 2-3 weeks with first morning urine, but also tested later on in the day triggering a 1-2. Period dates are unknown. | | |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log
10/02/14 2:34:41 AM - insert histdet
KEY VALUE: 001617283A
NEW Received: 02/07/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 3 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

12/02/14 2:35:07 AM - update histdet
KEY VALUE: 001617283A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Conclusion: TRACK (OLD: PRECONCL)

Redacted - Personally Identifying Information

Owner/Dates/Times

CONFIDENTIAL

SPD-NY 0083938

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1266 of 1452

Current Owner       North American Upload user (NAA)
Last Changed        12/02/14 by NAA
Polled              .
Added               10/02/14  07:35:07 EDT by NAA
Batched             12/02/14
Posted              12/02/14
Elapsed Time        In    out
Total Time in Contact



# 001617321A Contact Details

**Primary** contact received by **Telephone** on 07/02/14 *Closed on Call* processed **12/02/14** *Follow Up Required? N Status:* **Complaint Complete**

Primary Customer

|  |  | Account No: | NA00574606 |
|---|---|---|---|
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General

| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code:<br>Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level:<br>FOC: | 1<br>I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer believes she should be triggering a 3+ result on our test but it is showing her a 2-3. She believes to be 5 weeks past ovulation. | | |

CONFIDENTIAL

SPD-NY 0083939

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1267 of 1452

**JA5991**

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:                                    Forms:                    Checks:
                                               Instruction               .00
                                               Label
                                               Envelope                  .00
                                               Letter
                                               Check
                                               Chk Req                   Total Value:
                                               Coupon                    0.00

Letter   Custom? N Date:

Audit Log
10/02/14 2:34:43 AM - insert histdet    Redacted - Personally Identifying Information
KEY VALUE: 001617321A
NEW Received: 02/07/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information
   12/02/14 2:35:08 AM - update histdet -   Redacted - Personally Identifying
KEY VALUE: 001617321A                        Information
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying
Last Changed           Information
Polled
Added                  10/02/14  07:35:08 EDT    Redacted -
Batched                12/02/14                  Personally
Posted                 12/02/14                  Identifying
Elapsed Time           In    out
Total Time in Contact

CONFIDENTIAL

SPD-NY 0083940

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1268 of 1452



# 001617629A Contact Details

**Primary** contact received by **Telephone** on **10/02/14** *Closed on Call* processed *13/02/14* Follow Up Required? *N* Status: *Complaint Complete*

Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | NA00574921 |
| | | Lang Type: | EN-US |
| | | Cust Type: | Consumer |
| | | Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer was advised to use the test only as an estimate. No further information available. | | |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |

CONFIDENTIAL

SPD-NY 0083941

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1269 of 1452

Letter
Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date:

Audit Log
11/02/14 2:34:59 AM - insert histdet
KEY VALUE: 001617629A
NEW Received: 02/10/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

13/02/14 2:34:51 AM - update histdet
KEY VALUE: 001617629A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added
Batched          13/02/14
Posted           13/02/14
Elapsed Time     In    out
Total Time in Contact

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information


Logo

CONFIDENTIAL

SPD-NY 0083942

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1270 of 1452

# 001618323A Contact Details

**Primary**contact received by **Web Form**on **13/02/14** *Online Enquiry Completed* processed *13/02/14*
*Follow Up Required? **N** Status:**Complaint Complete***

Primary Customer

|  |  |  |  |
|---|---|---|---|
|  |  | Account No: | 001618323 |
|  |  | Lang Type: | EN |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General

|  |  |  |  |
|---|---|---|---|
| Report Period: | 201402 | Source: | Shop |
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT- Conception Indicato | Product Age (m): | 1 |
|---|---|---|---|
| Item/UPC: |  | Pkg Code: Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
|  |  | Investigation Concl.: |  |
| Location: | SOUTH AFRICA | Misc Item: |  |
| Foil Lot: | MEN609/1SC | Misc Date: |  |
| Box Expiry: |  | Escalation Level: | 1 |
| Kit Lot: |  | FOC: |  |
|  |  | Product Return: | N |
| Evidence: Store |  | Occurrences: |  |

Verbatim: CB6 faint PG 28 JAN. PG 1-2 31 JAN. 7 FEB PG 1-2. 13 FEB PG 1-2. Feels that it should have been 2-3 or 3+. Why same result 3 times? Spent lots, disappointed. AD not for tracking PG, 92%ACC. See DR.

Short Notes

General Notes

[13/02/2014 06:05:02 Email Import] Dear Clearblue. We bought one of your Clearblue Plus pregnancy tests with colour change time and tested on 28 January. There was a faint + line. On 31 January we tested again using your Clearblue Digital Pregnancy Test with Conception indicator and it showed "Pregnant 1-2", we were very excited. On 7 January we tested again using your Clearblue Digital Pregnancy Test with Conception indicator and it showed "Pregnant 1-2" - I can understand that this is possibly accurate. On 13 February we tested again using your Clearblue Digital Pregnancy Test with Conception indicator and it showed "Pregnant 1-2". According to our calculations, the test done today should have shown 2-3 or 3+. Please tell me why we are getting the same result 3 times? We have spend a lot of money and are very disappointed. I would like some answers please. Redacted – Personally Identifying Information

Response: Online Enquiry Completed   Batch: 92116   Letterhead: 13
Enclosures:

| Forms: | Checks: |
|---|---|
| Instruction | .00 |
| Label |  |
|  | .00 |

CONFIDENTIAL

SPD-NY 0083943

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1271 of 1452

Envelope
Letter        1
Check
Chk Req
Coupon

Total Value:
0.00

Letter  Online Enquiry - Response from advisor Custom? Y Date: 13/02/14

Redacted - Personally
Identifying Information

Thank you for your Clearblue online enquiry: 001618323A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

Firstly we would like to thank you for using our tests but we are sorry to learn that they have now caused you some concern.

The test is not designed to track pregnancy. It is a pregnancy test that gives you an additional piece of information â€" once you have a â€˜pregnantâ€™ result we advise you to see your doctor and not to perform any further tests.

The Conception Indicator is 92% accurate at detecting when conception occurred provided that the first urine of the day is used. As you are already aware, the estimate is based on the level of hCG in the urine. However, the level of hCG varies from woman to woman therefore it is possible that the Conception Indicator might occasionally give misleading results.

Now that you have had pregnant results you need to arrange to see you doctor.

We wish you all the best.

If you contact us again please be ready to quote your enquiry reference number: 001618323A

Clearblue Team


W_CBP_UK/cl
001618323A

_____

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.



Times
| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| HZK | Time In Contact | 13/02/14 | 00:03:3 |

Audit Log
13/02/14 1:05:02 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001618323A
NEW Received: 02/13/14 (OLD: ?)


CONFIDENTIAL

SPD-NY 0083944

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1272 of 1452

NEW Foil: MEN609/1SC
NEW Esc Level: 0
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN

Redacted - Personally Identifying Information

13/02/14 4:09:22 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001618323A

Redacted - Personally Identifying Information

13/02/14 4:13:01 AM - update histdet Redacted - Personally Identifying Information
KEY VALUE: 001618323A
NEW Esc Level: 1 (OLD: 0)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

13/02/14 4:13:01 AM - update histresp - Redacted - Personally Identifying Information
KEY VALUE: 001618323A

Redacted - Personally Identifying Information

13/02/14 4:24:52 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001618323A
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)

Redacted - Personally Identifying Information

| | | Redacted - Personally Identifying Information |
|---|---|---|
| Last Changed | 13/02/14 09:25:27 EDT by | |
| Polled | 13/02/14  06:05:02 EDT. | |
| Added | 13/02/14  06:05:02 by | |
| Batched | 13/02/14 09:25:14 EDT | |
| Posted | 14/02/14 20:00:01 EDT | |
| Elapsed Time | In 05:00:00    out 22:20:12 | |
| Total Time in Contact | 00:00:0 | |

Logo

CONFIDENTIAL

SPD-NY 0083945

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1273 of 1452

# 001618615A Contact Details

**Primary** contact received by **Web Form** on **13/02/14** *Online Enquiry Completed* processed *14/02/14*
*Follow Up Required?* **N** *Status:* **Complaint Complete**

Primary Customer

|  |  | Account No: | 001618615 |
|---|---|---|---|
|  |  | Lang Type: | EN-IR |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General

| Report Period: | 201402 | Source: | Pharmacy |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT- Conception Indicato | Product Age (m): | 1 |
|---|---|---|---|
| Item/UPC: |  | Pkg Code: |  |
|  |  | Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
|  |  | Investigation Concl.: |  |
| Location: | EIRE |  |  |
| Foil Lot: | CEN570/7SB | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: |  | Escalation Level: | 1 |
|  |  | FOC: | N |
|  |  | Product Return: |  |
| Evidence: |  | Occurrences: |  |
| Store |  |  |  |
| Verbatim: | T D before P due. PG 3+. 5 WKs OG according to leaflet. But her C is usually 27-28 Ds. Confused. Any ideas? AD 92%ACC. Levels vary between women. See DR. |  |  |

Short Notes

General Notes

[13/02/2014 22:35:00 Email Import] I done a test the day before my period was due and I got a pregnant result with 3+ which according to the instructions makes me 5 weeks pregnant but my cycle are usually only 27/28 days. Im a bit confused as to hoe this happened. Any ideas?

**Response:** Online Enquiry Completed   **Batch:** 92142   **Letterhead:** 13

| Enclosures: | Forms: | Checks: |
|---|---|---|
|  | Instruction | .00 |
|  | Label |  |
|  | Envelope | .00 |
|  | Letter    1 |  |
|  | Check |  |
|  | Chk Req | Total Value: |
|  | Coupon | 0.00 |

CONFIDENTIAL

SPD-NY 0083946

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1274 of 1452

Letter  Online Enquiry - Response from advisor Custom? Y Date: 14/02/14

Redacted - Personally
Identifying Information

Thank you for your Clearblue online enquiry: 001618615A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

The Conception Indicator is 92% accurate when testing with the first urine of the day. This estimate is based on the level of hCG in your urine.

The weeks since conception are an estimate only. Every woman is different and the rate at which hCG rises may vary from woman to woman.

As you have had Pregnant result we recommend that you consult your doctor.

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001618615A

Clearblue Team


W_CBP_UK/cl
001618615A

_____

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| Redacted | Time In Contact | 14/02/14 | 00:00:0 |

Audit Log
13/02/14 5:35:01 PM - insert histdet - webspeed (webspeed)
KEY VALUE: 001618615A
NEW Received: 02/13/14 (OLD: ?)
NEW Foil: cen570/7sb
NEW Esc Level: 0
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ


CONFIDENTIAL                                                SPD-NY 0083947

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1275 of 1452

NEW Conclusion: ASSIGN
NEW User Id: W_CBP_UK

14/02/14 3:01:53 AM - update histdet -
KEY VALUE: 001618615A
Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

Personally Information

14/02/14 3:05:48 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001618615A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

14/02/14 3:05:48 AM - update histresp - Redacted - Personally Identifying Information
KEY VALUE: 001618615A
Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying Information
Last Changed           14/02/14 08:06:16 EDT by    Redacted - Personally
Polled                 13/02/14  22:35:00 EDT.      Identifying Information
Added                  13/02/14  22:35:00 by
Batched                14/02/14 08:06:03 EDT
Posted                 14/02/14 20:00:01 EDT
Elapsed Time           In 05:00:00    out 04:31:03
Total Time in Contact  00:00:0


Logo

# 001618811A Contact Details

**Primary** contact received by **Web Form** on **14/02/14** *Online Enquiry Completed* processed **14/02/14**
*Follow Up Required? **N** Status: **Complaint Complete***
Primary Customer

|  | | |
|---|---|---|
| Account No: | 001618811 |
| Lang Type: | FR-FR |
| Cust Type: | Consumer |
| Region: | |

General
Report Period:      201402          Source:

CONFIDENTIAL                                              SPD-NY 0083948

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1276 of 1452

Severity                                    Priority:              0

Primary Issue
Product:        Clearblue Digital PT-        Product Age (m):       1
                Conception Indicato
Item/UPC:                                    Pkg Code:
                                             Occurred:
Subject:        Conflicts with dr dates, test or   Conclusion:      Track issue
                dates
                                             Investigation Concl.:
Location:       FRANCE
Foil Lot:       NOLOT                         Misc Item:
Box Expiry:                                   Misc Date:
Kit Lot:                                      Escalation Level:     1
                                             FOC:
                                             Product Return:       N
Evidence:                                     Occurrences:
Store
Verbatim:       yesterday pos 3+, today pos 2-3

Short Notes

General Notes
[14/02/2014 09:05:01 Email Import] Bonjour, j'ai fait le test hier qui m'indiquait "enceinte 3+", et ce matin il
m'indique "enceinte 2-3". Est-ce normal?

Response: Online Enquiry Completed   Batch: 92158   Letterhead: 17
Enclosures:                                  Forms:                 Checks:
                                             Instruction            .00
                                             Label
                                             Envelope               .00
                                             Letter          1
                                             Check
                                             Chk Req                Total Value:
                                             Coupon                 0.00

Letter  Online Enquiry - Response from advisor Custom? Y Date: 14/02/14


Chère [Redacted - Personally Identifying Information]

Nous avons bien reçu votre demande d'information en ligne concernant le test de Grossesse
Clearblue Digital.

L'estimation de l'âge de la grossesse est fiable à 92% si vous testez avec les premières urines du
matin. Cette estimation repose sur la quantité d'hCG présente dans vos urines. La quantité d'hCG
varie d'une femme à l'autre et en cas de grossesse multiple. C'est pourquoi l'estimation de l'âge de la
grossesse peut donner des résultats erronés dans 8% des cas.

Nous vous conseillons de consulter votre médecin afin que ce dernier confirme votre grossesse.


CONFIDENTIAL                                                      SPD-NY 0083949

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1277 of 1452

Nous espÃ©rons que ces informations vous seront utiles. Notre rÃ©ponse est basÃ©e sur les informations que vous soumettez.

Pour de plus amples informations veuillez contacter par tÃ©lÃ©phone le service consommateurs Clearblue. Nos conseillÃ¨res sauront rÃ©pondre Ã  vos questions de maniÃ¨re confidentielle et sont joignables du Lundi au Vendredi, entre 08H00 et 16H00, sauf jours fÃ©riÃ©s.

Redacted - Personally
Identifying Information

Appels gratuits depuis un poste fixe. Tous les appels sont enregistrÃ©s pour des raisons de formation et de contrÃ´le qualitÃ©.

Si vous Ãªtes amenÃ©s Ã  nous recontacter, veuillez nous indiquer votre numÃ©ro de rÃ©fÃ©rence client : 001618811A

Cordialement,


Le Service Consommateurs Clearblue



W_CBP_FRANCE/cl
001618811A

---

Notre rÃ©ponse se base sur les informations que vous nous avez fournies et vous concerne vous uniquement. Ceci nâ€™est pas un avis mÃ©dical. Si vous vous inquiÃ©tez pour votre santÃ©, veuillez consulter votre mÃ©decin ou autre professionnel de santÃ©.


Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| HXC | Time In Contact | 14/02/14 | 00:02:5 |

Audit Log
14/02/14 4:05:01 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001618811A
NEW Received: 02/14/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ


CONFIDENTIAL                                                      SPD-NY 0083950

NEW Conclusion: ASSIGN
Redacted - Personally Identifying Information

14/02/14 8:39:11 AM - update histdet -
KEY VALUE: 001618811A

Redacted - Personally Identifying Information

14/02/14 8:42:09 AM - update histdet -
Redacted - Personally Identifying Information
KEY VALUE: 001618811A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

Redacted - Personally Identifying Information
14/02/14 8:42:09 AM -
KEY VALUE: 001618811A
Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner          Redacted - Personally
                       Identifying Information
Last Changed           14/02/14 13:42:09 EDT by   Redacted - Personally
Polled                 14/02/14  09:05:01 EDT.     Identifying Information
Added                  14/02/14  09:05:01 by
Batched                14/02/14 14:10:36 EDT
Posted                 14/02/14 20:00:01 EDT
Elapsed Time           In 05:00:00    out 00:05:35
Total Time in Contact  00:00:0

Logo

# 001618903A Contact Details

**Primary** contact received by **Telephone** on **14/02/14** *Closed on Call processed* **17/02/14** *Follow Up Required?* **N** *Status:*
Primary Customer

| | | Account No: | 001618903 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General
Report Period:     201402          Source:

CONFIDENTIAL

SPD-NY 0083951

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1279 of 1452

Severity                                    Priority:                    0

Primary Issue
Product:        Clearblue Digital PT-        Product Age (m):
                Conception Indicato
Item/UPC:                                    Pkg Code:
                                             Occurred:
Subject:        Conflicts with dr dates, test or   Conclusion:        Track issue
                dates
                                             Investigation Concl.:
Location:       UNITED KINGDOM
Foil Lot:       MEN611/2SA                   Misc Item:
Box Expiry:                                  Misc Date:
Kit Lot:                                     Escalation Level:       1
                                             FOC:                    N
                                             Product Return:
Evidence:                                    Occurrences:
Store
Verbatim:       late had a pos 2-3, few d later at 2am pos 1-2 suit AD: acc vpg see dr, ci acc not emu,
                stop testing

Short Notes


Response: Closed on Call   Batch: 92177   Letterhead: 1
Enclosures:                                  Forms:                   Checks:
                                             Instruction             .00
                                             Label
                                             Envelope                .00
                                             Letter
                                             Check
                                             Chk Req                 Total Value:
                                             Coupon                  0.00


Letter   Custom? N Date: 17/02/14



Attachments
File Name                  Size                     Description
001618903A.wav             258k

Times
User    Description                State Date/Time              Elapsed Time
HXC     Time In Contact            14/02/14                     00:03:3

Audit Log
14/02/14 8:18:23 AM - insert histdet -   Redacted - Personally
KEY VALUE: 001618903A                    Identifying Information
NEW Received: 14/02/14 (OLD: ?)
NEW Foil: MEN611/2SA
NEW Esc Level: 1


CONFIDENTIAL                                                    SPD-NY 0083952

NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally
Identifying Information

Owner/Dates/Times

Redacted - Personally
Identifying Information

Redacted -
Personally
Identifying
Information

| | | Redacted |
|---|---|---|
| Current Owner | | |
| Last Changed | 17/02/14 09:40:53 EDT | |
| Polled | 14/02/14 13:14:49 EDT | - |
| Added | 14/02/14 13:14:49 EDT | Personally |
| Batched | 17/02/14 07:30:58 EDT | |
| Posted | 21/02/14 20:00:01 EDT | |
| Elapsed Time | In 00:00:00 out 18:16:09 | |
| Total Time in Contact | 00:00:0 | |



# 001618934A Contact Details

**Primary** contact received by **Web Form** on *14/02/14 Online Enquiry Completed* processed *17/02/14*
*Follow Up Required? **N** Status: **Complaint Complete***

Primary Customer

| | | Account No: | 001618934 |
|---|---|---|---|
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| Report Period: | 201402 | Source: | TV Advert |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
|---|---|---|---|
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |

CONFIDENTIAL

SPD-NY 0083953

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1281 of 1452

| | | | |
|---|---|---|---|
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | |
| | | Product Return: | N |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim: 6WKs PG 13 FEB 14. Last P 2 JAN 14. Conceived 17 JAN 14. 27 JAN got PG 1-2. Last WK it went up to 2-3 but a WK later it still says 2-3 and it should read 3+. Is this common and what could be the problem. AD not for tracking PG, ACC, see DR.

Short Notes

General Notes
[14/02/2014 15:35:00 Email Import] Hi,

I'm 6 weeks pregnant (yesterday) the 1st day of my last period was 2/01/14 I conceived the 17/01/14 I did a digital pregnancy test on 27/01/14 and it read - 1-2 weeks pregnant. It went up to 2-3 weeks pregnant last week, but a week later it still says 2-3 weeks pregnant and it should read 3+
Is this common and what could be the problem?.

Many thanks for your reply in advance.


Response: Online Enquiry Completed    Batch: 92194    Letterhead: 13
Enclosures:

| | Forms: | | Checks: |
|---|---|---|---|
| | Instruction | | .00 |
| | Label | | |
| | Envelope | | .00 |
| | Letter | 1 | |
| | Check | | |
| | Chk Req | | Total Value: |
| | Coupon | | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 17/02/14
Redacted - Personally
Identifying Information
Thank you for your Clearblue online enquiry: 001618934A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

Firstly we would like to thank you for using our tests but we are sorry to learn that they have now caused you some concern.

The test is not designed to track pregnancy. It is a pregnancy test that gives you an additional piece of information â€" once you have a â€˜pregnantâ€™ result we advise you to see your doctor and not to perform any further tests.

The Conception Indicator is 92% accurate at detecting when conception occurred provided that the first urine of the day is used. As you are already aware, the estimate is based on the level of hCG in the urine. However, the level of hCG varies from woman to woman therefore it is possible that the Conception Indicator might occasionally give misleading results.


CONFIDENTIAL

SPD-NY 0083954

Now that you have had pregnant results you need to arrange to see you doctor.

We wish you all the best.

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001618934A

Clearblue Team


W_CBP_UK/cl
001618934A

_____

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.



Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| HZK | Time In Contact | 17/02/14 | 00:03:2 |

Audit Log

14/02/14 10:35:00 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001618934A
NEW Received: 02/14/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_UK           Redacted - Personally
                                Identifying Information

17/02/14 3:27:49 AM - update histdet - H
KEY VALUE: 001618934A
Redacted - Personally Identifying Information

                                Redacted - Personally Identifying
                                Information
17/02/14 3:31:15 AM - update histdet - 001618934A
KEY VALUE: 001618934A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)


CONFIDENTIAL                                    SPD-NY 0083955

NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner          Redacted - Personally
Last Changed           Identifying Information
                       17/02/14 08:31:40 EDT by    Redacted -
Polled                 14/02/14  15:35:00 EDT.      Personally
Added                  14/02/14  15:35:00 by
Batched                17/02/14 08:31:29 EDT
Posted                 21/02/14 20:00:01 EDT
Elapsed Time           In 05:00:00   out 11:56:29
Total Time in Contact  00:00:0



# 001619861A Contact Details

**Primary** contact received by **Telephone** on **20/02/14** *Closed on Call* processed **21/02/14** *Follow Up Required? N Status:*
Primary Customer

|  |  | Account No: | 001619861 |
|---|---|---|---|
|  |  | Lang Type: | EN-GB |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
| Report Period: | 201402 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |

CONFIDENTIAL                                         SPD-NY 0083956

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1284 of 1452

**JA6008**

Foil Lot:               NOLOT                    Misc Item:
Box Expiry:                                      Misc Date:
Kit Lot:                                         Escalation Level:     1
                                                 FOC:                  N
                                                 Product Return:
Evidence:                                        Occurrences:
Store
Verbatim:               yesterday am 2-3, pm again 2-3, this am again 2-3, AD: all ok? cn worried that pg
                        hormone not rising, AD: chk validty, see dr, not to be used at pg tracker as ci 92%
                        acc

Short Notes


Response: Closed on Call   Batch: 92357   Letterhead: 1
Enclosures:                                      Forms:                 Checks:
                                                 Instruction            .00
                                                 Label
                                                 Envelope               .00
                                                 Letter
                                                 Check
                                                 Chk Req                Total Value:
                                                 Coupon                 0.00

Letter   Custom? N Date: 21/02/14


Attachments
File Name                        Size                     Description
001619861A.wav                   589k

Times
User    Description                      State Date/Time           Elapsed Time
JZI     Time In Contact                  20/02/14                  00:06:1

Audit Log
20/02/14 2:26:35 AM - insert histdet   Redacted - Personally Identifying
KEY VALUE: 001619861A                  Information
NEW Received: 20/02/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally
Identifying Information

Owner/Dates/Times


CONFIDENTIAL                                                      SPD-NY 0083957

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1285 of 1452

| | | |
|---|---|---|
| Current Owner | Redacted - Personally | |
| Last Changed | 21/02/14 08:17:52 EDT by | Redacted - Personally |
| Polled | 20/02/14 07:20:14 EDT. | Identifying |
| Added | 20/02/14 07:20:14 EDT by | Information |
| Batched | 21/02/14 07:30:55 EDT | |
| Posted | 21/02/14 20:00:01 EDT | |
| Elapsed Time | In 00:00:00    out 00:10:41 | |
| Total Time in Contact | 00:00:0 | |



# 001619870A Contact Details

**Primary** contact received by **Telephone** on **20/02/14** *Closed on Call* processed **21/02/14** *Follow Up Required?* **N** *Status:*

Primary Customer

| | Account No: | 001619870 |
|---|---|---|
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue
| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN625/1SA | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | CN took CB09 and had PG, 2-3. Bloodtest showed hcg to be above 3000miu. CB09 this morning showed 3+. AD: all ok, acc, no emu so easily diluted. | | |

CONFIDENTIAL

SPD-NY 0083958

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1286 of 1452

Short Notes

Response: Closed on Call   Batch: 92357   Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 21/02/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001619870A.wav | 232k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| PMM | Time In Contact | 20/02/14 | 00:02:1 |

Audit Log
20/02/14 2:36:11 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001619870A
NEW Received: 20/02/14 (OLD: ?)
NEW Foil: MEN625/1SA
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER
Redacted - Personally Identifying Information

Owner/Dates/Times
| Current Owner | Redacted - Personally Identifying Information | |
|---|---|---|
| Last Changed | 21/02/14 08:19:08 EDT by | Redacted - Personally Identifying Information |
| Polled | 20/02/14 07:33:51 EDT. | |
| Added | 20/02/14 07:33:51 EDT by | |
| Batched | 21/02/14 07:30:55 EDT | |
| Posted | 21/02/14 20:00:01 EDT | |
| Elapsed Time | In 00:00:00   out 23:57:04 | |
| Total Time in Contact | 00:00:0 | |

CONFIDENTIAL

SPD-NY 0083959

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1287 of 1452



# 001620348A Contact Details

**Primary** contact received by **Telephone** on 21/02/14 *Closed on Call* processed *24/02/14* Follow Up
Required? *N* Status:
Primary Customer

| | |
|---|---|
| Account No: | 001620348 |
| Lang Type: | EN-GB |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | CN took t last week - PG, 1-2 weeks. This week still 1-2, but did not use emu. AD: acc, always use emu, see GP if concerned. | | |

Short Notes

Response: Closed on Call   Batch: 92386   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |

CONFIDENTIAL

SPD-NY 0083960

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1288 of 1452

Letter
Check
Chk Req                    Total Value:
Coupon                     0.00

Letter   Custom? N Date: 24/02/14

Attachments
File Name                  Size                    Description
001620348A.wav             356k

Times
User    Description              State Date/Time         Elapsed Time
PMM     Time In Contact          21/02/14                00:01:3

Audit Log                  Redacted - Personally
21/02/14 2:50:40 AM - insert histdet   Identifying Information
KEY VALUE: 001620348A
NEW Received: 21/02/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER
Redacted - Personally

                           Redacted - Personally
Owner/Dates/Times          Identifying Information
Current Owner
Last Changed       24/02/14 08:40:22 EDT by      Redacted -
Polled             21/02/14  07:49:06 EDT.        Personally
Added              21/02/14  07:49:06 EDT by      Identifying
Batched            24/02/14 07:31:10 EDT          Information
Posted             28/02/14 20:00:06 EDT
Elapsed Time       In 00:00:00    out 23:42:04
Total Time in Contact   00:00:0

Logo

CONFIDENTIAL                                      SPD-NY 0083961

# 001620673A Contact Details

**Primary** contact received by **Telephone** on **21/02/14** *Closed on Call* processed **26/02/14** *Follow Up Required? **N** Status: **Complaint Complete***

Primary Customer

| | |
|---|---|
| Account No: | NA00580251 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Caller tested on 2/20/14, getting positive, 2-3 weeks result. She tested again on 2/21/14, getting positive 1-2 weeks result. She was questioning results. Technical information was given. | | |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

CONFIDENTIAL

SPD-NY 0083962

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1290 of 1452

Audit Log
24/02/14 2:35:00 AM - insert histdet - | Redacted - Personally Identifying Information |
KEY VALUE: 001620673A
NEW Received: 02/21/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 2 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

| Redacted - Personally Identifying Information |

26/02/14 2:34:51 AM - update histdet - | Redacted - Personally Identifying | Personally Identifying Information |
KEY VALUE: 001620673A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Conclusion: TRACK (OLD: PRECONCL)

Owner/Dates/Times
Current Owner          | Redacted - Personally Identifying Information |
Last Changed
Polled                       .
Added                   24/02/14  07:34:51 EDT by | Redacted - Personally Identifying Information |
Batched                 26/02/14
Posted                   26/02/14
Elapsed Time         In    out
Total Time in Contact

☒ Logo

# 001620677A Contact Details

**Primary** contact received by **Social Media** on **21/02/14** *Closed on Call* processed **26/02/14** *Follow Up Required?* **N** *Status:* **Complaint Complete**
Primary Customer

| | |
|---|---|
| Account No: | NA00580257 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

CONFIDENTIAL

SPD-NY 0083963

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1291 of 1452

General
Report Period:        201402                          Source:
Severity                                              Priority:              0

Primary Issue
Product:              Clearblue Digital PT-           Product Age (m):
                     Conception Indicato
Item/UPC:            Clearblue Digital Pregnancy      Pkg Code:
                     Test with weeks                  Occurred:
Subject:             Conflicts with dr dates, test or Conclusion:           User issue
                     dates
                                                      Investigation Concl.:  OTHER
Location:             USA
Foil Lot:             NOLOT                            Misc Item:
Box Expiry:                                            Misc Date:
Kit Lot:              NONE                             Escalation Level:      1
                                                      FOC:                   l
                                                      Product Return:
Evidence:                                              Occurrences:
Store
Verbatim:             SFDC Trend Code: 3168 Customer commented on Facebook on 2/11/2014, no
                     reference number. She stated the following: 'Hi I need help i took a test three days
                     before my mousse period is said 1-2 then I took one a week later and it said 2-3 now
                     its been a week

Short Notes

General Notes
and a half and I am 6 weeks and 1 day and its still saying 2-3 when it should say 3+ I know I am 6 weeks'


Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:                                  Forms:                Checks:
                                             Instruction           .00
                                             Label
                                             Envelope              .00
                                             Letter
                                             Check
                                             Chk Req               Total Value:
                                             Coupon                0.00


Letter   Custom? N Date:


Audit Log
24/02/14 2:35:01 AM - insert histdet -      Redacted - Personally Identifying Information
KEY VALUE: 001620677A
NEW Received: 02/21/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE


CONFIDENTIAL                                    SPD-NY 0083964


Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1292 of 1452

NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally
Identifying Information

26/02/14 2:34:51 AM - update histdet - North American Upload user
KEY VALUE: 001620677A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Redacted -
Personally
Identifying
Information

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying
Last Changed           Information
Polled              .
Added              24/02/14  07:34:51 EDT    Redacted -
Batched            26/02/14                  Personally
Posted             26/02/14                  Identifying
Elapsed Time       In    out                 Information
Total Time in Contact


Logo

# 001620688A Contact Details

**Primary** contact received by **Social Media** on **21/02/14** *Closed on Call* processed *26/02/14* *Follow Up Required? N* Status: *Complaint Complete*

Primary Customer

|  |  | Account No: | NA00580289 |
|---|---|---|---|
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
| Report Period: | 201402 |  | Source: |  |
|---|---|---|---|---|
| Severity |  |  | Priority: | 0 |

CONFIDENTIAL                                                    SPD-NY 0083965

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1293 of 1452

**Primary Issue**

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: FOC: | 1 |
| | | Product Return: | I |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Amazon on 2/12/2014. She stated the following: 'There is no doubt these tests are sensitive and will catch the pregnancy early. However, I took one this AM, using FMU, and the results were 1-2 weeks. I thought t | | |

**Short Notes**

**General Notes**

hat was odd since my beta hCG Monday was 111. I began to think I might be up for having a repeat ectopic or mc since the threshold is 153 for transition to the next phase. In the end, I found out my serum beta hCG was 285 just two hours later. So the results most definitely should have read '2-3' and were incorrect for me. I want other women to know that this test should not be relied on for concerns over how the pregnancy is progressing in regards to hCG, and do not allow yourself to fret over the results-like I did. :) Good luck and happy healthy pregnancy to you all.'

**Response: Closed on Call   Batch: 1   Letterhead: 1**

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |
| | | Letter | |
| | | Check | |
| | | Chk Req | Total Value: |
| | | Coupon | 0.00 |

**Letter   Custom? N Date:**

**Audit Log**
24/02/14 2:35:01 AM - insert histdet
KEY VALUE: 001620688A
NEW Received: 02/21/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0083966

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1294 of 1452

NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally
Identifying Information

Reda acted - Personally Identifying Information
cted -
Perso

26/02/14 2:34:51 AM - update histdet
KEY VALUE: 001620688A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Redacted - Personally Identifying
Information

Owner/Dates/Times
Current Owner
Last Changed
Polled                    .
Added          24/02/14  07:34:51 EDT by NAA
Batched        26/02/14
Posted         26/02/14
Elapsed Time   In    out
Total Time in Contact


Logo

# 001620793A Contact Details

**Primary** contact received by **Telephone** on **24/02/14** *Closed on Call* processed **25/02/14** *Follow Up Required? N Status:*
Primary Customer

|  |  |  |
|---|---|---|
| | Account No: | 001620793 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

General
Report Period:     201402          Source:
Severity                             Priority:          0

Primary Issue

CONFIDENTIAL

SPD-NY 0083967

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1295 of 1452

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | CEN583/3SA | Misc Item: | |
| Box Expiry: | 2016-03 | Misc Date: | |
| Kit Lot: | | Escalation Level: | |
| | | FOC: | 1 |
| | | Product Return: | N |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim:     P is 1 wk late, 1 T 1 wk ago said PG 1-2, now PG 1-2 again, did not use EMU, suit, vitamines. ad. ACC, urine sample, see dr, nodet

Short Notes

Response: Closed on Call    Batch: 92443    Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 25/02/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001620793A.wav | 305k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted | Time In Contact | 24/02/14 | 00:04:3 |

Audit Log

24/02/14 4:29:18 AM - insert histdet -    Redacted - Personally Identifying
KEY VALUE: 001620793A       Information
NEW Received: 24/02/14 (OLD: ?)
NEW Foil: CEN583/3SA
NEW Mfg Date: 01/03/16 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)

CONFIDENTIAL

NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally
Identifying Information

Owner/Dates/Times      Redacted - Personally
Current Owner          Identifying Information
Last Changed           25/02/14 08:09:35 EDT by    Redacted -
Polled                 24/02/14  09:24:38 EDT.      Personally
Added                  24/02/14  09:24:38 EDT by    Identifying
Batched                25/02/14 07:31:08 EDT        Information
Posted                 28/02/14 20:00:06 EDT
Elapsed Time           In 00:00:00    out 22:06:30
Total Time in Contact  00:00:0


Logo

# 001621035A Contact Details

**Primary** contact received by **Telephone** on **24/02/14** *Closed on Call* processed **27/02/14** *Follow Up Required?* **N** *Status:* **Complaint Complete**

Primary Customer

|  |  | Account No: | NA00580845 |
|---|---|---|---|
|  |  | Lang Type: | EN-CA |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General

| Report Period: | 201402 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
|  |  | Investigation Concl.: | OTHER |
| Location: | CANADA | Misc Item: Misc Date: |  |

CONFIDENTIAL

SPD-NY 0083969

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1297 of 1452

| Foil Lot: | NOLOT | Escalation Level: | 1 |
| Box Expiry: | | FOC: | I |
| Kit Lot: | NONE | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer saw a 2-3 weeks result. She tested again a week later and got 2-3 weeks again. She expected it to be 3+. | | |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | | Forms: | Checks: |
| --- | --- | --- | --- |
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |
| | | Letter | |
| | | Check | |
| | | Chk Req | Total Value: |
| | | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log
25/02/14 2:35:04 AM - insert histdet
KEY VALUE: 001621035A
NEW Received: 02/24/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

27/02/14 2:41:29 AM - update histdet - I
KEY VALUE: 001621035A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added                    25/02/14  07:41:29 EDT by

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

SPD-NY 0083970

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1298 of 1452

Batched                27/02/14
Posted                 27/02/14
Elapsed Time           In    out
Total Time in Contact

Logo

# 001621241A Contact Details

**Primary** contact received by **Telephone** on **25/02/14** *Closed on Call* processed **26/02/14** *Follow Up Required?* **N** *Status:*
Primary Customer

|  |  |
|---|---|
| Account No: | 001621241 |
| Lang Type: | DE-DE |
| Cust Type: | Consumer |
| Region: | |

General
| Report Period: | 201402 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | An investigation is required |
| | | Investigation Concl.: | |
| Location: | GERMANY | | |
| Foil Lot: | MGE615/1SA | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | last week vpg1-2 same this week, not emu. ad: acc, consult gp | | |

Short Notes


Response: Closed on Call   Batch: 92473   Letterhead: 1


CONFIDENTIAL

SPD-NY 0083971

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1299 of 1452

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |
| | | Letter | |
| | | Check | |
| | | Chk Req | Total Value: |
| | | Coupon | 0.00 |

Letter   Custom? N Date: 26/02/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001621241A.wav | 250k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| VAP | Time In Contact | 25/02/14 | 00:01:1 |

Audit Log

25/02/14 8:15:07 AM - insert histdet - Redacted - Personally
Identifying Information
KEY VALUE: 001621241A
NEW Received: 25/02/14 (OLD: ?)
NEW Foil: MGE615/1SA
NEW Esc Level: 1
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: INVESTIG
Redacted - Personally Identifying
Information

Owner/Dates/Times Redacted - Personally
Identifying Information

| | |
|---|---|
| Current Owner | |
| Last Changed | 26/02/14 07:43:46 EDT by Redacted - Personally Identifying Information |
| Polled | 25/02/14  13:13:49 EDT. |
| Added | 25/02/14  13:13:49 EDT by Information |
| Batched | 26/02/14 07:31:04 EDT |
| Posted | 28/02/14 20:00:06 EDT |
| Elapsed Time | In 00:00:00   out 18:17:15 |
| Total Time in Contact | 00:00:0 |

CONFIDENTIAL

SPD-NY 0083972

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1300 of 1452

**JA6024**



# 001621649A Contact Details

**Primary** contact received by **Web Form** on **26/02/14** *Online Enquiry Completed* processed **27/02/14**
*Follow Up Required?* **N** Status: **Complaint Complete**

## Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | 001621649 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

## General

| | | | |
|---|---|---|---|
| Report Period: | 201402 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | Misc Item: | |
| Foil Lot: | NOLOT | Misc Date: | |
| Box Expiry: | | Escalation Level: | 1 |
| Kit Lot: | | FOC: | N |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | 8 Ts (previous MISCA so wanted to see hcg rising) and throughout the past WK I have had varying dates come up on the Ts? Going both up and down? Very disappointing and disheartening. AD not for tracking PG. Urine quality, see DR. | | |

## Short Notes

## General Notes

[26/02/2014 16:35:01 Email Import] I've bought 8 of the digital tests (have had a previous miscarriage so wanted to see my hcg rising) and throughout the past week I have had varying dates come up on the tests? Going both up and down? This is very disappointing and disheartening, considering the price of these tests

CONFIDENTIAL

SPD-NY 0083973

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1301 of 1452

Response: Online Enquiry Completed   Batch: 92517   Letterhead: 13
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter        1 | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 27/02/14

Dear Miss Redacted -
Personally

Thank you for your Clearblue online enquiry: 001621649A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

Firstly we would like to thank you for using our tests but we are sorry to learn that they have now caused you some concern.

The test is not designed to track pregnancy. It is a pregnancy test that gives you an additional piece of information â€" once you have a â€˜pregnantâ€™ result we advise you to see your doctor and not to perform any further tests.

If you are going to do multiple tests, it is important to use the first urine of the day for an accurate â€˜weeksâ€™ estimation. It is unclear whether you did this and if you didnâ€™t it could explain your results. Differences in urine quality will significantly affect the â€˜weeksâ€™ estimator result and you should also consider that it is not 100% accurate.

Now that you have a pregnant result you need to arrange to see you doctor.

We wish you all the best.

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001621649A

Clearblue Team

W_CBP_UK/cl
001621649A

---

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.

CONFIDENTIAL

SPD-NY 0083974

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1302 of 1452

## Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| HZK | Time In Contact | 27/02/14 | 00:04:2 |

## Audit Log

26/02/14 11:35:01 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001621649A
NEW Received: 02/26/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201402
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_UK

27/02/14 2:17:41 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001621649A
NEW User Id: HZK (OLD: W_CBP_UK)

27/02/14 2:22:12 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001621649A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

Redacted - Personally Identifying Information

## Owner/Dates/Times

| | |
|---|---|
| Current Owner | Redacted - Personally Identifying Information |
| Last Changed | 27/02/14 07:22:12 EDT by Redacted - Personally Identifying |
| Polled | 26/02/14 16:35:01 EDT. |
| Added | 26/02/14 16:35:01 by |
| Batched | 27/02/14 07:22:30 EDT |
| Posted | 28/02/14 20:00:06 EDT |
| Elapsed Time | In 05:00:00 out 09:47:29 |
| Total Time in Contact | 00:00:0 |

## Secondary Contacts

| Ref No | Date Rec'd | Product | Subject | Resp Type | Verbatim |
|--------|-----------|---------|---------|-----------|----------|
| 001621649B | 27/02/14 | CBDP09 | GENFU | WC | also on 1 T I did, the last one, it came up with PG 3+ but at a certain angle all of the text is visible, you can see the egg timer, the word Not and a *. Is this normal? Is it just the way |

CONFIDENTIAL

SPD-NY 0083975

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1303 of 1452

the screens are made? AD yes made that way. Stop T & see DR.



# 001622294A Contact Details

**Primary**contact received by **Web Form**on 01/03/14 *Online Enquiry Completed* processed *03/03/14*
*Follow Up Required? N Status:Complaint Complete*
Primary Customer

| | | |
|---|---|---|
| | Account No: | 001622294 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | Shop |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | hi i took a test at 6pm last night and it said 2-3 and this morning when i woke took another one and it has gone down to 1-2 why is this AD sorry it's caused concern. Not designed to track PG. Urine quality. Not 100%ACC. See DR. | | |

Short Notes

General Notes

CONFIDENTIAL

SPD-NY 0083976

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1304 of 1452

[01/03/2014 09:35:00 Email Import] hi i took a test at 6pm last night and it said 2-3 and this morning when i woke took another one and it has gone down to 1-2 why is this

Response: Online Enquiry Completed   Batch: 92641   Letterhead: 13

Enclosures:

| | | Forms: | | Checks: |
|---|---|---|---|---|
| | | Instruction | | .00 |
| | | Label | | |
| | | Envelope | | .00 |
| | | Letter | 1 | |
| | | Check | | |
| | | Chk Req | | Total Value: |
| | | Coupon | | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 03/03/14

Dear Mrs Redacted

Thank you for your Clearblue online enquiry: 001622294A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

Firstly we would like to thank you for using our test but we are sorry to learn that it has now caused you some concern.

The test is not designed to track pregnancy. It is a pregnancy test that gives you an additional piece of information â€" once you have a â€˜pregnantâ€™ result we advise you to see your doctor and not to perform any further tests.

If you are going to do multiple tests, it is important to use the first urine of the day for an accurate â€˜weeksâ€™ estimation. It is unclear whether you did this and if you didnâ€™t it could explain your results. Differences in urine quality will significantly affect the â€˜weeksâ€™ estimator result and you should also consider that it is not 100% accurate.

Now that you have a pregnant result you need to arrange to see you doctor.

We wish you all the best.

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001622294A

Clearblue Team

W_CBP_UK/cl
001622294A

---

CONFIDENTIAL

SPD-NY 0083977

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1305 of 1452

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.

**Times**

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted | Time In Contact | 03/03/14 | 00:02:1 |

**Audit Log**

01/03/14 4:35:01 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001622294A
NEW Received: 03/01/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_UK

03/03/14 8:05:07 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001622294A
NEW User Id: HZK (OLD: W_CBP_UK)

03/03/14 8:07:28 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001622294A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

Redacted - Personally Identifying Information

**Owner/Dates/Times**
Current Owner           Redacted - Personally Identifying Information
Last Changed            03/03/14 13:07:28 EDT by      Redacted - Personally Identifying
Polled                  01/03/14  09:35:00 EDT.
Added                   01/03/14  09:35:00 by
Batched                 03/03/14 13:07:47 EDT
Posted                  07/03/14 20:00:10 EDT
Elapsed Time            In 05:00:00   out 22:32:47
Total Time in Contact   00:00:0

CONFIDENTIAL

SPD-NY 0083978

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1306 of 1452

**JA6030**



# 001622404A Contact Details

**Primary** contact received by **Telephone** on 03/03/14 *Closed on Call* processed *04/03/14* Follow Up Required? *N* Status:
Primary Customer

| | | |
|---|---|---|
| | Account No: | 001622404 |
| | Lang Type: | SV-SE |
| | Cust Type: | Consumer |
| | Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | |
| Location: | SWEDEN | Misc Item: | |
| Foil Lot: | CSW625/1SC | Misc Date: | |
| Box Expiry: | 2016-08 | Escalation Level: | 1 |
| Kit Lot: | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | Not sure when P due, maybe 28 FEB. Got VPG 2-3, is it ACC? Not EMU. AD need EMU, can get less WKs if not. Even if use EMU CI is 92%ACC. PG/NOT PG result is +99%ACC from D P due. See midwife/DR. | | |

Short Notes

Response: Closed on Call   Batch: 92660   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | .00 |

CONFIDENTIAL

Envelope
Letter
Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date: 04/03/14

Attachments
File Name          Size          Description
001622404A.wav     400k

Times
User      Description              State Date/Time      Elapsed Time
HZK       Time In Contact          03/03/14             00:06:0

Audit Log
03/03/14 4:08:44 AM - insert histdet  | Redacted - Personally
KEY VALUE: 001622404A                  | Identifying Information
NEW Received: 03/03/14 (OLD: ?)
NEW Foil: CSW625/1SC
NEW Mfg Date: 31/08/16 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
Redacted - Personally Identifying
Re Information
Identifying Information

Owner/Dates/Times
Current Owner                    | Redacted - Personally
Last Changed      04/03/14 09:36:30 EDT by | Identifying Information
Polled            03/03/14  09:02:38 EDT.
Added             03/03/14  09:02:38 EDT by  Redacted -
Batched           04/03/14 07:31:12 EDT      Personally
Posted            07/03/14 20:00:10 EDT      Identifying
Elapsed Time      In 00:00:00  out 22:28:34  Information
Total Time in Contact  00:00:0

CONFIDENTIAL

SPD-NY 0083980



# 001622639A Contact Details

**Primary** contact received by **Telephone** on 03/03/14 *Closed on Call* processed *04/03/14* Follow Up Required? *N* Status:

Primary Customer

| | | | |
|---|---|---|---|
| | Account No: | | 001622639 |
| | Lang Type: | | EN-GB |
| | Cust Type: | | Consumer |
| | Region: | | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | An investigation is required |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN629/1SB | Misc Item: | |
| Box Expiry: | 2016-08 | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | CN doing IVF, 6 Ds ago got PG 2-3, today, EMU, PG 1-2, T again 2 Hrs later, PG 1-2. am I MISCA? ad. expl urine sample, see dr, hormones may be going down. cannot use it to track a PG, ACC | | |

Short Notes

Response: Closed on Call  Batch: 92660  Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | | .00 |

CONFIDENTIAL

SPD-NY 0083981

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1309 of 1452

**JA6033**

Envelope
Letter
Check
Chk Req                                    Total Value:
Coupon                                     0.00

Letter  Custom? N Date: 04/03/14

Attachments
File Name                    Size              Description
001622639A.wav               335k

Times
User          Description              State Date/Time          Elapsed Time
Redacted -    Time In Contact          03/03/14                 00:05:1

Audit Log
03/03/14 7:46:12 AM - insert histdet -   Redacted - Personally Identifying
KEY VALUE: 001622639A                    Information
NEW Received: 03/03/14 (OLD: ?)
NEW Foil: MEN629/1SB
NEW Mfg Date: 31/08/16 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: NA
NEW User Id: GXG

27/03/14 6:58:40 AM - update histdet -   Redacted - Personally
KEY VALUE: 001622639A                    Identifying Information
Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner        Redacted - Personally           Redact
Last Changed         27/03/14 10:58:40 EDT by        ed -
Polled               03/03/14  12:40:53 EDT.         Person
Added                03/03/14  12:40:53 EDT by       ally
Batched              04/03/14 07:31:12 EDT           Identify
Posted               07/03/14 20:00:10 EDT
Elapsed Time         In 00:00:00   out 18:50:19
Total Time in Contact    00:00:0

CONFIDENTIAL                                    SPD-NY 0083982

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1310 of 1452

JA6034



# 001623332A Contact Details

**Primary** contact received by **Telephone** on 05/03/14 *Closed on Call* processed 06/03/14 *Follow Up Required? N Status:*

Primary Customer

| | | |
|---|---|---|
| | Account No: | 001623332 |
| | Lang Type: | EN-AU |
| | Cust Type: | Consumer |
| | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | AUSTRALIA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | 1-2 when hcg in blood 110, now a week later this am 2-3 on t, went to dr and on scan no fetus visible just thick womb, took blood t but no result yet, drank a lot before t again when she came home now 1-2, misc? AD: could be due to dilute and no emu, | | |

Short Notes

Response: Closed on Call   Batch: 92743   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | | .00 |

CONFIDENTIAL

SPD-NY 0083983

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1311 of 1452

Envelope
Letter
Check                                      Total Value:
Chk Req                                    0.00
Coupon

Letter   Custom? N Date: 06/03/14

Attachments
File Name            Size            Description
001623332A.wav       372k

Times
User            Description              State Date/Time          Elapsed Time
Redacted -      Time In Contact          05/03/14                 00:02:3
Personally
Identifying

Audit Log
05/03/14 5:45:38 AM - insert histdet -      Redacted - Personally
KEY VALUE: 001623332A                       Identifying Information
NEW Received: 05/03/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally
Identifying Information

Owner/Dates/Times   Redacted -
Current Owner       Personally
Last Changed        06/03/14 07:57:53 EDT by       Redacted
Polled              05/03/14  10:42:56 EDT.         -
Added               05/03/14  10:42:56 EDT by       Personall
Batched             06/03/14 07:31:08 EDT           y
Posted              07/03/14 20:00:10 EDT           Identifyin
Elapsed Time        In 00:00:00   out 20:48:12      g
Total Time in Contact   00:00:0                     Information

[Logo]

CONFIDENTIAL                                        SPD-NY 0083984

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1312 of 1452

**JA6036**

# 001624280A Contact Details

**Primary** contact received by **Telephone** on **10/03/14** *Closed on Call* processed **11/03/14** *Follow Up Required?* **N** *Status:*

Primary Customer

| | | Account No: | 001624280 |
|---|---|---|---|
| | | Lang Type: | DE-DE |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| Report Period: | 201403 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | GERMANY | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |

Store

| Verbatim: | knows she is pg, wanted to use to track pg and expected pg2-3 today but ts showed 1 -2. ad: consult gp, not for tracking pg |
|---|---|

Short Notes

Response: Closed on Call   Batch: 92859   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 11/03/14

CONFIDENTIAL

SPD-NY 0083985

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1313 of 1452

## Attachments

| File Name | Size | Description |
|---|---|---|
| 001624280A.wav | 172k | |

## Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted - Personally | Time In Contact | 10/03/14 | 00:02:0 |

## Audit Log

Redacted - Personally Identifying Information

10/03/14 3:53:51 AM - insert histdet
KEY VALUE: 001624280A
NEW Received: 10/03/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: NA

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

27/03/14 7:22:55 AM - update histdet
KEY VALUE: 001624280A
NEW Conclusion: TRACK (OLD: NA)

## Owner/Dates/Times

Redacted - Personally Identifying Information

| | | |
|---|---|---|
| Current Owner | | Redacted - |
| Last Changed | 27/03/14 11:22:55 EDT by | Personally |
| Polled | 10/03/14 08:51:46 EDT. | Identifying |
| Added | 10/03/14 08:51:46 EDT by | Information |
| Batched | 11/03/14 06:31:02 EDT | |
| Posted | 14/03/14 19:00:00 EDT | |
| Elapsed Time | In 00:00:00   out 22:39:16 | |
| Total Time in Contact | 00:00:3 | |



# 001624455A Contact Details

**Primary** contact received by **Web Form** on **10/03/14** *Online Enquiry Completed* processed **11/03/14** *Follow Up Required?* **N** *Status:* **Complaint Complete**
Primary Customer

CONFIDENTIAL

SPD-NY 0083986

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1314 of 1452

| | | |
|---|---|---|
| Account No: | | 001624455 |
| Lang Type: | | EN-GB |
| Cust Type: | | Consumer |
| Region: | | |

**General**

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | Pharmacy |
| Severity | | Priority: | 0 |

**Primary Issue**

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | T1 EMU 3+, T2 EMU 2 days later EMU 2-3, T3 3+. AD not designed to track preg, can showed unexpected results if testing on consecutive days. Contact DR. | | |

**Short Notes**

**General Notes**

[10/03/2014 17:49:14 Email Import] i used the clear blue digital with conception indicator 2 days ago using my first morning urine and it said 3 plus weeks then today i used my first morning urine and it said 2-3 weeks so i tested again with a new test with fresh urine an hour later and it said second 3+ again which one is more accurate should i go with the higher reading

**Response: Online Enquiry Completed   Batch: 92867   Letterhead: 13**

| Enclosures: | Forms: | | Checks: |
|---|---|---|---|
| | Instruction | | .00 |
| | Label | | |
| | Envelope | | .00 |
| | Letter | 1 | |
| | Check | | |
| | Chk Req | | Total Value: |
| | Coupon | | 0.00 |

**Letter  Online Enquiry - Response from advisor Custom? Y Date: 11/03/14**

Redacted – Personally Identifying Information

Thank you for your Clearblue online enquiry: 001624455A

CONFIDENTIAL

SPD-NY 0083987

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1315 of 1452

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

The Conception Indicator is 92% accurate when testing with the first urine of the day. This estimate is based on the level of hCG in your urine. The level of hCG fluctuates as it rises and it is therefore possible that the Clearblue Conception Indicator will give unexpected results, especially if you test on consecutive days.

The test is not designed to track pregnancy. It is a pregnancy test that gives you an additional piece of information â€" once you have a â€˜pregnantâ€™ result we advise you to see your doctor and not to perform any further tests.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001624455A

Clearblue Team

W_CBP_UK/cl
001624455A

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| Redacted | Time In Contact | 11/03/14 | 00:09:3 |

Audit Log
10/03/14 1:49:16 PM - insert histdet - webspeed (webspeed)
KEY VALUE: 001624455A
NEW Received: 03/10/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201403
NEW Product: MISC
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
Redacted - Personally Identifying

CONFIDENTIAL

SPD-NY 0083988

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1316 of 1452

11/03/14 3:22:31 AM - update histdet - [Redacted - Personally Identifying Information]
KEY VALUE: 001624455A
NEW User Id: JXV (OLD: W_CBP_UK)

11/03/14 3:32:12 AM - update histdet - [Redacted - Personally Identifying Information]
KEY VALUE: 001624455A
NEW Esc Level: 1 (OLD: 0)
NEW Product: CBDP09 (OLD: MISC)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

Redacted - Personally Identifying Information    [Redacted - Personally Information]    0

Owner/Dates/Times
Current Owner          [Redacted - Personally Identifying Information]
Last Changed           11/03/14 07:32:12 EDT by   [Redacted - Personally]
Polled                 10/03/14  17:49:14 EDT.
Added                  10/03/14  17:49:14 by
Batched                11/03/14 07:32:24 EDT
Posted                 14/03/14 19:00:00 EDT
Elapsed Time           In 04:00:00   out 09:43:10
Total Time in Contact  00:00:1

[x] Logo

# 001624703A Contact Details

**Primary** contact received by **Telephone** on **11/03/14** *Closed on Call* processed *12/03/14 Follow Up Required? N Status:*
Primary Customer

|  |  | Account No: | 001624703 |
|---|---|---|---|
|  |  | Lang Type: | EN-GB |
|  |  | Cust Type: | Pharmacy |
|  |  | Region: |  |

General
Report Period:    201403                Source:
Severity                                 Priority:        0

CONFIDENTIAL                                             SPD-NY 0083989

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1317 of 1452

Primary Issue
| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | CN has 1 t 1-2 and the other 2-3. But no other info if VPG or emu, etc etc. AD: expl can be normal, expl acc, expl thresholds, get CN to ring herself, do not reimburse CN. | | |

Short Notes

Response: Closed on Call   Batch: 92919   Letterhead: 1

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |
| | | Letter | |
| | | Check | |
| | | Chk Req | Total Value: |
| | | Coupon | 0.00 |

Letter   Custom? N Date: 12/03/14

Attachments
| File Name | Size | Description |
|---|---|---|
| 001624703A.wav | 296k | |

Times
| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| PMM | Time In Contact | 11/03/14 | 00:01:4 |

Audit Log
11/03/14 4:26:40 AM - insert histdet - [    Redacted - Personally Identifying Information
KEY VALUE: 001624703A
NEW Received: 11/03/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201403

CONFIDENTIAL

SPD-NY 0083990

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1318 of 1452

NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER
Redacted - Personally

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying
Last Changed           12/03/14 08:05:28 EDT by Redacted -
Polled                 11/03/14  08:24:55 EDT.  Personally
Added                  11/03/14  08:24:55 EDT by Identifying Information
Batched                12/03/14 06:31:11 EDT
Posted                 14/03/14 19:00:00 EDT
Elapsed Time           In 00:00:00   out 22:06:16
Total Time in Contact  00:00:0



# 001625441A Contact Details

**Primary** contact received by **Telephone** on **13/03/14** *Closed on Call* processed **14/03/14** *Follow Up Required?* ***N*** *Status:*
Primary Customer

| | | Account No: | 001625441 |
| --- | --- | --- | --- |
| | | Lang Type: | NL-NL |
| | | Cust Type: | Consumer |
| | | Region: | |

General
| Report Period: | 201403 | Source: | |
| --- | --- | --- | --- |
| Severity | | Priority: | 0 |

Primary Issue
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| --- | --- | --- | --- |
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | HOLLAND | | |

CONFIDENTIAL

SPD-NY 0083991

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1319 of 1452

| | | | |
|---|---|---|---|
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim: 2-3 weeks in emu dip for about 5 sec only as she took out after egg timer came up, dr confirmed 6 weeks pg, is too little urine reason for not 3+? AD: dip for less than 20 sec shouldn't have interfered, 92% acc, normal when hcg too high

Short Notes

Response: Closed on Call   Batch: 93000   Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 14/03/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001625441A.wav | 405k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted | Time In Contact | 13/03/14 | 00:04:0 |

Audit Log

13/03/14 7:18:58 AM - insert histdet -   Redacted - Personally Identifying Information
KEY VALUE: 001625441A
NEW Received: 13/03/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally

Owner/Dates/Times

CONFIDENTIAL

SPD-NY 0083992

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1320 of 1452

Current Owner
Last Changed        14/03/14 10:08:54 EDT by
Polled               13/03/14  11:14:54 EDT.
Added              13/03/14  11:14:54 EDT b
Batched           14/03/14 06:31:02 EDT
Posted             14/03/14 19:00:00 EDT
Elapsed Time       In 00:00:00   out 19:16:08
Total Time in Contact   00:00:0

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information


Logo

# 001625732A Contact Details

**Primary** contact received by **Telephone** on **14/03/14** *Closed on Call* processed **17/03/14** *Follow Up Required?* **N** *Status:*

Primary Customer

| | |
|---|---|
| Account No: | 001625732 |
| Lang Type: | SV-SE |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | |
| Location: | SWEDEN | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | | | |

CONFIDENTIAL

SPD-NY 0083993

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1321 of 1452

T1 9th march 2-3 weeks EMU, T2 10th 3, 14th 2-3 EMU. AD 92% accurate if using EMU. CN did IVF 24th FEB and is worried. AD if really need to retest, do it in 5 days time with EMU. Results can look like this if using non EMU.

Short Notes

Response: Closed on Call   Batch: 93025   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 17/03/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001625732A.wav | 486k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacte d | Time In Contact | 14/03/14 | 00:05:1 |

Audit Log

14/03/14 4:56:53 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001625732A
NEW Received: 14/03/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER
Redacted - Personally Identifying Information

Owner/Dates/Times

| | | |
|---|---|---|
| Current Owner | Redacted - Personally Identifying Information | |
| Last Changed | 19/03/14 13:11:12 EDT by | Redacted - Personally Identifying Information |
| Polled | 14/03/14  08:51:37 EDT. | |
| Added | 14/03/14  08:51:37 EDT by | |
| Batched | 17/03/14 06:30:58 EDT | |
| Posted | 21/03/14 19:00:01 EDT | |
| Elapsed Time | In 00:00:00   out 21:39:21 | |
| Total Time in Contact | 00:00:0 | |

CONFIDENTIAL

SPD-NY 0083994

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1322 of 1452

**JA6046**

x Logo

# 001625999A Contact Details

**Primary** contact received by **Telephone** on **14/03/14** *Closed on Call* processed *03/04/14* Follow Up Required? **N** Status: *Complaint Complete*

Primary Customer

|  |  |  |
|---|---|---|
| | Account No: | NA00589822 |
| | Lang Type: | EN-US |
| | Cust Type: | Consumer |
| | Region: | |

General

|  |  |  |  |
|---|---|---|---|
| Report Period: | 201403 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | Misc Item: | |
| Foil Lot: | NOLOT | Misc Date: | |
| Box Expiry: | | Escalation Level: | 1 |
| Kit Lot: | NONE | FOC: | I |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer is passed her expected period date. She tested 3/13/14 in the evening and saw Pregnant 2-3. She tested again 3/14/14 without using first morning urine and got Pregnant 1-2. | | |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |

CONFIDENTIAL

SPD-NY 0083995

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1323 of 1452

| | | |
|---|---|---|
| Label | | |
| Envelope | | .00 |
| Letter | | |
| Check | | |
| Chk Req | | Total Value: |
| Coupon | | 0.00 |

Letter   Custom? N Date:

Redacted - Personally
Identifying Information

Audit Log
17/03/14 2:34:31 AM - insert histdet
KEY VALUE: 001625999A
NEW Received: 03/14/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally

Redacted -
Redacted - Personally Identifying Information

25/03/14 2:37:06 AM - update histdet -
KEY VALUE: 001625999A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Conclusion: TRACK (OLD: PRECONCL)

Owner/Dates/Times
Redacted - Personally Identifying Information
Current Owner
Last Changed
Polled
Added
Batched          03/04/14
Posted           03/04/14
Elapsed Time     In    out
Total Time in Contact

CONFIDENTIAL

SPD-NY 0083996

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1324 of 1452



# 001626166A Contact Details

**Primary** contact received by **Telephone** on **17/03/14** *Closed on Call* processed *18/03/14* Follow Up Required? *N* Status:

Primary Customer

| | | |
|---|---|---|
| | Account No: | 001626166 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | CEN554/5SA | Misc Item: | |
| Box Expiry: | 2015-02 | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | 1-2 weeks last monday, this monday 1-2 still, in emu, o on 23/ FEB( detected with DOT) AD: chk validty, not 100 %, see dr if concerend | | |

Short Notes

Response: Closed on Call   Batch: 93068   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |

CONFIDENTIAL

SPD-NY 0083997

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1325 of 1452

Letter
Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date: 18/03/14

Attachments
<u>File Name</u>          <u>Size</u>          <u>Description</u>
001626166A.wav          697k

Times
<u>User</u>          <u>Description</u>          <u>State Date/Time</u>          <u>Elapsed Time</u>
Redacted          Time In Contact          17/03/14          00:07:5

Audit Log
17/03/14 7:35:40 AM - insert histdet -   Redacted - Personally
KEY VALUE: 001626166A              Identifying Information
NEW Received: 17/03/14 (OLD: ?)
NEW Foil: CEN554/5SA
NEW Mfg Date: 02/02/15 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally
Identifying Information

17/03/14 7:36:30 AM - insert custphone   Redacted - Personally Identifying
KEY VALUE: 1626166 1              Information
NEW By: JZI
NEW By: JZI
NEW Customer: 1626166 (OLD: 0)
NEW Added: 17/03/14 (OLD: ?)
NEW Changed: 17/03/14 (OLD: ?)
NEW Phone: 0442088023409
NEW Seq: 1 (OLD: 0)

Owner/Dates/Times         Redacted - Personally
Current Owner             Identifying Information
Last Changed              19/03/14 13:14:12 EDT by   Redacted -
Polled                    17/03/14  11:27:46 EDT.    Personally
Added                     17/03/14  11:27:46 EDT by  Identifying
Batched                   18/03/14 06:30:51 EDT      Information
Posted                    21/03/14 19:00:01 EDT
Elapsed Time              In 00:00:00   out 19:03:05
Total Time in Contact     00:00:0

CONFIDENTIAL

SPD-NY 0083998

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1326 of 1452

**JA6050**



# 001626338A Contact Details

**Primary** contact received by **Social Media** on **17/03/14** *Closed on Call* processed **24/03/14** *Follow Up Required?* **N** Status: **Complaint Complete**

Primary Customer

| | | |
|---|---|---|
| | Account No: | NA00590395 |
| | Lang Type: | EN-US |
| | Cust Type: | Consumer |
| | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook, no reference #. She stated: 'What levels does your Weeks Estimator show?? I've heard it's 1-2 is 25-200, 2-3 is 200-2000, 3+ is 2000+ but that CANT be right because I am well over 3000+ (yes blood test | | |

Short Notes

General Notes
) and it is STILL showing 2-3 weeks.'


Response: Closed on Call   Batch: 1   Letterhead: 1

CONFIDENTIAL

SPD-NY 0083999

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1327 of 1452

Enclosures:

Forms:
Instruction
Label
Envelope
Letter
Check
Chk Req
Coupon

Checks:
.00

.00

Total Value:
0.00

Letter   Custom? N Date:

Audit Log
18/03/14 2:34:26 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001626338A
NEW Received: 03/17/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally

24/03/14 2:34:25 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001626338A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying Information
Last Changed
Polled                 .
Added                  18/03/14  02:34:25 EDT by Redacted - Personally Identifying Information
Batched                24/03/14
Posted                 24/03/14
Elapsed Time           In   out
Total Time in Contact

CONFIDENTIAL

SPD-NY 0084000

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1328 of 1452



# 001626614A Contact Details

**Primary** contact received by **Web Form** on 18/03/14 *Online Enquiry Completed* processed *19/03/14* *Follow Up Required? N Status: Complaint Complete*

**Primary Customer**

| | | | |
|---|---|---|---|
| | | Account No: | 001626614 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

**General**

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | Other |
| Severity | | Priority: | 0 |

**Primary Issue**

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | An investigation is required |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN611/2 | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | Did T on Monday and result was PG 1-2. She had a midwife appointment today and was dated as 6 weeks. Why? | | |

**Short Notes**

**General Notes**

[18/03/2014 21:35:01 Email Import] Hi

I would like to advise you that I an extremely unsatisfied with your clear blue digital tests. I did a test on Monday to try and see how far along I was and it stated I was 1-2 weeks. However, I had a midwife appointment today and she has advised me that I am actually 6 weeks?! How is this even possible?!

CONFIDENTIAL

SPD-NY 0084001

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1329 of 1452

Regards

Sam Gaskell

Response: Online Enquiry Completed   Batch: 93142   Letterhead: 13

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter        1 | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 19/03/14

Dear [Redacted - Personally]

Thank you for your Clearblue online enquiry: 001626614A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

The Conception Indicator is 92% accurate at detecting when conception occurred provided that the first urine of the day is used. This estimate is based on the level of hCG in your urine.

Your midwife will date your pregnancy from the first day of your last period and not from when you conceived.

**********************************************************************

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001626614A

Clearblue Team


W_CBP_UK/cl
001626614A

---

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.

CONFIDENTIAL

SPD-NY 0084002

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1330 of 1452

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| Redacted | Time In Contact | 19/03/14 | 00:00:1 |

Audit Log

18/03/14 5:35:01 PM - insert histdet - webspeed (webspeed)
KEY VALUE: 001626614A
NEW Received: 03/18/14 (OLD: ?)
NEW Foil: MEN611/2
NEW Esc Level: 0
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

19/03/14 3:28:33 AM - update histdet
KEY VALUE: 001626614A

Redacted - Personally Identifying Information

Redacted – Personally Identifying Information

Redacted - Personally Identifying Information

19/03/14 7:35:02 AM - update histdet - Ling Cowell (LAC)
KEY VALUE: 001626614A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: INVESTIG (OLD: ASSIGN)

Redacted - Personally Identifying

Owner/Dates/Times

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

| | |
|---|---|
| Current Owner | |
| Last Changed | 19/03/14 11:35:02 EDT by |
| Polled | 18/03/14 21:35:01 EDT. |
| Added | 18/03/14 21:35:01 by |
| Batched | 19/03/14 11:37:35 EDT |
| Posted | 21/03/14 19:00:01 EDT |
| Elapsed Time | In 04:00:00 out 10:02:34 |
| Total Time in Contact | 00:00:3 |

CONFIDENTIAL

SPD-NY 0084003

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1331 of 1452



# 001627028A Contact Details

**Primary** contact received by **Social Media** on **19/03/14** *Closed on Call* processed *24/03/14 Follow Up Required?* **N** *Status:* **Complaint Complete**

## Primary Customer

| | |
|---|---|
| Account No: | NA00591536 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

## General

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | 1 |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Amazon on 2/25/2014. She stated: 'I used this test 2 times. One time it gave me a faults negative then I got a positive. The weeks estimator part told me i was 2 to 3 weeks pregnant. When I got my appointment I | | |

## Short Notes

## General Notes

actually was 8 weeks pregnant.'


Response: Closed on Call   Batch: 1   Letterhead: 1

CONFIDENTIAL

SPD-NY 0084004

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1332 of 1452

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log
20/03/14 2:34:33 AM - insert histdet -
KEY VALUE: 001627028A               Redacted - Personally Identifying Information
NEW Received: 03/19/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally Identifying
Information                                    Redacted - Personally Identifying
                                               Information
24/03/14 2:34:27 AM - update histdet -
KEY VALUE: 001627028A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times        Redacted - Personally Identifying
Current Owner            Information
Last Changed
Polled
Added              20/03/14  02:34:27 EDT    Redacted -
Batched            24/03/14                   Personally
Posted             24/03/14                   Identifying
Elapsed Time       In    out                  Information
Total Time in Contact

CONFIDENTIAL                                    SPD-NY 0084005



# 001628032A Contact Details

**Primary** contact received by **Web Form** on **24/03/14** *Online Enquiry Completed* processed *25/03/14*
*Follow Up Required?* **N** Status: *Enquiry Complete*

### Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | 001628032 |
| | | Lang Type: | DE-DE |
| | | Cust Type: | Consumer |
| | | Region: | |

### General

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | TV Advert |
| Severity | | Priority: | 0 |

### Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | An investigation is required |
| | | Investigation Concl.: | |
| Location: | GERMANY | | |
| Foil Lot: | MGE608/2SA | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | get pg 2-3 but thinks should be 3+. aD: consult gp | | |

### Short Notes

### General Notes

[24/03/2014 22:35:02 Email Import] Hallo,
Ich bin jetzt schwanger 6+3 oder 6+4 und bekomme immer noch die Anzeige schwanger 2-3. Kann das ein Hinweis darauf sein dass mit der Schwangerschaft etwas nicht in Ordnung ist? Ich mÃ¼sste doch eigentlich die Anzeige 3+ bekommen.
Vielen Dank!

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0084006

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1334 of 1452

Response: Online Enquiry Completed   Batch: 93290   Letterhead: 14

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter         1 | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 25/03/14

Sehr geehrte Frau Redacted - Personally
Wir danken Ihnen fÃ¼r Ihre Online-Anfrage bezÃ¼glich Clearblue.

Wir hoffen, dass Sie die folgenden Informationen nÃ¼tzlich finden. Unsere Antwort basiert sich auf die von Ihnen gegebenen Informationen:

Die Wochenbestimmung ist 92% zuverlÃ¤ssig, wenn der Test mit dem ersten Morgenurin durchgefÃ¼hrt wurde. Da Sie ein â€žschwangerâ€œ Ergebnis erhalten haben empfehlen wir, dass Sie sich einen Arzt Termin machten.

Wenn Sie weitere Informationen erwÃ¼nschen ist der Clearblue Beratungsservice fÃ¼r Ihre Fragen und einem vertraulichen GesprÃ¤ch zwischen 8.00 Uhr bis 16.00 Uhr Mo-Fr erreichbar, auÃŸer an Feiertagen.
<

Redacted - Personally Identifying Information

Anrufe sind kostenlos und werden fÃ¼r Trainingszwecke und zur QualitÃ¤tskontrolle aufgezeichnet.<

Sollten Sie uns erneut kontaktieren geben Sie bitte die Referenznummer Ihrer Anfrage an:
001628032A

Redacted - Personally Identifying Information

Clearblue Beratungsservice

W_CBP_GER/cl
001628032A

CONFIDENTIAL

SPD-NY 0084007

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1335 of 1452

JA6059

Unsere Antwort basiert sich auf die von Ihnen gegebenen Informationen. Diese Antwort stellt keine medizinische Aussage dar und Sie sollten sofort Ihren Arzt aufsuchen, falls Sie sich irgendwelche Sorgen machen.

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| VAP | Time In Contact | 25/03/14 | 00:02:3 |

Audit Log

24/03/14 6:35:02 PM - insert histdet - webspeed (webspeed)
KEY VALUE: 001628032A
NEW Received: 03/24/14 (OLD: ?)
NEW Foil: MGE608/2SA
NEW Esc Level: 0
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
Redacted - Personally Identifying Information

25/03/14 3:52:20 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001628032A
NRedacted - Personally Identifying Information

25/03/14 3:54:59 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001628032A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: INVESTIG (OLD: ASSIGN)

Redacted - Personally Identifying Information

Owner/Dates/Times

| | |
|---|---|
| Current Owner | Redacted - Personally Identifying Information |
| Last Changed | 25/03/14 07:54:59 EDT by Redacted - Personally Identifying |
| Polled | 24/03/14 22:35:02 EDT. |
| Added | 24/03/14 22:35:02 by |
| Batched | 25/03/14 07:55:14 EDT |
| Posted | 28/03/14 19:00:01 EDT |
| Elapsed Time | In 04:00:00 out 05:20:12 |
| Total Time in Contact | 00:00.0 |

CONFIDENTIAL



# 001628269A Contact Details

**Primary**contact received by **Telephone**on 25/03/14 *Closed on Call processed 26/03/14 Follow Up Required? N Status:*

Primary Customer

| | | | |
|---|---|---|---|
| | Account No: | 001628269 | |
| | Lang Type: | DE-DE | |
| | Cust Type: | Consumer | |
| | Region: | | |

General

| Report Period: | 201403 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | GERMANY | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | pg 7 weeks, taking t over the last 2 weeks and not going up to 3+, t in emu, AD : explained 92 %, has dr app tomorrow, stop using t as pg tracker | | |

Short Notes

Response: Closed on Call   Batch: 93317   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |

CONFIDENTIAL

SPD-NY 0084009

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1337 of 1452

Letter
Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date: 26/03/14

Attachments
File Name          Size          Description
001628269A.wav     394k

Times
User   Description          State Date/Time     Elapsed Time
JZI    Time In Contact      25/03/14            00:06:3

Audit Log
25/03/14 4:48:04 AM - insert histdet -     Redacted - Personally
KEY VALUE: 001628269A                       Identifying Information
NEW Received: 25/03/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted -
Personally
Identifying

Owner/Dates/Times
Current Owner
Last Changed      26/03/14 08:20:01 EDT by
Polled            25/03/14  08:41:30 EDT.
Added             25/03/14  08:41:30 EDT by
Batched           26/03/14 06:31:06 EDT
Posted            28/03/14 19:00:01 EDT
Elapsed Time      In 00:00:00   out 21:49:36
Total Time in Contact    00:00:0

Redacted - Personally
Identifying Information

Redacted -
Personally
Identifying
Information

 Logo

CONFIDENTIAL

SPD-NY 0084010

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1338 of 1452

# 001629444A Contact Details

**Primary** contact received by **Telephone** on **28/03/14** *Closed on Call* processed *31/03/14* Follow Up Required? *N* Status:

Primary Customer

| | |
|---|---|
| Account No: | 001629444 |
| Lang Type: | DE-DE |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201403 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | GERMANY | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: FOC: | 1 N |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | CN took t yday (non emu) and had PG 2-3, o is 20d ago. Went to GP tday and blood t was only 92 miu. AD: expl hormone may fluctuate but may also have decreased, talk to GP. | | |

Short Notes

**Response: Closed on Call   Batch: 93444   Letterhead: 1**

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 31/03/14

CONFIDENTIAL

SPD-NY 0084011

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1339 of 1452

Attachments
File Name                          Size                    Description
001629444A.wav                     521k

Times
User          Description                State Date/Time              Elapsed Time
Redacted – a  Time In Contact            28/03/14                     00:04:0

Audit Log
28/03/14 8:48:21 AM - insert histdet    Redacted – Personally Identifying
KEY VALUE: 001629444A                   Information
NEW Received: 28/03/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201403
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted – Personally Identifying
Information

Owner/Dates/Times  Redacted – Personally Identifying
Current Owner      Information
Last Changed       31/03/14 07:45:34 EDT by   Redacted –
Polled             28/03/14  12:44:09 EDT.     Personally
Added              28/03/14  12:44:09 EDT by   Identifying
Batched            31/03/14 06:31:01 EDT       Information
Posted             04/04/14 20:00:10 EDT
Elapsed Time       In 00:00:00   out 17:46:52
Total Time in Contact   00:00:0



# 001631679A Contact Details

**Primary** contact received by **Web Form** on **07/04/14** *Online Enquiry Completed* processed *08/04/14*
*Follow Up Required?* **N** Status: **Complaint Complete**
Primary Customer

                                        Account No:        001631679
                                        Lang Type:         DE-DE
                                        Cust Type:         Consumer
                                        Region:

CONFIDENTIAL                                               SPD-NY 0084012

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1340 of 1452

**General**

| | | | |
|---|---|---|---|
| Report Period: | 201404 | Source: | TV Advert |
| Severity | | Priority: | 0 |

**Primary Issue**

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | An investigation is required |
| | | Investigation Concl.: | |
| Location: | GERMANY | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | pg result 2-3, gp says 5 wks. aD: consult gp, expl how ts and gp count | | |

**Short Notes**

**General Notes**

[07/04/2014 17:05:00 Email Import] Hallo ich habe ihren digitalen schwangerschaftstest gemacht und dieser zeifte 2-3woche an...dr frauenarzt hingegen rechnet ab dem tag der periode also 5.woche zeigt ihr test den tag der enpfÃ¤gnis an oder wie weit schwanger bin ich.liegt ihr Ergebnis genauer oder das des frauenarztes.bitte um eine antwort.lg sina

**Response: Online Enquiry Completed   Batch: 93727   Letterhead: 14**

| Enclosures: | Forms: | | Checks: |
|---|---|---|---|
| | Instruction | | .00 |
| | Label | | |
| | Envelope | | .00 |
| | Letter | 1 | |
| | Check | | |
| | Chk Req | | Total Value: |
| | Coupon | | 0.00 |

**Letter  Online Enquiry - Response from advisor Custom? Y Date: 08/04/14**

Sehr geehrte Frau Redacted

Wir danken Ihnen fÃ¼r Ihre Online-Anfrage bezÃ¼glich Clearblue.

Wir hoffen, dass Sie die folgenden Informationen nÃ¼tzlich finden. Unsere Antwort basiert sich auf die von Ihnen gegebenen Informationen:

Die Wochenbestimmung ist 92% zuverlÃ¤ssig, wenn der Test mit dem ersten Morgenurin durchgefÃ¼hrt wurde. Da Sie ein â€žschwangerâ€œ Ergebnis erhalten haben empfehlen wir, dass Sie sich einen Arzt

CONFIDENTIAL

SPD-NY 0084013

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1341 of 1452

Termin machen.

Der Test datiert die Schwanggerschaft ab dem Zeitpunkt der EmpfÃ¤ngnis, der Arzt wir die Schwangerschaft ab dem ersten Tag der letzten Periode berechnen.

Wenn Sie weitere Informationen erwÃ¼nschen ist der Clearblue Beratungsservice fÃ¼r Ihre Fragen und einem vertraulichen GesprÃ¤ch zwischen 8.00 Uhr bis 16.00 Uhr Mo-Fr erreichbar, auÃŸer an Feiertagen. <

> Redacted - Personally Identifying Information

<

Anrufe sind kostenlos und werden fÃ¼r Trainingszwecke und zur QualitÃ¤tskontrolle aufgezeichnet.<

Sollten Sie uns erneut kontaktieren geben Sie bitte die Referenznummer Ihrer Anfrage an: 001631679A

> Redacted - Personally Identifying Information

Clearblue Beratungsservice

W_CBP_GER/cl
001631679A

Unsere Antwort basiert sich auf die von Ihnen gegebenen Informationen. Diese Antwort stellt keine medizinische Aussage dar und Sie sollten sofort Ihren Arzt aufsuchen, falls Sie sich irgendwelche Sorgen machen.

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| VAP | Time In Contact | 08/04/14 | 00:10:1 |

Audit Log

07/04/14 1:05:00 PM - insert histdet - webspeed (webspeed)
KEY VALUE: 001631679A
NEW Received: 04/07/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201404

CONFIDENTIAL

SPD-NY 0084014

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1342 of 1452

NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_GER

08/04/14 2:35:49 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001631679A
Redacted - Personally Identifying Information

08/04/14 2:46:04 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001631679A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: INVESTIG (OLD: ASSIGN)

Redacted - Personally Identifying Information

| Owner/Dates/Times | |
|---|---|
| Current Owner | Redacted - Personally Identifying Information |
| Last Changed | 08/04/14 07:46:04 EDT by Redacted - Personally Identifying Information |
| Polled | 07/04/14  17:05:00 EDT. |
| Added | 07/04/14  17:05:00 by |
| Batched | 08/04/14 07:46:36 EDT |
| Posted | 11/04/14 20:00:07 EDT |
| Elapsed Time | In 04:00:00   out 09:41:36 |
| Total Time in Contact | 00:00:1 |

# 001631854A Contact Details

**Primary** contact received by **E mail** on **08/04/14** *E-mail* processed *08/04/14* Follow Up Required? **N** Status: Primary Customer

| | |
|---|---|
| Account No: | 001631854 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

CONFIDENTIAL

SPD-NY 0084015

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1343 of 1452

General
Report Period:        201404                    Source:
Severity                                        Priority:                    0

Primary Issue
Product:              Clearblue Digital PT-      Product Age (m):
                     Conception Indicato
Item/UPC:                                       Pkg Code:
                                                Occurred:
Subject:             Conflicts with dr dates, test or    Conclusion:          Track issue
                     dates
                                                Investigation Concl.:
Location:            USA
Foil Lot:            NOLOT                       Misc Item:
Box Expiry:                                      Misc Date:
Kit Lot:                                         Escalation Level:
                                                FOC:                         1
                                                Product Return:              N
Evidence:                                       Occurrences:
Store
Verbatim:            NOTES. E-mail rcvd through product support inbox. CN asking why CI shows 2-3
                     only, when should show 3+. Currently 6 weeks pregnant. AD standard CI response
                     regarding accuracy and to see DR.

Short Notes

General Notes

Redacted - Personally Identifying Information

Sent: 08 April 2014 13:08
To: SPD Product Support
Subject: Clearblue week exterminate wrong

Hello I'm and currently 6 weeks today which makes 4 weeks .... And I took a test this morning with my first
urine. The test came up 2-3 and not 3+ why is this

Response: E-mail   Batch: 93746   Letterhead: 1
Enclosures:                                     Forms:                Checks:
                                                Instruction           .00
                                                Label
                                                Envelope              .00
                                                Letter
                                                Check
                                                Chk Req               Total Value:
                                                Coupon                0.00

Letter   Custom? Y Date: 08/04/14

CONFIDENTIAL                                                          SPD-NY 0084016

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1344 of 1452

From: SPD Product Support
Sent: 08 April 2014 14:31
Redacted - Personally
Subject: RE: Clearblue week exterminate wrong

Redacted -
Personally

Thank you for your e-mail and for using our test.

The weeks indicator part of the test is 92% accurate when testing with the first urine of the day. This estimate is based on the level of hCG in your urine. The weeks since conception are an estimate only. Every woman is different and the rate at which hCG rises may vary from woman to woman. It is therefore possible that the weeks indicator might occasionally give misleading results, especially if you are testing more than 6 weeks since conception. In this case the level of hCG is too high for the test to provide an accurate estimate of the time since conception.

You can still rely on the 'Pregnant'/'Not pregnant' result - this remains more than 99% accurate from the day your period is due, regardless of the time of day the urine sample was obtained.

If you have any concerns about your pregnancy, we recommend that you speak to your doctor or midwife.

Yours sincerely,

Customer Support
Clearblue Innovation Centre
SPD Development Company
Stannard Way
Priory Business Park
Bedford
MK44 3UP
UK

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| Redacte | Time In Contact | 08/04/14 | 00:13:5 |

Audit Log
08/04/14 9:34:28 AM - insert histdet -    Redacted - Personally Identifying
KEY VALUE: 001631854A                      Information
NEW Received: 08/04/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: E
NEW Subject: CONFLCI
NEW Conclusion: TRACK                      Redacted - Personally
Redacted - Personally Identifying          Identifying Information
Re Information
    08/04/14 9:34:28 AM - insert histresp -
    KEY VALUE: 001631854A

CONFIDENTIAL                                                    SPD-NY 0084017

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1345 of 1452

Redacted - Personally Identifying Information

## Owner/Dates/Times

| | |
|---|---|
| Current Owner | Redacted - Personally Identifying Information |
| Last Changed | 08/04/14 14:34:28 EDT by |
| Polled | 08/04/14  14:20:23 EDT. |
| Added | 08/04/14  14:20:23 EDT by |
| Batched | 08/04/14 14:34:49 EDT |
| Posted | 11/04/14 20:00:07 EDT |
| Elapsed Time | In     out 00:14:26 |
| Total Time in Contact | 00:00:1 |

Redacted - Personally Identifying Information

☒ Logo

# 001632124A Contact Details

**Primary** contact received by **Telephone** on **08/04/14** *Closed on Call* processed *14/04/14* Follow Up Required? *N* Status: *Complaint Complete*

## Primary Customer

| | |
|---|---|
| Account No: | NA00600430 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

## General

| | | | |
|---|---|---|---|
| Report Period: | 201404 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |

CONFIDENTIAL

SPD-NY 0084018

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1346 of 1452

Evidence:                                    Occurrences:
Store
Verbatim:        SFDC Trend Code: 3168 Customer took one test 4/7/14 and got pregnant 3+ with first
                 morning urine and one test 4/8/14 and got pregnant 2-3. Customer was concerned.
                 Advised customer to consult with a doctor and that test is just an estimate.

Short Notes


Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:                                  Forms:                    Checks:
                                             Instruction               .00
                                             Label
                                             Envelope                  .00
                                             Letter
                                             Check
                                             Chk Req                   Total Value:
                                             Coupon                    0.00


Letter   Custom? N Date:


Audit Log
09/04/14 4:09:43 AM - insert histdet -   Redacted - Personally Identifying Information
KEY VALUE: 001632124A
NEW Received: 04/08/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally

14/04/14 9:08:22 AM - update histdet -   Redacted - Personally Identifying Information
KEY VALUE: 001632124A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Conclusion: TRACK (OLD: PRECONCL)


Owner/Dates/Times   Redacted -   ed - Personally Identifying
Current Owner       Personally   tion
Last Changed        Identifying
Polled              Information              Redacte
Added               09/04/14   14:08:22 EDT by   d -
Batched             14/04/14                Persona
Posted              14/04/14                lly
                                            Identifyi


CONFIDENTIAL                                           SPD-NY 0084019


Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1347 of 1452

Elapsed Time          In    out
Total Time in Contact

---


Logo

# 001632226A Contact Details

**Primary** contact received by **Social Media** on **08/04/14** *Closed on Call* processed **16/04/14** *Follow Up Required? N Status: Complaint Complete*

## Primary Customer

|  |  | Account No: | NA00600803 |
|---|---|---|---|
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

## General

| Report Period: | 201404 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

## Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
|  |  | Investigation Concl.: | OTHER |
| Location: | USA |  |  |
| Foil Lot: | NOLOT | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: | NONE | Escalation Level: | 1 |
|  |  | FOC: | I |
|  |  | Product Return: |  |
| Evidence: |  | Occurrences: |  |
| Store |  |  |  |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 4/3/2014. She stated: 'I recently took this test although it did say I was pregnant and that was accurate. I am definitely more than 2-3 weeks along. A urine test Can't tell you how far along you are |  |  |

## Short Notes

## General Notes

CONFIDENTIAL                                                                 SPD-NY 0084020

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1348 of 1452

**JA6072**

. It can give you a good educated guess but that is it.'

Response: Closed on Call    Batch: 1    Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log
09/04/14 4:09:46 AM - insert histdet    Redacted - Personally Identifying Information
KEY VALUE: 001632226A
NEW Received: 04/08/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally
Identifying Information

16/04/14 9:02:28 AM - update histdet    Redacted - Personally Identifying Information
KEY VALUE: 001632226A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times    Redacted - Personally Identifying Information
Current Owner
Last Changed
Polled
Added           09/04/14  14:02:28 EDT    Redacted -
Batched         16/04/14                  Personally
Posted          16/04/14                  Identifying
Elapsed Time    In     out               Information
Total Time in Contact

CONFIDENTIAL

SPD-NY 0084021

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1349 of 1452



# 001633300A Contact Details

**Primary** contact received by **Telephone** on **11/04/14** *Closed on Call* processed **17/04/14** *Follow Up Required? N Status: Complaint Complete*

Primary Customer

| | | |
|---|---|---|
| | Account No: | NA00602657 |
| | Lang Type: | EN-US |
| | Cust Type: | Consumer |
| | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201404 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: FOC: | 1 I |
| | | Product Return: | |
| Evidence Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer tested last week (date unknown), getting Pregnant 3+. Pregnancy was confirmed by doctor. She tested again on 4/11/14, getting Pregnant 1-2. She was questioning results. Technical information was given. | | |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | <u>Forms:</u> | <u>Checks:</u> |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | | .00 |

CONFIDENTIAL

SPD-NY 0084022

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1350 of 1452

Envelope
Letter
Check
Chk Req          Total Value:
Coupon           0.00

Letter  Custom? N Date:

Audit Log
14/04/14 9:08:28 AM - insert histdet   Redacted - Personally Identifying Information
KEY VALUE: 001633300A
NEW Received: 04/11/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 2 (OLD: 0)
NEW Response Type: P
NEW Subject: 2+CBCONF
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information

17/04/14 6:54:27 AM - update histdet   Redacted - Personally Identifying Information
KEY VALUE: 001633300A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Subject: CONFLCI (OLD: 2+CBCONF)
NEW Conclusion: TRACK (OLD: PRECONCL)

Owner/Dates/Times   Redacted - Personally Identifying Information
Current Owner
Last Changed
Polled                .
Added              14/04/14  11:54:27 EDT   Redacted - Personally
Batched            17/04/14                 Identifying Information
Posted             17/04/14
Elapsed Time       In    out
Total Time in Contact

---

CONFIDENTIAL

SPD-NY 0084023

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1351 of 1452



# 001633761A Contact Details

**Primary** contact received by **Telephone** on **16/04/14** *Closed on Call* processed **25/04/14** *Follow Up Required? N Status:*
Primary Customer

| | | |
|---|---|---|
| | Account No: | |
| | Lang Type: | EN |
| | Cust Type: | Consumer |
| | Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201404 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | RUSSIA | | |
| Foil Lot: | FORGOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | Redacted - Personally Identifying Information Cn was PG 4 wks ago, MISCA, 2 wk later got PG 2-3, today again, same result. done 15 Ts. when was the baby conceived? scan show PG 6 wks. ad. see DR. recent PG may still affect result. | | |

Short Notes

Response: Closed on Call  Batch: 94239  Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | | .00 |

CONFIDENTIAL

SPD-NY 0084024

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1352 of 1452

Envelope
Letter
Check
Chk Req                                    Total Value:
Coupon                                     0.00

Letter   Custom? N Date: 25/04/14

Attachments
File Name                Size                Description
001633761A.wav           2135k

Times
User     Description                State Date/Time              Elapsed Time
GXG      Time In Contact            16/04/14                     00:23:5

Audit Log
16/04/14 4:18:49 AM - insert histdet -      Redacted - Personally
KEY VALUE: 001633761A                       Identifying Information
NEW Received: 16/04/14 (OLD: ?)
NEW Foil: FORGOT
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
Redacted - Personally Identifying
Information

Owner/Dates/Times       Redacted - Personally
Current Owner           Identifying Information
Last Changed            05/05/14 08:20:37 EDT by    Redacted -
Polled                  16/04/14  08:54:47 EDT.     Personally
Added                   16/04/14  08:54:47 EDT by   Identifying
Batched                 25/04/14 07:31:04 EDT       Information
Posted                  28/04/14 15:15:54 EDT
Elapsed Time            In 00:00:00   out 22:36:17
Total Time in Contact   00:00:2

[x] Logo

CONFIDENTIAL                                        SPD-NY 0084025

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1353 of 1452

JA6077

# 001634522A Contact Details

**Primary** contact received by **Telephone** on **22/04/14** *Closed on Call* processed **25/04/14** *Follow Up Required? N Status:*

Primary Customer

| | | |
|---|---|---|
| | Account No: | 001634522 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201404 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN631/5SA | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | last p 12 mar, last week 3+, today 2-3 weeks, AD: chk validty, 92 % acc in emu, no pg tracker, see dr but no need to worry | | |

Short Notes

Response: Closed on Call   Batch: 94239   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 25/04/14

CONFIDENTIAL

SPD-NY 0084026

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1354 of 1452

Attachments

| File Name | Size | Description |
|---|---|---|
| 001634522A.wav | 335k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted - Personally | Time In Contact | 22/04/14 | 00:04:4 |

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

Audit Log

22/04/14 3:59:40 AM – insert histdet
KEY VALUE: 001634522A
NEW Received: 22/04/14 (OLD: ?)
NEW Foil: MEN631/5SA
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER

Redacted - Personally Identifying Information

Owner/Dates/Times

Redacted - Personally Identifying Information

| | | |
|---|---|---|
| Current Owner | | |
| Last Changed | 23/04/14 14:46:21 EDT by | |
| Polled | 22/04/14 08:54:50 EDT. | |
| Added | 22/04/14 08:54:50 EDT by | Redacted - Personally Identifying Information |
| Batched | 25/04/14 07:31:04 EDT | |
| Posted | 28/04/14 15:15:54 EDT | |
| Elapsed Time | In 00:00:00 out 22:36:14 | |
| Total Time in Contact | 00:00:0 | |

[x] Logo

# 001634578A Contact Details

**Primary** contact received by **Telephone** on **22/04/14** *Closed on Call* processed **25/04/14** *Follow Up Required?* **N** *Status:*
Primary Customer

| | | |
|---|---|---|
| | Account No: | 001634578 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

CONFIDENTIAL

SPD-NY 0084027

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1355 of 1452

## General

Report Period:     201404        Source:
Severity                             Priority:            0

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Not relevant |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN631/2SA | Misc Item: | |
| Box Expiry: | 2016-10 | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim:           5 WKs since last. Normal CL 28-30. OT gave surge 31 MAR/1 APR. Did T this am with EMU. STREAM PG 1-2. AD how DR dates PG, 92%ACC, see DR. Don't do any more of these Ts.

## Short Notes

Response: Closed on Call    Batch: 94239    Letterhead: 1

Enclosures:                                   Forms:                  Checks:

| | | |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 25/04/14

## Attachments

| File Name | Size | Description |
|---|---|---|
| 001634578A.wav | 696k | |

## Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| HZK | Time In Contact | 22/04/14 | 00:07:5 |

## Audit Log

CONFIDENTIAL                                               SPD-NY 0084028

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1356 of 1452

22/04/14 5:43:29 AM - insert histdet -
KEY VALUE: 001634578A
NEW Received: 22/04/14 (OLD: ?)
NEW Foil: MEN631/2SA
NEW Mfg Date: 31/10/16 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: NA

Redacted - Personally Identifying
Information

Redacted - Personally Identifying
Information

| Owner/Dates/Times | | |
|---|---|---|
| Current Owner | | Redacted - Personally Identifying Information |
| Last Changed | 23/04/14 14:42:55 EDT by | |
| Polled | 22/04/14 10:35:31 EDT. | Redacted - Personally Identifying Information |
| Added | 22/04/14 10:35:31 EDT by | |
| Batched | 25/04/14 07:31:04 EDT | |
| Posted | 28/04/14 15:15:54 EDT | |
| Elapsed Time | In 00:00:00 out 20:55:33 | |
| Total Time in Contact | 00:00:0 | |

Logo

# 001635534A Contact Details

**Primary** contact received by **Telephone** on **24/04/14** *Closed on Call* processed **25/04/14** *Follow Up Required?* **N** *Status:*

Primary Customer

| | | Account No: | 001635534 |
|---|---|---|---|
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| Report Period: | 201404 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | | Product Age (m): | |
|---|---|---|---|

CONFIDENTIAL

SPD-NY 0084029

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1357 of 1452

**JA6081**

Clearblue Digital PT-
Conception Indicato

| | | | |
|---|---|---|---|
| Item/UPC: | | Pkg Code:<br>Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN629/2SB | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim: 3 weeks since fertility treatment. Last Thursday Pregnant 1-2. Today EMU Pregnant 1 -2. AD 92%, if want to re-test wait at least 5 days. Follow DRs advice.

**Short Notes**

**Response: Closed on Call   Batch: 94239   Letterhead: 1**

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

**Letter   Custom? N Date: 25/04/14**

**Attachments**

| File Name | Size | Description |
|---|---|---|
| 001635534A.wav | 573k | |

**Times**

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted - | Time In Contact | 24/04/14 | 00:07:1 |

**Audit Log**
24/04/14 2:59:26 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001635534A
NEW Received: 24/04/14 (OLD: ?)
NEW Foil: MEN629/2SB
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR

CONFIDENTIAL

SPD-NY 0084030

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1358 of 1452

NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted – Personally
Identifying Information

Owner/Dates/Times    Redacted – Personally
                     Identifying Information
Current Owner
Last Changed         25/04/14 09:22:12 EDT by    Redacted –
Polled               24/04/14  07:52:14 EDT.       Personally
Added                24/04/14  07:52:14 EDT by    Identifying
Batched              25/04/14 07:31:04 EDT        Information
Posted               28/04/14 15:15:54 EDT
Elapsed Time         In 00:00:00   out 23:38:50
Total Time in Contact  00:00:1



# 001635661A Contact Details

**Primary** contact received by **Telephone** on **24/04/14** *Closed on Call* processed *25/04/14 Follow Up Required? N Status:*
Primary Customer

|  |  | Account No: | 001635661 |
|--|--|-------------|-----------|
|  |  | Lang Type:  | IT-IT |
|  |  | Cust Type:  | Consumer |
|  |  | Region:     |  |

General
| Report Period: | 201404 | Source:   |   |
|----------------|--------|-----------|---|
| Severity       |        | Priority: | 0 |

Primary Issue
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|----------|------------------------------------------|------------------|--|
| Item/UPC: |  | Pkg Code: |  |
|  |  | Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Not relevant |
|  |  | Investigation Concl.: |  |
| Location: | ITALY | Misc Item: |  |
| Foil Lot: | CLL581/1SA | Misc Date: |  |
| Box Expiry: | 2016-02 | Escalation Level: |  |
| Kit Lot: |  |  |  |

CONFIDENTIAL

SPD-NY 0084031

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1359 of 1452

|  |  |  |
|---|---|---|
| | FOC: | 1 |
| | Product Return: | N |
| Evidence: | Occurrences: | |
| Store | | |
| Verbatim: | CL irregular, T 3 days before period due, not EMU, POS 1-2, again T today NOT EMU, stream ? pos 1-2 I think it should be 4 weeks, had miscarriage in December.Ad: VPG, pos result more than 99%, conception indicator 92% with Emu, any doubt talk with doctor. | |

Short Notes

Response: Closed on Call   Batch: 94239   Letterhead: 1

Enclosures:

| Forms: | Checks: |
|---|---|
| Instruction | .00 |
| Label | |
| Envelope | .00 |
| Letter | |
| Check | |
| Chk Req | Total Value: |
| Coupon | 0.00 |

Letter   Custom? N Date: 25/04/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001635661A.wav | 527k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| CXE | Time In Contact | 24/04/14 | 00:07:5 |

Audit Log

24/04/14 9:34:36 AM - insert histdet
KEY VALUE: 001635661A
NEW Received: 24/04/14 (OLD: ?)
NEW Foil: CLL581/1SA
NEW Mfg Date: 28/02/16 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: NA

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner
Last Changed

Redacted - Personally Identifying Information

25/04/14 09:15:59 EDT by

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0084032

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1360 of 1452

| | | |
|---|---|---|
| Polled | 24/04/14 14:26:38 EDT | Redacted - |
| Added | 24/04/14 14:26:38 EDT by | Personally |
| Batched | 25/04/14 07:31:20 EDT | Identifying |
| Posted | 28/04/14 15:15:54 EDT | |
| Elapsed Time | In 00:00:00 out 17:04:42 | |
| Total Time in Contact | 00:00:0 | |



# 001636229A Contact Details

**Primary** contact received by **Telephone** on **28/04/14** *Closed on Call* processed *29/04/14* Follow Up Required? **N** Status:

## Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | 001636229 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

## General

| | | | |
|---|---|---|---|
| Report Period: | 201404 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | 18/apr 1-2 ( when pd+3) in non emu, today still 1-2 weeks in emu, misc? AD: chk validty, see dr, t not to be used as pg tracker, 92% acc in emu | | |

## Short Notes

CONFIDENTIAL

SPD-NY 0084033

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1361 of 1452

Response: Closed on Call   Batch: 94328   Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 29/04/14

**Attachments**

| File Name | Size | Description |
|---|---|---|
| 001636229A.wav | 307k | |

**Times**

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted - Personally | Time In Contact | 28/04/14 | 00:04:0 |

**Audit Log**

28/04/14 4:04:28 AM - insert histdet -
KEY VALUE: 001636229A
NEW Received: 28/04/14 (OLD: ?)       Redacted - Personally Identifying
NEW Foil: NOLOT                       Information
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER

Redacted - Personally
Identifying Information          Redacted -
                                Personally
                                Identifying
**Owner/Dates/Times**           Information
Current Owner                                    Redacted -
Last Changed        29/04/14 09:34:31 EDT by     Redacted      Personally
Polled              28/04/14  09:00:20 EDT.       Personall     Identifying
Added               28/04/14  09:00:20 EDT by                   Information
Batched             29/04/14 07:31:10 EDT
Posted              02/05/14 20:00:10 EDT
Elapsed Time        In 00:00:00    out 22:30:50
Total Time in Contact   00:00:0

CONFIDENTIAL

SPD-NY 0084034

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1362 of 1452

**JA6086**



# 001636582A Contact Details

**Primary** contact received by **Telephone** on **25/04/14** *Closed on Call* processed *30/04/14 Follow Up Required? N Status: Complaint Complete*

Primary Customer

|  |  |  |  |
|---|---|---|---|
|  |  | Account No: | NA00609205 |
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: | |

General

| Report Period: | 201404 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code:<br>Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
|  |  | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | CEN612/3 | Misc Item: | |
| Box Expiry: | 2016-04 | Misc Date: | |
| Kit Lot: | 3295937238 | Escalation Level: | 1 |
|  |  | FOC: | I |
|  |  | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Caller reports that her period are irregular. Period due date unknown. Length of cycle unknown. Caler took the Clearblue Digital Advanced pregnancy test on 04/23/2014, it was 2-3 weeks. Then on 04/24/2014, took the same type of test | | |

Short Notes

General Notes

again, it came out 3+. Then on 04/25/2014, took the same type of test again it showed 2-3. Only used first urine of the day with the third test. Blood work was done, on 04/25/2014. Results not in until 04/28/2014.

CONFIDENTIAL

Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log

Redacted - Personally Identifying Information

29/04/14 6:59:15 AM - insert histdet -
KEY VALUE: 001636582A
NEW Received: 04/25/14 (OLD: ?)
NEW Foil: CEN612/3
NEW Other: NONE
NEW Mfg Date: 04/30/16 (OLD: ?)
NEW Kit: 3295937238
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted -

30/04/14 10:13:13 AM - update histdet   Redacted - Personally Identifying
KEY VALUE: 001636582A                    Information
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner            Redacted - Personally Identifying Information
Last Changed
Polled
Added          29/04/14  10:13:13 EDT by   Redacted -
Batched        30/04/14                     Personally
Posted         30/04/14
Elapsed Time   In    out
Total Time in Contact

CONFIDENTIAL                                          SPD-NY 0084036

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1364 of 1452



# 001637461A Contact Details

**Primary** contact received by **Social Media** on **30/04/14** *Closed on Call* processed **13/05/14** *Follow Up Required?* **N** Status: **Complaint Complete**

## Primary Customer

|  |  |
|---|---|
| Account No: | NA00611325 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

## General

| Report Period: | 201404 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

## Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 4/25/2014, no reference # given. She stated: 'Question I took two test one said 3+ then the other said 2-3 I'm freaking out cause I'm afraid to have another miscarriage help please.' | | |

## Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | | .00 |

CONFIDENTIAL

SPD-NY 0084037

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1365 of 1452

Envelope
Letter
Check                    Total Value:
Chk Req                  0.00
Coupon

Letter   Custom? N Date:

Audit Log
02/05/14 2:52:30 PM - insert histdet -         Redacted - Personally Identifying Information
KEY VALUE: 001637461A
NEW Received: 04/30/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally              Redacted - Personally Identifying
Identifying Information             Information
    13/05/14 1:33:42 AM - update histdet
KEY VALUE: 001637461A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Conclusion: TRACK (OLD: PRECONCL)

Owner/Dates/Times
Current Owner        Redacted - Personally Identifying Information
Last Changed                                    Redacted
Polled                                          - Personal
Added                02/05/14 01:33:42 EDT by   ly
Batched              13/05/14                   Identifyi
Posted               13/05/14
Elapsed Time         In    out
Total Time in Contact

⊠ Logo

CONFIDENTIAL                                          SPD-NY 0084038

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1366 of 1452

# 001637502A Contact Details

**Primary** contact received by **Telephone** on **30/04/14** *Closed on Call processed 13/05/14* Follow Up Required? *N* Status: *Complaint Complete*

Primary Customer

| | | |
|---|---|---|
| | Account No: | NA00611491 |
| | Lang Type: | EN-US |
| | Cust Type: | Consumer |
| | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201404 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 4/24/2014, no reference number given. She stated: 'I don't know if the weeks are accurate cause when i took the clear blue pregnancy tests it said i was 2-3 weeks pregnant when I was really actually | | |

Short Notes

General Notes
13 week's pregnant'

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

CONFIDENTIAL

SPD-NY 0084039

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1367 of 1452

Letter   Custom? N Date:

Audit Log
02/05/14 2:52:31 PM - insert histdet -
KEY VALUE: 001637502A
NEW Received: 04/30/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally Identifying
Information

Redacted - Personally
Identifying Information

Redacted - Personally Identifying Information

13/05/14 1:33:43 AM - update histdet
KEY VALUE: 001637502A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added
Batched        13/05/14
Posted         13/05/14
Elapsed Time   In    out
Total Time in Contact

Redacted - Personally Identifying
Information

02/05/14 01:33:43 EDT by NAA


Logo

# 001637507A Contact Details

**Primary** contact received by **Social Media** on **30/04/14** *Closed on Call* processed **13/05/14** *Follow Up Required? N Status:* **Complaint Complete**

CONFIDENTIAL

SPD-NY 0084040

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1368 of 1452

## Primary Customer

|  |  |
|---|---|
| Account No: | NA00611514 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

## General

| | | | |
|---|---|---|---|
| Report Period: | 201404 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | Misc Item: | |
| Foil Lot: | NOLOT | Misc Date: | |
| Box Expiry: | | Escalation Level: | 1 |
| Kit Lot: | NONE | FOC: | 1 |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 4/23/2014, no reference number given. She stated: 'Â,Â I used these for my current pregnancy and it told me I was 2-3 when I was actually 6-7 so still not as accurate as good old fashion going to the d | | |

## Short Notes

## General Notes
r'

## Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

## Audit Log

CONFIDENTIAL

SPD-NY 0084041

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1369 of 1452

02/05/14 2:52:31 PM - insert histdet  Redacted - Personally Identifying
KEY VALUE: 001637507A  Information
NEW Received: 04/30/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information  Redacted - Personally Identifying
Information
13/05/14 1:33:43 AM - update histdet
KEY VALUE: 001637507A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)


Owner/Dates/Times  Redacted - Personally Identifying
Current Owner  Information
Last Changed
Polled
Added
Batched  13/05/14
Posted  13/05/14
Elapsed Time  In   out
Total Time in Contact


Logo

# 001637923A Contact Details

**Primary** contact received by **Social Media** on **30/04/14** *Closed on Call* processed **13/05/14** *Follow Up Required?* ***N*** *Status:* *Complaint Complete*
Primary Customer

| | |
|---|---|
| Account No: | NA00611506 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

CONFIDENTIAL                                           SPD-NY 0084042

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1370 of 1452

General
Report Period:        201404              Source:
Severity                                   Priority:              0

Primary Issue
Product:              Clearblue Digital PT-    Product Age (m):
                     Conception Indicato
Item/UPC:            Clearblue Digital Pregnancy   Pkg Code:
                     Test with weeks               Occurred:
Subject:             Conflicts with dr dates, test or   Conclusion:        User issue
                     dates
                                              Investigation Concl.:  OTHER

Location:             USA
Foil Lot:             NOLOT                 Misc Item:
Box Expiry:                                 Misc Date:
Kit Lot:              NONE                   Escalation Level:      1
                                            FOC:                   I
                                            Product Return:
Evidence:                                   Occurrences:
Store
Verbatim:            SFDC Trend Code: 3168 Customer commented on Facebook on 4/24/2014, no
                     reference number given. She stated: 'Â‚Â I took one & it was positive , which was
                     correctÂ‚Â Â‚Â butttt it said 2 weeks & i really thaught thats how far i was & a few
                     days later i got a sonog

Short Notes

General Notes
ram & i was almost 6 weeks ! So i dont think the estimated weeks is too correct lol'


Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:                                    Forms:                Checks:
                                               Instruction           .00
                                               Label
                                               Envelope              .00
                                               Letter
                                               Check
                                               Chk Req               Total Value:
                                               Coupon                0.00


Letter   Custom? N Date:


Audit Log                    Redacted -          |onally Identifying Information
06/05/14 9:27:23 AM - insert histdet  Personally
KEY VALUE: 001637923A        Identifying
NEW Received: 04/30/14 (OLD: ?)  Information
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE


CONFIDENTIAL                                              SPD-NY 0084043

NEW Esc Level: 1
NEW Report Period: 201404
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information

Redacted - Personally
Redantifying Information
cted

Pers

13/05/14 1:33:43 AM - update histdet -
KEY VALUE: 001637923A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added
Batched          13/05/14
Posted           13/05/14
Elapsed Time     In    out
Total Time in Contact

Redacted - Personally Identifying
Information

Logo

# 001638016A Contact Details

**Primary** contact received by **Telephone** on 01/05/14 *Closed on Call* processed *16/05/14 Follow Up Required? N Status: Complaint Complete*
Primary Customer

| | |
|---|---|
| Account No: | NA00612052 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

General
Report Period:      201405          Source:
Severity                             Priority:          0

Primary Issue

CONFIDENTIAL                                   SPD-NY 0084044

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1372 of 1452

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |

Verbatim: SFDC Trend Code: 3168 Customer took CB weeks estimator test on unknown date and got a pregnant 1-2 result. After consulting with a doctor the doctor told her she was 6 weeks pregnant. Test not taken with first morning urine.

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:

| Forms: | Checks: |
|---|---|
| Instruction | .00 |
| Label | |
| Envelope | .00 |
| Letter | |
| Check | |
| Chk Req | Total Value: |
| Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log
06/05/14 9:27:28 AM - insert histdet -  Redacted - Personally Identifying Information
KEY VALUE: 001638016A
NEW Received: 05/01/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally Identifying Information

16/05/14 1:33:50 AM - update histdet Redacted - Personally Identifying Information
KEY VALUE: 001638016A

CONFIDENTIAL

SPD-NY 0084045

NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner          North American Upload user (NAA)
Last Changed           16/05/14 by NAA
Polled                 .
Added                  06/05/14  01:33:50 EDT by NAA
Batched                16/05/14
Posted                 16/05/14
Elapsed Time           In    out
Total Time in Contact



# 001638358A Contact Details

**Primary** contact received by **Telephone** on **05/05/14** *Closed on Call* processed *16/05/14* Follow Up
Required? **N** Status: **Complaint Complete**
Primary Customer

|  |  | Account No: | NA00613473 |
|---|---|---|---|
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
Report Period:       201405                    Source:
Severity                                        Priority:            0

Primary Issue
Product:       Clearblue Digital PT-           Product Age (m):
               Conception Indicato
Item/UPC:      Clearblue Digital Pregnancy     Pkg Code:
               Test with weeks                 Occurred:
Subject:       Conflicts with dr dates, test or   Conclusion:      Track issue
               dates

                                               Investigation Concl.:  NOTOBV

Location:      USA
Foil Lot:      NOLOT                            Misc Item:
Box Expiry:                                     Misc Date:
Kit Lot:       NONE                             Escalation Level:

CONFIDENTIAL                                    SPD-NY 0084046

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1374 of 1452

|  |  |  |
|---|---|---|
| | FOC: | 1 |
| | Product Return: | I |
| Evidence: | Occurrences: | |
| Store | | |
| Verbatim: | SFDC Trend Code: 3168 Customer took 1 test 4/3/14 at 5:30 pm in a cup for 20 seconds and got a pregnant 3+ result. Customer then took another test 4/4/14 with her first morning urine in a cup for 20 seconds and got a pregnant 2-3 result. | |

Short Notes

Response: Closed on Call  Batch: 1  Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Custom? N Date:

Audit Log
06/05/14 11:34:47 AM - insert histdet
KEY VALUE: 001638358A
NEW Received: 05/05/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

Redacted - Personally sonally

16/05/14 1:33:53 AM - update histdet -
KEY VALUE: 001638358A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Conclusion: TRACK (OLD: PRECONCL)

Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0084047

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1375 of 1452

Batched          16/05/14
Posted           16/05/14
Elapsed Time     In   out
Total Time in Contact

---

[x] Logo

# 001638569A Contact Details

**Primary** contact received by **Social Media** on 06/05/14 *Closed on Call* processed *13/05/14* Follow Up Required? *N* Status: *Complaint Complete*

Primary Customer

|  |  | | |
|---|---|---|---|
|  |  | Account No: | NA00614136 |
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: | |

General

| Report Period: | 201405 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 4/29/2014, FB480 beneath an Ad for the WE. She stated: 'It doesn't work. Said I was 1-2 and I was like 6...' | | |

Short Notes

CONFIDENTIAL

SPD-NY 0084048

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1376 of 1452

Response: Closed on Call   Batch: 1   Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log

07/05/14 4:37:50 AM - insert histdet -   Redacted - Personally Identifying Information
KEY VALUE: 001638569A
NEW Received: 05/06/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information

13/05/14 1:33:45 AM - update histdet -   Redacted - Personally Identifying Information
KEY VALUE: 001638569A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times

| | |
|---|---|
| Current Owner | Redacted - Personally Identifying Information |
| Last Changed | |
| Polled | |
| Added | |
| Batched | 13/05/14 |
| Posted | 13/05/14 |
| Elapsed Time | In    out |
| Total Time in Contact | |

CONFIDENTIAL

SPD-NY 0084049

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1377 of 1452



# 001638571A Contact Details

**Primary** contact received by **Social Media** on *06/05/14 Closed on Call* processed *13/05/14 Follow Up Required? N Status:* **Complaint Complete**

Primary Customer

|  |  |  |
|---|---|---|
| | Account No: | NA00614143 |
| | Lang Type: | EN-US |
| | Cust Type: | Consumer |
| | Region: | |

## General

| | | | |
|---|---|---|---|
| Report Period: | 201405 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: FOC: | 1 l |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 4/29/2014, FB479. She stated: 'Is a piece of sh**!!! told me I was 2weeks when I was actually 7' | | |

## Short Notes

**Response:** Closed on Call  **Batch:** 1  **Letterhead:** 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |

CONFIDENTIAL

SPD-NY 0084050

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1378 of 1452

Letter
Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date:

Audit Log
07/05/14 4:37:50 AM - insert histdet
KEY VALUE: 001638571A
NEW Received: 05/06/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

13/05/14 1:33:45 AM - update histde
KEY VALUE: 001638571A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added
Batched                 13/05/14
Posted                   13/05/14
Elapsed Time         In    out
Total Time in Contact

Redacted - Personally Identifying Information

⊠ Logo

CONFIDENTIAL

SPD-NY 0084051

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1379 of 1452

# 001639095A Contact Details

**Primary** contact received by **Social Media** on **08/05/14** *Closed on Call* processed **13/05/14** *Follow Up Required?* **N** Status: **Complaint Complete**

Primary Customer

| | |
|---|---|
| Account No: | NA00615269 |
| Lang Type: | EN |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201405 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer lived in the United Kingdom. She commented on Facebook on 4/21/2014. She stated: 'Hi I did a digital test last Saturday and it said 1-2 and I did another one again today and it still says 1-2? Help please / 2nd message: I ha | | |

Short Notes

General Notes
ve done about 10 tests all positive so in sure I'm pregnant I was just wondering why when I did a digital a week later it still had same result? It was 1-2 last sat last week and 1-2 this Saturday so does this mean I'm around 4weeks?'

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: 0.00 |

CONFIDENTIAL

SPD-NY 0084052

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1380 of 1452

Coupon

Letter   Custom? N Date:

Audit Log

09/05/14 1:33:43 AM - insert histdet -
KEY VALUE: 001639095A
NEW Received: 05/08/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

13/05/14 1:33:46 AM - update histdet
KEY VALUE: 001639095A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Redacted - Personally Identifying
Information

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added
Batched          13/05/14
Posted           13/05/14
Elapsed Time     In    out
Total Time in Contact

Redacted - Personally Identifying
Information

X  Logo

CONFIDENTIAL

SPD-NY 0084053

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1381 of 1452

# 001639821A Contact Details

**Primary** contact received by **Social Media** on **12/05/14** *Closed on Call* processed **21/05/14** *Follow Up Required? N Status: Complaint Complete*

Primary Customer

| | | |
|---|---|---|
| | Account No: | NA00616670 |
| | Lang Type: | EN-US |
| | Cust Type: | Consumer |
| | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201405 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | I |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 5/3/2014, no reference number given. She stated: 'I bought the two pack week estimator pack. I was shocked but happy when they both came back postive 2-3 pregnantÃ‚Â Ã‚Â so happy for the news it was a su | | |

Short Notes

General Notes

prise bc I took a different test about 2 weeks before and that was negative but I was really 7-8 weeks not 2-3 ? But overall very happy with Clearblue.'

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |
| | | Letter | |
| | | Check | |
| | | Chk Req | |
| | | | Total Value: |
| | | | 0.00 |

CONFIDENTIAL

SPD-NY 0084054

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1382 of 1452

Coupon

Letter   Custom? N Date:

Audit Log
13/05/14 1:33:48 AM - insert histdet - | Redacted - Personally Identifying Information |
KEY VALUE: 001639821A
NEW Received: 05/12/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
| Redacted - Personally Identifying Information |   | Redacted - Personally Identifying Information |   | ...ally ...tion |

21/05/14 1:33:48 AM - update histdet -
KEY VALUE: 001639821A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner        | Redacted - Personally Identifying Information |
Last Changed
Polled
Added
Batched              21/05/14
Posted               21/05/14
Elapsed Time         In    out
Total Time in Contact

[x] Logo

CONFIDENTIAL

SPD-NY 0084055

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1383 of 1452

# 001640956A Contact Details

**Primary** contact received by **Telephone** on **16/05/14** *Closed on Call* processed *19/05/14* Follow Up
Required? *N Status:*
Primary Customer

|  |  |  |  |
|---|---|---|---|
|  |  | Account No: | 001640956 |
|  |  | Lang Type: | EN-GB |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
| Report Period: | 201405 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: |  | Pkg Code: |  |
|  |  | Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
|  |  | Investigation Concl.: |  |
| Location: | UNITED KINGDOM |  |  |
| Foil Lot: | NOLOT | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: |  | Escalation Level: | 1 |
|  |  | FOC: | N |
|  |  | Product Return: |  |
| Evidence: |  | Occurrences: |  |
| Store |  |  |  |
| Verbatim: | CN is 17 weeks pg, had a datimg scan. When took t was 2-3 weeks 15 weeks ago. GP expl that he adds on 2 weeks but PT very disbelieving. AD: correct, expl how PG is counted |  |  |

Short Notes

Response: Closed on Call   Batch: 94905   Letterhead: 1
Enclosures:

|  | Forms: | Checks: |
|---|---|---|
|  | Instruction | .00 |
|  | Label |  |
|  | Envelope | .00 |
|  | Letter |  |
|  | Check |  |
|  | Chk Req | Total Value: |
|  | Coupon | 0.00 |

Letter   Custom? N Date: 19/05/14

CONFIDENTIAL

SPD-NY 0084056

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1384 of 1452

Attachments

| File Name | Size | Description |
|---|---|---|
| 001640956A.wav | 505k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacte | Time In Contact | 16/05/14 | 00:02:2 |

Audit Log

16/05/14 6:22:51 AM - insert histdet - Pia-Maria Meyer (PMM)
KEY VALUE: 001640956A
NEW Received: 16/05/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER
Redacted – Personally
Identifying Information

Owner/Dates/Times

| | | |
|---|---|---|
| Current Owner | Redacted - Personally | |
| Last Changed | 19/05/14 08:59:10 EDT by | Redacted – Personally |
| Polled | 16/05/14 11:20:22 EDT. | Identifying |
| Added | 16/05/14 11:20:22 EDT by | Information |
| Batched | 19/05/14 07:31:00 EDT | |
| Posted | 23/05/14 20:00:03 EDT | |
| Elapsed Time | In 00:00:00 out 20:10:38 | |
| Total Time in Contact | 00:00:0 | |



# 001641466A Contact Details

**Primary** contact received by **Telephone** on **19/05/14** *Closed on Call* processed *28/05/14* Follow Up
*Required?* **N** Status: **Complaint Complete**
Primary Customer

CONFIDENTIAL

SPD-NY 0084057

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1385 of 1452

| | | | |
|---|---|---|---|
| | Account No: | NA00620372 | |
| | Lang Type: | EN-US | |
| | Cust Type: | Consumer | |
| | Region: | | |

## General

| | | | |
|---|---|---|---|
| Report Period: | 201405 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | l |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer used the first urine of the day and did not time how much urine she put on the urine stream. | | |

## Short Notes

**Response: Closed on Call  Batch: 1  Letterhead: 1**

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |
| | | Letter | |
| | | Check | |
| | | Chk Req | Total Value: |
| | | Coupon | 0.00 |

Letter   Custom? N Date:

## Audit Log

20/05/14 1:33:44 AM - insert histdet -
KEY VALUE: 001641466A
NEW Received: 05/19/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0084058

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1386 of 1452

NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
NEW User Id: NAA

Redacted - Personally Identifying Information

28/05/14 1:33:48 AM - update histdet
KEY VALUE: 001641466A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner          Redacted – Personally Identifying
Last Changed           Information
Polled
Added
Batched                28/05/14
Posted                 28/05/14
Elapsed Time           In    out
Total Time in Contact

Logo

# 001641594A Contact Details

**Primary** contact received by **Web Form** on **20/05/14** *Online Enquiry Completed* processed *20/05/14*
*Follow Up Required? **N** Status: **Web customer advised to call***
Primary Customer

|  |  | Account No: | 001641594 |
|---|---|---|---|
|  |  | Lang Type: | DE-DE |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
Report Period:    201405          Source:      Shop
Severity                           Priority:    0

Primary Issue

CONFIDENTIAL                                    SPD-NY 0084059

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1387 of 1452

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | An investigation is required |
| | | Investigation Concl.: | |
| Location: | GERMANY | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | 2 pg ts, 1 2-3 and 1 3+. aD: call careline | | |

Short Notes

General Notes
[20/05/2014 13:05:00 Email Import] Hallo,
Ich habe heute morgen o.g. Test gemacht. Dieser war positiv und zeigte an 2-3 Wochen. Ca 2 Stunden später habe ich nochmal einen Test gemacht. Da stand dann 3+ Wochen. Wieso variieren die Ergebnisse so stark?

Response: Online Enquiry Completed    Batch: 94964    Letterhead: 14
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter        1 | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 20/05/14
Sehr geehrte Frau Redacted ₁

Wir danken Ihnen für Ihre Online-Anfrage bezüglich Clearblue.

Wir hoffen, dass Sie die folgenden Informationen nützlich finden. Unsere Antwort basiert sich auf die von Ihnen gegebenen Informationen:

Jedoch müssen wir Sie bitten, dass Sie sich telefonisch beim CLEARBLUE Beratungsservice melden, da einige Fragen gestellt werden müssen.

Wir sind für ein vertrauliches Gespräch zwischen 8.00 Uhr bis 16.00 Uhr Mo-Fr erreichbar, außer an Feiertagen. <

Redacted - Personally
Identifying Information

<

CONFIDENTIAL

SPD-NY 0084060

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1388 of 1452

Anrufe sind kostenlos und werden fÃ¼r Trainingszwecke und zur QualitÃ¤tskontrolle aufgezeichnet.<

Sollten Sie uns erneut kontaktieren geben Sie bitte die Referenznummer Ihrer Anfrage an:
001641594A

Redacted - Personally Identifying
Information

Clearblue Beratungsservice

W_CBP_GER/cl
001641594A

Unsere Antwort basiert sich auf die von Ihnen gegebenen Informationen. Diese Antwort stellt keine
medizinische Aussage dar und Sie sollten sofort Ihren Arzt aufsuchen, falls Sie sich irgendwelche Sorgen
machen.

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| VAP | Time In Contact | 20/05/14 | 00:25:4 |

Audit Log

20/05/14 8:05:00 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001641594A
NEW Received: 05/20/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_GER

20/05/14 9:14:16 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001641594A
NEW User Id: VAP (OLD: W_CBP_GER)

20/05/14 9:39:59 AM - update histdet - Redacted - Personally Identifying
KEY VALUE: 001641594A   Information

CONFIDENTIAL                                                                 SPD-NY 0084061

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1389 of 1452

NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: INVESTIG (OLD: ASSIGN)

Redacted - Personally Identifying Information

**Owner/Dates/Times**

| | |
|---|---|
| Current Owner | Redacted - Personally Identifying Information — Redacted - Personally Identifying Information |
| Last Changed | 20/05/14 14:39:59 EDT by |
| Polled | 20/05/14 13:05:00 EDT. |
| Added | 20/05/14 13:05:00 by |
| Batched | 20/05/14 14:40:12 EDT |
| Posted | 23/05/14 20:00:03 EDT |
| Elapsed Time | In 05:00:00   out 20:35:12 |
| Total Time in Contact | 00:00:2 |

Logo

# 001641849A Contact Details

**Primary** contact received by **Telephone** on 21/05/14 *Closed on Call* processed 22/05/14 *Follow Up Required? N Status:*
Primary Customer

| | | Account No: | 001641849 |
|---|---|---|---|
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201405 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | | Conclusion: | Track issue |

CONFIDENTIAL

SPD-NY 0084062

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1390 of 1452

Conflicts with dr dates, test or
dates

Investigation Concl.:

| | | | |
|---|---|---|---|
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN635/5SA | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim: c7 weeks pg, had IVF, took last t a few weeks ago and result hasn't gone up, still 2-3, very angry, AD: explaind that after 6 weeks result might be different from what is expected, not to be used as pg tracker, cn got very angry: notes

Short Notes

General Notes
[21/05/14 10:02:01 EDT - 001641849A - Redacted - Personally
saying that it is very insulting to say that she is using it to track her pg as she is having scans for that, thnink 92 % acc claim is all wrong and so on

Response: Closed on Call  Batch: 95013  Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Custom? N Date: 22/05/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001641849A.wav | 389k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Reda | Time In Contact | 21/05/14 | 00:10:3 |

Audit Log
21/05/14 5:02:44 AM - insert histdet  Redacted - Personally Identifying Information
KEY VALUE: 001641849A
NEW Received: 21/05/14 (OLD: ?)
NEW Foil: MEN635/5SA
NEW Esc Level: 1
NEW Report Period: 201405

CONFIDENTIAL

SPD-NY 0084063

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1391 of 1452

NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: NA

Redacted - Personally Identifying Information

Redacted - Personally Identifying Information

21/05/14 5:02:44 AM - insert custphone -
KEY VALUE: 1641849 1
NEW By: JZI
NEW By: JZI
NEW Customer: 1641849 (OLD: 0)
NEW Added: 21/05/14 (OLD: ?)
NEW Changed: 21/05/14 (OLD: ?)
NEW Phone: 0441514949595
NEW Seq: 1 (OLD: 0)

02/06/14 7:29:15 AM - update histdet -
KEY VALUE: 001641849A
NEW Conclusion: TRACK (OLD: NA)

Redacted - Personally Identifying Information

Owner/Dates/Times

Redacted - Personally Identifying Information

| | |
|---|---|
| Current Owner | |
| Last Changed | 02/06/14 12:29:15 EDT b |
| Polled | 21/05/14 09:52:07 EDT. |
| Added | 21/05/14 09:52:07 EDT b |
| Batched | 22/05/14 07:30:50 EDT |
| Posted | 23/05/14 20:00:03 EDT |
| Elapsed Time | In 00:00:00   out 21:38:43 |
| Total Time in Contact | 00:00:1 |

☒ Logo

# 001642031A Contact Details

**Primary** contact received by **Telephone** on **21/05/14** *Closed on Call* processed **01/07/14** *Follow Up Required? N Status: Complaint Complete*

Primary Customer

| | |
|---|---|
| Account No: | NA00621753 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

CONFIDENTIAL

SPD-NY 0084064

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1392 of 1452

## General

| | | | |
|---|---|---|---|
| Report Period: | 201405 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: FOC: | 1 |
| | | Product Return: | I |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Customer took 2 CB tests the week of 5/12/14 and got a pregnant 1-2 result and a pregnant 2-3 result on the other. Customer bought another box and took more tests that same week and got a pregnant 1-2 on one test and a pregnant 2-3 on the other. Customer was unsatisfied with results being different. Customer would like a refund and will send in UPC bar codes from the box as well as the receipts or debit/credit card statement for the purchases. | | |

## Short Notes

## General Notes

n the other. Customer was unsatisfied with results being different. Customer would like a refund and will send in UPC bar codes from the box as well as the receipts or debit/credit card statement for the purchases.

## Response: Closed on Call  Batch: 1  Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter  Custom? N Date:

## Audit Log

Redacted - Personally Identifying Information

22/05/14 1:33:49 AM - insert histdet -
KEY VALUE: 001642031A

CONFIDENTIAL

SPD-NY 0084065

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1393 of 1452

NEW Received: 05/21/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally
Identifying Information

~~ ... ~~ update histdet - Redacted - Personally Identifying
Information
KEY VALUE: 001642031A
NEW Investigation: NOTOBV
NEW Conclusion: TRACK (OLD: PRECONCL)

01/07/14 2:37:22 AM - update histdet - Redacted - Personally Identifying
Information
KEY VALUE: 001642031A
NEW Response Type: NR (OLD: P)
NEW ST: CP (OLD: OC)

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying
Last Changed           Information
Polled
Added                  ~~ ... ~~
Batched                01/07/14
Posted                 01/07/14
Elapsed Time           In    out
Total Time in Contact

---

[x] Logo

# 001642032A Contact Details

**Primary** contact received by **Telephone** on **21/05/14** *Closed on Call* processed **01/07/14** *Follow Up Required? N Status: Complaint Complete*
Primary Customer

|  |  |
|---|---|
| Account No: | NA00621753 |
| Lang Type: | EN-US |
|  | Consumer |

CONFIDENTIAL

SPD-NY 0084066

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1394 of 1452

Cust Type:
Region:

General
Report Period:      201405         Source:
Severity                            Priority:              0

Primary Issue
Product:         Clearblue Digital PT-      Product Age (m):
                 Conception Indicato
Item/UPC:        Clearblue Digital Pregnancy   Pkg Code:
                 Test with weeks              Occurred:
Subject:         Conflicts with dr dates, test or   Conclusion:        Track issue
                 dates

                                            Investigation Concl.:  NOTOBV

Location:        USA
Foil Lot:        NOLOT                       Misc Item:
Box Expiry:                                  Misc Date:
Kit Lot:         NONE                        Escalation Level:
                                            FOC:               1
                                            Product Return:    I
Evidence:                                    Occurrences:
Store
Verbatim:        SFDC Trend Code: 3168 Customer took 2 CB tests the week of 5/12/14 and got a
                 pregnant 1-2 result and a pregnant 2-3 result on the other. Customer bought another
                 box and took more tests that same week and got a pregnant 1-2 on one test and a
                 pregnant 2-3 on the other. Customer was unsatisfied with results being different.
                 Customer would like a refund and will send in UPC bar codes from the box as well as
                 the receipts or debit/credit card statement for the purchases.

Short Notes

General Notes
n the other. Customer was unsatisfied with results being different. Customer would like a refund and will
send in UPC bar codes from the box as well as the receipts or debit/credit card statement for the
purchases.

Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:                                 Forms:              Checks:
                                            Instruction         .00
                                            Label
                                            Envelope            .00
                                            Letter
                                            Check
                                            Chk Req             Total Value:
                                            Coupon              0.00

Letter   Custom? N Date:

CONFIDENTIAL                          SPD-NY 0084067

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1395 of 1452

Audit Log
22/05/14 1:33:49 AM - insert histdet - [Redacted - Personally Identifying Information]
KEY VALUE: 001642032A
NEW Received: 05/21/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
[Redacted - Personally Identifying Information]

28/05/14 1:33:50 AM - update histdet - [Redacted - Personally Identifying Information]
KEY VALUE: 001642032A
NEW Investigation: NOTOBV
NEW Conclusion: TRACK (OLD: PRECONCL)

01/07/14 2:37:22 AM - update histdet [Redacted - Personally Identifying Information]
KEY VALUE: 001642032A
NEW Response Type: NR (OLD: P)
NEW ST: CP (OLD: OC)


Owner/Dates/Times
Current Owner        [Redacted - Personally Identifying Information]
Last Changed
Polled
Added
Batched              01/07/14
Posted               01/07/14
Elapsed Time         In    out
Total Time in Contact

---

[x] Logo

# 001642355A Contact Details

**Primary** contact received by **Telephone** on **23/05/14** *Closed on Call* processed **26/05/14** *Follow Up Required? N Status:*
Primary Customer

CONFIDENTIAL                                          SPD-NY 0084068

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1396 of 1452

| | | | |
|---|---|---|---|
| | | Account No: | 001642355 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

**General**

| | | | |
|---|---|---|---|
| Report Period: | 201405 | Source: | |
| Severity | | Priority: | 0 |

**Primary Issue**

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN609/1SA | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |

Verbatim: first T yesterday evening not EMU, POS RESULT 2-3 WEEKS, RETESTED THIS MORNING, EMU, POS 1-2 WEEKS. aD; CHECKED VALIDITY, VPG, talk with doctor, conception acc 92% with Emu, hcg fluctues at the beginning of pregnancy.

Short Notes [Redacted - Personally Identifiable] 0

Response: Closed on Call   Batch: 95087   Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 26/05/14

**Attachments**

| File Name | Size | Description |
|---|---|---|
| 001642355A.wav | 573k | |

Times

CONFIDENTIAL

SPD-NY 0084069

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1397 of 1452

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| CXE | Time In Contact | 23/05/14 | 00:07:3 |

Audit Log

23/05/14 2:34:54 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001642355A
NEW Received: 23/05/14 (OLD: ?)
NEW Foil: NE609/1SA
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally

02/06/14 7:13:03 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001642355A
NEW Foil: MEN609/1SA (OLD: NE609/1SA)

Owner/Dates/Times — Redacted - Personally Identifying Information
Current Owner
Last Changed
Polled
Added
Batched          26/05/14 07:30:56 EDT
Posted           30/05/14 20:00:07 EDT
Elapsed Time     In 00:00:00    out 00:03:42
Total Time in Contact   00:00:0



# 001642542A Contact Details

**Primary** contact received by **Telephone** on **23/05/14** *Closed on Call* processed **30/05/14** *Follow Up Required? N Status:* *Complaint Complete*

Primary Customer

|  |  |
|--|--|
| Account No: | NA00622589 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

CONFIDENTIAL

SPD-NY 0084070

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1398 of 1452

JA6122

## General

| | | | |
|---|---|---|---|
| Report Period: | 201405 | Source: | |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | NOTOBV |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: FOC: | 1 I |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |

Verbatim: SFDC Trend Code: 3168 Caller reports taking a Clearblue Weeks estimator pregnancy test on 05/21/2014, reult was 2-3 weeks pregnant. Then tested again on 05/23/2014, result was 1-2 weeks pregnant. Period was due 05/20/2014. Cycles are 26-27 days apart. Com

## Short Notes

## General Notes

ponents of test unavailable.

**Response: Closed on Call   Batch: 1   Letterhead: 1**

Enclosures:

| Forms: | Checks: |
|---|---|
| Instruction | .00 |
| Label | |
| Envelope | .00 |
| Letter | |
| Check | |
| Chk Req | Total Value: |
| Coupon | 0.00 |

Letter   Custom? N Date:

## Audit Log

26/05/14 1:34:06 AM - insert histdet -
KEY VALUE: 001642542A
NEW Received: 05/23/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0084071

NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: 2+CBCONF
NEW Conclusion: PRECONCL

Redacted - Personally
Identifying Information

28/05/14 1:33:51 AM - update histdet - Redacted - Personally
Identifying Information
KEY VALUE: 001642542A
NEW Subject: CONFLCI (OLD: 2+CBCONF)

30/05/14 1:33:48 AM - update histdet - Redacted - Personally Identifying
Information
KEY VALUE: 001642542A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW Conclusion: TRACK (OLD: PRECONCL)

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying Information
Last Changed
Polled
Added
Batched                30/05/14
Posted                 30/05/14
Elapsed Time           In    out
Total Time in Contact



# 001642676A Contact Details

**Primary** contact received by **Telephone** on **26/05/14** *Closed on Call* processed **27/05/14** *Follow Up Required? N Status:*
Primary Customer

| | Account No: | 001642676 |
|---|---|---|
| | Lang Type: | NL-NL |
| | Cust Type: | Consumer |
| | Region: | |

General
Report Period:        201405              Source:

CONFIDENTIAL                                                SPD-NY 0084072

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1400 of 1452

Severity                                    Priority:                        0

Primary Issue
Product:          Clearblue Digital PT-        Product Age (m):
                  Conception Indicato
Item/UPC:                                     Pkg Code:
                                              Occurred:
Subject:          Conflicts with dr dates, test or   Conclusion:        Track issue
                  dates
                                              Investigation Concl.:

Location:         HOLLAND
Foil Lot:         NOLOT                        Misc Item:
Box Expiry:                                    Misc Date:
Kit Lot:                                       Escalation Level:      1
                                              FOC:                   N
                                              Product Return:
Evidence:                                      Occurrences:
Store
Verbatim:         t yesterday am 2-3 weeks, this am in emu as well 1-2, normal AD: chk validty, can be
                  due to hcg close to threshold, 92% acc, vpg, see dr

Short Notes


Response: Closed on Call   Batch: 95108   Letterhead: 1
Enclosures:                                   Forms:                    Checks:
                                              Instruction               .00
                                              Label
                                              Envelope                  .00
                                              Letter
                                              Check
                                              Chk Req                   Total Value:
                                              Coupon                    0.00


Letter   Custom? N Date: 27/05/14



Attachments
File Name                    Size                    Description
001642676A.wav               264k

Times
User          Description               State Date/Time           Elapsed Time
Redact        Time In Contact           26/05/14                  00:01:3

Audit Log
26/05/14 5:08:59 AM - insert histdet - Redacted - Personally
KEY VALUE: 001642676A          Identifying Information
NEW Received: 26/05/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1


CONFIDENTIAL                                                       SPD-NY 0084073


Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1401 of 1452

**JA6125**

NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally
Identifying Information

| Owner/Dates/Times | Redacted - Personally Identifying Information |
|---|---|
| Current Owner | |
| Last Changed | |
| Polled | |
| Added | |
| Batched | 27/05/14 07:30:51 EDT |
| Posted | 30/05/14 20:00:07 EDT |
| Elapsed Time | In    out 21:23:28 |
| Total Time in Contact | 00:00:0 |



# 001643300A Contact Details

**Primary** contact received by **Telephone** on **28/05/14** *Closed on Call* processed *03/06/14* Follow Up Required? *N* Status: *Complaint Complete*

Primary Customer

| | | Account No: | NA00623956 |
|---|---|---|---|
| | | Lang Type: | EN-US |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| Report Period: | 201405 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |

CONFIDENTIAL

SPD-NY 0084074

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1402 of 1452

| | | | |
|---|---|---|---|
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | l |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | SFDC Trend Code: 3168 Customer took 3 CB weeks estimator tests on unknown dates, one of them said pregnant 1-2 and the other 2 said pregnant 2-3. Customer wanted to know what 1-2 and 2-3 meant. | | |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | | Forms: | Checks: |
|---|---|---|---|
| | | Instruction | .00 |
| | | Label | |
| | | Envelope | .00 |
| | | Letter | |
| | | Check | |
| | | Chk Req | Total Value: |
| | | Coupon | 0.00 |

Letter   Custom? N Date:

Audit Log
29/05/14 1:33:44 AM - insert histdet -   Redacted - Personally Identifying Information
KEY VALUE: 001643300A
NEW Received: 05/28/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally Identifying Information
03/06/14 1:33:52 AM - update histdet -   Redacted - Personally Identifying Information
KEY VALUE: 001643300A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times

CONFIDENTIAL

SPD-NY 0084075

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1403 of 1452

Current Owner
Last Changed
Polled
Added
Batched       03/06/14
Posted        03/06/14
Elapsed Time    In   out
Total Time in Contact

| Redacted - Personally Identifying Information |
| --- |



# 001643316A Contact Details

**Primary** contact received by **Social Media** on **28/05/14** *Closed on Call* processed **30/05/14** *Follow Up Required?* **N** *Status:* **Complaint Complete**

Primary Customer

|  |  | Account No: | NA00624001 |
| --- | --- | --- | --- |
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General

| Report Period: | 201405 | Source: |  |
| --- | --- | --- | --- |
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
| --- | --- | --- | --- |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: |  |
|  |  | Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
|  |  | Investigation Concl.: | OTHER |
| Location: | USA |  |  |
| Foil Lot: | NOLOT | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: | NONE | Escalation Level: | 1 |
|  |  | FOC: | I |
|  |  | Product Return: |  |
| Evidence: |  | Occurrences: |  |
| Store |  |  |  |
| Verbatim: | SFDC Trend Code: 3168 Customer commented on Facebook on 5/24/2014, no reference number. She stated: 'I took a clear blue advanced test may 14th and it said | | |

CONFIDENTIAL

SPD-NY 0084076

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1404 of 1452

not pregnant. Then another 20th, and it showed positive and '2-3'. & another today and it says '3+'

Short Notes

General Notes
. I had sex April 25th. Does that add up??'

Response: Closed on Call  Batch: 1  Letterhead: 1
Enclosures:

| Forms: | Checks: |
|---|---|
| Instruction | .00 |
| Label | |
| Envelope | .00 |
| Letter | |
| Check | |
| Chk Req | Total Value: |
| Coupon | 0.00 |

Letter  Custom? N Date:

Audit Log

Redacted - Personally Identifying Information

29/05/14 1:33:44 AM - insert histdet
KEY VALUE: 001643316A
NEW Received: 05/28/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally     Redacted - Personally Identifying Information

30/05/14 1:33:50 AM - update histdet
KEY VALUE: 001643316A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times     Redacted - Personally Identifying Information
Current Owner
Last Changed
Polled
Added
Batched                30/05/14
Posted                 30/05/14

CONFIDENTIAL                                    SPD-NY 0084077

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1405 of 1452

Elapsed Time      In   out
Total Time in Contact



Logo

# 001643370A Contact Details

**Primary** contact received by **Telephone** on *28/05/14 Closed on Call* processed *04/06/14* Follow Up Required? *N* Status: *Complaint Complete*

Primary Customer

|  |  | Account No: | NA00624191 |
|---|---|---|---|
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General

| Report Period: | 201405 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
|  |  | Investigation Concl.: | OTHER |
| Location: | USA |  |  |
| Foil Lot: | CEN622/4 | Misc Item: |  |
| Box Expiry: | 2016-07 | Misc Date: |  |
| Kit Lot: | 4060937241 | Escalation Level: | 1 |
|  |  | FOC: | l |
|  |  | Product Return: |  |
| Evidence: |  | Occurrences: |  |
| Store |  |  |  |
| Verbatim: | SFDC Trend Code: 3168 Caller is a few days late for her period. She tested on evening of 5/27/14, getting 'Pregnant 2-3' result. She tested again on morning of 5/28/14, getting 'Pregnant 1-2'. She was questioning results. Technical information was giv | | |

Short Notes

General Notes

CONFIDENTIAL

SPD-NY 0084078

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1406 of 1452

**JA6130**

en.

Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:                                                Forms:                    Checks:
                                                           Instruction               .00
                                                           Label
                                                           Envelope                  .00
                                                           Letter
                                                           Check
                                                           Chk Req                   Total Value:
                                                           Coupon                    0.00


Letter   Custom? N Date:


Audit Log
29/05/14 1:33:45 AM - insert histdet    Redacted - Personally Identifying
KEY VALUE: 001643370A                   Information
NEW Received: 05/28/14 (OLD: ?)
NEW Foil: CEN622/4
NEW Other: NONE
NEW Mfg Date: 07/31/16 (OLD: ?)
NEW Kit: 4060937241
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: 2+CBCONF
NEW Conclusion: PRECONCL
Redacted - Personally                   Redacted - Personally
Identifying Information                  Identifying Information

03/06/14 1:33:53 AM - update histdet -
KEY VALUE: 001643370A
NEW Subject: CONFLCI (OLD: 2+C   Redacted - Personally Identifying
                                Information
04/06/14 1:33:46 AM - update histde
KEY VALUE: 001643370A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)


Owner/Dates/Times
Current Owner          Redacted - Personally Identifying
Last Changed           Information
Polled
Added
Batched                04/06/14
Posted                 04/06/14
Elapsed Time           In    out
Total Time in Contact

CONFIDENTIAL                                        SPD-NY 0084079

 Logo

# 001643412A Contact Details

**Primary** contact received by **Telephone** on **29/05/14** *Closed on Call processed 30/05/14* Follow Up Required? **N** Status:
Primary Customer

|  |  | Account No: | 001643412 |
|--|--|-------------|-----------|
|  |  | Lang Type: | EN-GB |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
| Report Period: | 201405 | Source: |  |
|----------------|--------|---------|--|
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|----------|------------------------------------------|------------------|--|
| Item/UPC: |  | Pkg Code: Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
|  |  | Investigation Concl.: |  |
| Location: | UNITED KINGDOM |  |  |
| Foil Lot: | NOLOT | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: |  | Escalation Level: | 1 |
|  |  | FOC: | N |
|  |  | Product Return: |  |
| Evidence: Store |  | Occurrences: |  |
| Verbatim: | Cn thinks she's 5 WKs PG, getting VPG 2-3, should it not be 3+. Not EMU. AD MUST USE EMU, can be diluted urine & get less WKs. If not EMU ignore WKs. Worried about MISCA. AD see DR. With EMU CI is 92% ACC, not 100%. |  |  |

Short Notes

Response: Closed on Call   Batch: 95256   Letterhead: 1
| Enclosures: | Forms: | Checks: |
|-------------|--------|---------|
|  | Instruction | .00 |

CONFIDENTIAL

SPD-NY 0084080

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1408 of 1452

|                  |       |
|------------------|-------|
| Label            |       |
| Envelope         | .00   |
| Letter           |       |
| Check            |       |
| Chk Req          | Total Value: |
| Coupon           | 0.00  |

Letter   Custom? N Date: 30/05/14

Attachments
| File Name | Size | Description |
|-----------|------|-------------|
| 001643412A.wav | 784k | |

Times
| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| Redacted | Time In Contact | 29/05/14 | 00:09:4 |

Redacted - Personally Identifying Information

Audit Log
29/05/14 3:39:18 AM - insert histdet -
KEY VALUE: 001643412A
NEW Received: 29/05/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER

Redacted - Personally
Identifying Information

Redacted - Personally Identifying
Information

Owner/Dates/Times
| Current Owner | |
| Last Changed | |
| Polled | |
| Added | |
| Batched | 30/05/14 07:30:47 EDT |
| Posted | 30/05/14 20:00:07 EDT |
| Elapsed Time | In 00:00:00   out 23:01:11 |
| Total Time in Contact | 00:00:1 |

CONFIDENTIAL

SPD-NY 0084081

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1409 of 1452

**JA6133**



# 001643587A Contact Details

**Primary** contact received by **Social Media** on **29/05/14** *Closed on Call* processed **09/06/14** *Follow Up Required?* **N** Status: **Complaint Complete**

## Primary Customer

| | | |
|---|---|---|
| Account No: | | NA00624678 |
| Lang Type: | | EN-US |
| Cust Type: | | Consumer |
| Region: | | |

## General

| | | | | |
|---|---|---|---|---|
| Report Period: | 201405 | Source: | | |
| Severity | | Priority: | | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | Misc Item: | |
| Foil Lot: | NOLOT | Misc Date: | |
| Box Expiry: | | Escalation Level: | 1 |
| Kit Lot: | NONE | FOC: | I |
| | | Product Return: | |
| Evidence: Store | | Occurrences: | |
| Verbatim: | SFDC Trend Code: 3168 Facebook comment on 5/20/2014, FB552 'The week thing does not work. I used this and it said i was 1 to 2 weeks. And i was 8 weeks. I am now 11 weeks' | | |

## Short Notes

**Response: Closed on Call   Batch: 1   Letterhead: 1**

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | | .00 |

CONFIDENTIAL

SPD-NY 0084082

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1410 of 1452

Envelope
Letter
Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date:

Audit Log
30/05/14 1:33:54 AM - insert histdet -   Redacted - Personally Identifying
KEY VALUE: 001643587A                    Information
NEW Received: 05/29/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information          Redacted - Personally Identifying
                                 Information
09/06/14 1:34:12 AM - update histdet -
KEY VALUE: 001643587A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner        Redacted - Personally Identifying
Last Changed         Information
Polled
Added
Batched              09/06/14
Posted               09/06/14
Elapsed Time         In    out
Total Time in Contact

Logo

CONFIDENTIAL

SPD-NY 0084083

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1411 of 1452

# 001644072A Contact Details

**Primary** contact received by **Social Media** on **30/05/14** *Closed on Call* processed **09/06/14** *Follow Up Required?* **N** Status: **Complaint Complete**

Primary Customer

|  |  | Account No: | NA00625214 |
|---|---|---|---|
|  |  | Lang Type: | EN-US |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General

| Report Period: | 201405 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
|  |  | Investigation Concl.: | OTHER |
| Location: | USA |  |  |
| Foil Lot: | NOLOT | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: | NONE | Escalation Level: | 1 |
|  |  | FOC: | l |
|  |  | Product Return: |  |
| Evidence: Store |  | Occurrences: |  |
| Verbatim: | SFDC Trend Code: 3168 Facebook comment on 5/12/20014, 'This didn't work at all for me it said 2-3 weeks and I was well over 5 weeks.' |  |  |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

Enclosures:

|  | Forms: | Checks: |
|---|---|---|
|  | Instruction | .00 |
|  | Label |  |
|  | Envelope | .00 |
|  | Letter |  |
|  | Check |  |
|  | Chk Req | Total Value: |
|  | Coupon | 0.00 |

Letter   Custom? N Date:

CONFIDENTIAL

SPD-NY 0084084

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1412 of 1452

Audit Log
02/06/14 11:09:05 AM - insert histdet -
KEY VALUE: 001644072A
NEW Received: 05/30/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

Redacted - Personally
Identifying Information

Redacted - Personally Identifying Information

09/06/14 1:34:13 AM - update histdet
KEY VALUE: 001644072A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying
Last Changed           Information
Polled
Added
Batched                09/06/14
Posted                 09/06/14
Elapsed Time           In    out
Total Time in Contact

Logo

# 001644077A Contact Details

**Primary** contact received by **Social Media** on **30/05/14** *Closed on Call* processed **09/06/14** *Follow Up Required? N Status: Complaint Complete*

Primary Customer

| | | |
|---|---|---|
| Account No: | NA00625226 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: | |

CONFIDENTIAL

SPD-NY 0084085

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1413 of 1452

## General

Report Period:        201405                    Source:
Severity                                        Priority:              0

## Primary Issue

Product:              Clearblue Digital PT-      Product Age (m):
                      Conception Indicato
Item/UPC:             Clearblue Digital Pregnancy    Pkg Code:
                      Test with weeks            Occurred:
Subject:              Conflicts with dr dates, test or    Conclusion:        User issue
                      dates
                                                Investigation Concl.:  OTHER

Location:             USA
Foil Lot:             NOLOT                     Misc Item:
Box Expiry:                                     Misc Date:
Kit Lot:              NONE                      Escalation Level:      1
                                                FOC:                   I
                                                Product Return:
Evidence:                                       Occurrences:
Store
Verbatim:             SFDC Trend Code: 3168 Facebook comment on 5/12/20014, 'Love the test but mine
                      was wrong, said 1-2 weeks and I was 7 weeks!'

## Short Notes

Response: Closed on Call  Batch: 1  Letterhead: 1
Enclosures:                                     Forms:                 Checks:
                                                Instruction            .00
                                                Label
                                                Envelope               .00
                                                Letter
                                                Check
                                                Chk Req                Total Value:
                                                Coupon                 0.00

Letter  Custom? N Date:

## Audit Log

02/06/14 11:09:05 AM - insert histdet - | Redacted - Personally Identifying
KEY VALUE: 001644077A                    Information
NEW Received: 05/30/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201405
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)

CONFIDENTIAL                                                SPD-NY 0084086

NEW Response Type: P
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally
Identifying Information

Redacted - Personally Identifying
Information

09/06/14 1:34:13 AM - update histdet
KEY VALUE: 001644077A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying
Last Changed           Information
Polled                 (
Added                  (
Batched                (
Posted                 09/06/14
Elapsed Time           In    out
Total Time in Contact


Logo

# 001644500A Contact Details

**Primary** contact received by **Web Form** on **04/06/14** *Online Enquiry Completed* processed *04/06/14*
*Follow Up Required?* **N** Status: **Complaint Complete**
Primary Customer

|  |  | Account No: | 001644500 |
|---|---|---|---|
|  |  | Lang Type: | DE-DE |
|  |  | Cust Type: | Consumer |
|  |  | Region: |  |

General
| Report Period: | 201406 | Source: | TV Advert |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
|---|---|---|---|
| Item/UPC: |  | Pkg Code: |  |
|  |  | Occurred: |  |

CONFIDENTIAL                                           SPD-NY 0084087

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1415 of 1452

| Subject: | Conflicts with dr dates, test or dates | Conclusion: | An investigation is required |
| | | Investigation Concl.: | |
| Location: | GERMANY | Misc Item: | |
| Foil Lot: | NOLOT | Misc Date: | |
| Box Expiry: | | Escalation Level: | 1 |
| Kit Lot: | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | had 1 pg3+ and 1 pg2-3 result later. ad: consult gp | | |

Short Notes

General Notes

[04/06/2014 06:05:02 Email Import] Ich habe Sonntag mit ihrem Test positiv getestet und hatte einen Wert von 3+ heute, 3 Tage spÃ¤ter steht dort nur noch 2-3... Beide Male war es Morgensurin auch wenn ich beim zweiten Mal heute etwas frÃ¼her aufgestanden bin... Muss ich mir jetzt Gedanken machen das der Wert gesunken ist, denn durch die natÃ¼rliche Steigerung des Wertes mÃ¼sste er doch trotzdem 3+ anzeigen... Ich habe solche Angst... Denken sie ich soll zum Arzt?! Denn der konnte mir erst fÃ¼r den 16.06 einen Termin geben...

Response: Online Enquiry Completed   Batch: 95376   Letterhead: 14

| Enclosures: | | Forms: | | Checks: |
| | | Instruction | | .00 |
| | | Label | | |
| | | Envelope | | .00 |
| | | Letter | 1 | |
| | | Check | | |
| | | Chk Req | | Total Value: |
| | | Coupon | | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 04/06/14

Sehr geehrte Frau Redacted - Personally Identifying Information

Wir danken Ihnen fÃ¼r Ihre Online-Anfrage bezÃ¼glich Clearblue.

Wir hoffen, dass Sie die folgenden Informationen nÃ¼tzlich finden. Unsere Antwort basiert sich auf die von Ihnen gegebenen Informationen:

Die Wochenbestimmung ist 92% zuverlÃ¤ssig, wenn der Test mit dem ersten Morgenurin durchgefÃ¼hrt wurde. Da Sie ein â€žschwangerâ€œ Ergebnis erhalten haben empfehlen wir, dass Sie sich einen Arzt Termin machen.

Wenn Sie weitere Informationen erwÃ¼nschen ist der Clearblue Beratungsservice fÃ¼r Ihre Fragen und einem vertraulichen GesprÃ¤ch zwischen 8.00 Uhr bis 16.00 Uhr Mo-Fr erreichbar, auÃŸer an Feiertagen.
<

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0084088

Anrufe sind kostenlos und werden fÃ¼r Trainingszwecke und zur QualitÃ¤tskontrolle aufgezeichnet.<

Sollten Sie uns erneut kontaktieren geben Sie bitte die Referenznummer Ihrer Anfrage an: 001644500A

Mit freundlichen GrÃ¼ÃŸen

Clearblue Beratungsservice

W_CBP_GER/cl
001644500A

_____

Unsere Antwort basiert sich auf die von Ihnen gegebenen Informationen. Diese Antwort stellt keine medizinische Aussage dar und Sie sollten sofort Ihren Arzt aufsuchen, falls Sie sich irgendwelche Sorgen machen.

## Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| VAP | Time In Contact | 04/06/14 | 00:19:2 |

## Audit Log

04/06/14 1:05:02 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001644500A
NEW Received: 06/04/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_GER

04/06/14 2:24:22 AM - update histdet Redacted - Personally Identifying Information
KEY VALUE: 001644500A
NEW User Id: VAP (OLD: W_CBP_GER)

04/06/14 2:43:47 AM - update histdet Redacted - Personally Identifying Information
KEY VALUE: 001644500A

CONFIDENTIAL

SPD-NY 0084089

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1417 of 1452

NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: INVESTIG (OLD: ASSIGN)

Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner          Redacted - Personally        Redacted -
Last Changed           04/06/14 07:43:47 EDT by     Personally
Polled                 04/06/14  06:05:02 EDT.       Identifying
Added                  04/06/14  06:05:02 by         Informatio
Batched                04/06/14 07:44:04 EDT         n
Posted                 06/06/14 20:00:03 EDT
Elapsed Time           In 05:00:00   out 20:39:02
Total Time in Contact  00:00:1

Logo

# 001645313A Contact Details

**Primary** contact received by **Telephone** on 06/06/14 *Closed on Call* processed 09/06/14 *Follow Up Required? N Status:*
Primary Customer

| | | |
|---|---|---|
| | Account No: | 001645313 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201406 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue
| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | | Conclusion: | Track issue |

CONFIDENTIAL                                                    SPD-NY 0084090

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1418 of 1452

Conflicts with dr dates, test or dates

| | | |
|---|---|---|
| | | Investigation Concl.: |
| Location: | UNITED KINGDOM | |
| Foil Lot: | FORGOT | Misc Item: |
| Box Expiry: | | Misc Date: |
| Kit Lot: | | Escalation Level: 1 |
| | | FOC: N |
| | | Product Return: |
| Evidence: | | Occurrences: |
| Store | | |

Verbatim:    P 1 WK late 5 JUN, took T 3 JUN with EMU, VPG 2-3. 2-3 from what? AD 2-3 WKs from when got PG. CI 92%ACC. PG result, see DR. MED to help O. AD check leaflet to see if impacts.

Short Notes

Response: Closed on Call   Batch: 95483   Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 09/06/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001645313A.wav | 462k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| HZK | Time In Contact | 06/06/14 | 00:06:4 |

Audit Log
06/06/14 4:00:51 AM - insert histdet -
KEY VALUE: 001645313A
NEW Received: 06/06/14 (OLD: ?)
NEW Foil: FORGOT
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

Redacted - Personally Identifying Information

CONFIDENTIAL

SPD-NY 0084091

Redacted - Personally
Identifying Information

**Owner/Dates/Times**
Current Owner | Redacted - Personally Identifying Information
Last Changed | 09/06/14 08:58:17 EDT by
Polled | 06/06/14  08:54:00 EDT. | Redacted - Personally Identifying Information
Added | 06/06/14  08:54:00 EDT by
Batched | 09/06/14 07:30:58 EDT
Posted | 13/06/14 20:00:10 EDT
Elapsed Time | In 00:00:00   out 22:36:58
Total Time in Contact | 00:00:0

Logo

# 001645472A Contact Details

**Primary**contact received by **Web Form**on **08/06/14** *Online Enquiry Completed* processed *09/06/14*
*Follow Up Required? N Status:***Complaint Complete**
Primary Customer

| | |
|---|---|
| Account No: | 001645471 |
| Lang Type: | EN-GB |
| Cust Type: | Consumer |
| Region: | |

**General**

| | | | |
|---|---|---|---|
| Report Period: | 201406 | Source: | TV Advert |
| Severity | | Priority: | 0 |

**Primary Issue**

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |

CONFIDENTIAL

SPD-NY 0084092

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1420 of 1452

**JA6144**

Evidence:                                          Occurrences:
Store
Verbatim:          Tracking pregnancy with CB9. Fridat 3+, Sunday 2-3. AD 92% if EMU, not to track
                   pregnancy, if further questions contact DR.

Short Notes

General Notes
[08/06/2014 10:05:00 Email Import] I have been purchasing this product to follow my rise in hcg, I took a
test friday wich said 3+ it is now sunday and I took another that stated 2-3?? Does this mean something
could be wrong or is the test faulty?


Response: Online Enquiry Completed   Batch: 95502   Letterhead: 13
Enclosures:                                        Forms:              Checks:
                                                   Instruction         .00
                                                   Label
                                                   Envelope            .00
                                                   Letter        1
                                                   Check
                                                   Chk Req             Total Value:
                                                   Coupon              0.00

Letter  Online Enquiry - Response from advisor Custom? Y Date: 09/06/14
Dear miss Redacted -
          Personally
Thank you for your Clearblue online enquiry: 001645472A

We hope that you find the following useful. One of our Advisors has based their response upon the
information that you have provided:

We were sorry to hear about your recent experience.

The Conception Indicator part of the test is 92% accurate at detecting when you conceived if you are using
the early morning urine. This estimate is based on the level of hCG in your urine. As the level of hCG varies
from woman to woman it is possible that the Conception Indicator may occasionally give misleading results.

Please be advised that the Clearblue Pregnancy Test with Conception Indicator can not be used to monitor
the progression of pregnancy. If you have any further questions or concerns regarding your pregnancy
please discuss this further with your doctor or midwife.

*****************************************************************************

If you would like any further information the Clearblue team is available to answer your questions and give
you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.
Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.          Redacted - Personally
                                                                        Identifying Information
If you contact us again please be ready to quote your enquiry reference number:

Clearblue Team                                                          Information


CONFIDENTIAL                                                            SPD-NY 0084093

W_CBP_UK/cl
001645472A

---

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| JXV | Time In Contact | 09/06/14 | 00:03:2 |

Audit Log

08/06/14 5:05:00 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001645472A
NEW Received: 06/08/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_UK

09/06/14 2:59:31 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001645472A
NEW User Id: JXV (OLD: W_CBP_UK)

09/06/14 3:02:57 AM - update histdet Redacted - Personally Identifying Information
KEY VALUE: 001645472A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

Redacted - Personally Identifying Information

Owner/Dates/Times

| | |
|--|--|
| Current Owner | Redacted - Personally Identifying Information |
| Last Changed | |
| Polled | 08/06/14 10:05:00 EDT. |
| Added | 08/06/14 10:05:00 by |
| Batched | 09/06/14 08:03:16 EDT |
| Posted | 13/06/14 20:00:10 EDT |

CONFIDENTIAL

SPD-NY 0084094

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1422 of 1452

Elapsed Time          In 05:00:00    out 16:58:16
Total Time in Contact  00:00:0

---



# 001645964A Contact Details

**Primary** contact received by **Telephone** on **10/06/14** *Closed on Call* processed **11/06/14** Follow Up *Required?* **N** *Status:*

Primary Customer

| | | |
|---|---|---|
| Account No: | | 001645964 |
| Lang Type: | | EN-GB |
| Cust Type: | | Consumer |
| Region: | | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201406 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN636/1SA | Misc Item: | |
| Box Expiry: | 2016-11 | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | cn does not want to leave name,on Friday period due POS RESULT 2-3,EMU, collected urine 15 sec, today pos result 1-2. Ad; conception indicator only 92% ACC with Emu, Hcg goes up and down, better to talk with doctor, VPG, SAMPLE, sensitivity of T, 20 sec | | |

Short Notes

---

CONFIDENTIAL

SPD-NY 0084095

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1423 of 1452

**JA6147**

Response: Closed on Call   Batch: 95591   Letterhead: 1
Enclosures:                                    Forms:              Checks:
                                               Instruction         .00
                                               Label
                                               Envelope            .00
                                               Letter
                                               Check
                                               Chk Req             Total Value:
                                               Coupon              0.00

Letter   Custom? N Date: 11/06/14

Attachments
File Name              Size              Description
1645964.wav            562k

Times
User    Description                 State Date/Time              Elapsed Time
CXE     Time In Contact             10/06/14                     00:09:2

Audit Log
10/06/14 5:02:28 AM - insert histdet -  Redacted - Personally
KEY VALUE: 001645964A                   Identifying Information
NEW Received: 10/06/14 (OLD: ?)
NEW Foil: MEN636/1SA
NEW Mfg Date: 30/11/16 (OLD: ?)
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally
Identifying Information

Owner/Dates/Times       Redacted - Personally
Current Owner           Identifying Information
Last Changed            11/06/14 07:48:18 EDT by     Redacted -
Polled                  10/06/14  09:53:04 EDT.       Personally
Added                   10/06/14  09:53:04 EDT by    Identifying
Batched                 11/06/14 07:31:10 EDT        Information
Posted                  13/06/14 20:00:10 EDT
Elapsed Time            In 00:00:00    out 21:38:06
Total Time in Contact   00:00:0

Survey Response CONFLIC2 Conflicting Results Survey
1)Not enough info to complete Survey
If not enough information to complete the
Survey because the customer sent a webenquiry or because the customer

CONFIDENTIAL                                                    SPD-NY 0084096

didn't answer all questions

Select No in Q2

2) Have you got enough information
to complete the Survey?

No

3) Recent Pregnancy (MC/termination/
full term)

No X
Yes If yes, specify date

4) If Yes, specify date

5) Were you taking any medication
at the time of taking the
Pregnancy Test (s)?

No If No, skip to Q6 X
Yes If Yes, please specify

6) If Yes, please specify

7) If yes, did you check the
leaflet of the medication before
taking the Pregnancy test?

No
Yes

8) When was your period due? 06/06/2014
Enter date

9) If any test was a digital
PT, was there anything unusual
on the display?

No X
Yes please specify

10) If Yes, specify

11) Was any medical treatment
delayed or postponed as a
result of a Clearblue
Pregnancy Test result?

No X
Yes Please specify

12) If Yes, specify

13) Total number of tests 2

CONFIDENTIAL

SPD-NY 0084097

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1425 of 1452

JA6149

(including scans/blood tests)

14) Date of Test no. 1 06/06/2014
(or time relative to period)

15) Type of test

Dr urine test
Ultrasound
Blood test
CBP06
CBDP09 X
CBP11
Other Please specify

16) If Other, please specify

17) Results of tests

PG
Not PG
PG 1-2
PG 2-3 X
PG 3+4

18) If Blood Test specify level &
units

19) If line test - were the
lines there within 10 minutes?

No
Yes

20) Were the lines
like the leaflet?

Yes
No If No, specify

21) If No, specify

22) If urine test, what type of
urine did you use?

First Morning Urine X
Concentrated
Dilute

23) Any other comments re Test 1

24) Date of Test no. 2 10/06/2014

25) Type of test

CONFIDENTIAL

SPD-NY 0084098

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1426 of 1452

Dr urine test
Ultrasound
Blood test
CBP06
CBDP09 X
CBP11
Other Please specify

26) If Other, please specify

27) Results of tests

PG
Not PG
PG 1-2 X
PG 2-3
PG 3+4

28) If Blood test specify level &
units

29) If line test - were the
lines there within 10 minutes?

Yes
No

30) Were the lines
like the leaflet?

Yes
No If No, specify

31) If No, specify

32) What type of urine did you use?

First Morning Urine X
Concentrated
Dilute

33) Any other comments re Test 2
(including Lot no if different
from original)

34) Date of Test no. 3

35) Type of test

Dr urine test
Ultrasound
Blood test
CBP06
CBDP09
CBP11
Other Please specify

CONFIDENTIAL

SPD-NY 0084099

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1427 of 1452

36) If Other Please specify

37) Result of tests

PG
Not PG
PG 1-2
PG 2-3
PG 3+4

38) If Blood test enter level & units

39) If line test - were the
lines there within 10 minutes?

Yes
No

40) Were the lines like the leaflet ?

Yes
No If No, specify

41) If No, specify

42) What type of urine did you use?

First Morning Urine
Not FMU but Concentrated
Dilute

43) Any other comments re. Test 3
(including Lot no if different
from original)

44) Date of Test no. 4

45) Type of test

Dr urine test
Ultrasound
Blood test
CBP06
CBDP09
CBP11
Other Please specify

46) If Other, please specify

47) Result of tests

PG
Not PG
PG 1-2
PG 2-3

CONFIDENTIAL

SPD-NY 0084100

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1428 of 1452

PG 3+4

48) If Blood Test specify level &
units

49) If line test - were the
lines there within 10 minutes?

Yes
No

50) Were the lines
like the leaflet?

Yes
No If no, specify

51) If No, specify

52) What type of urine did you use?

First Morning Urine
Concentrated
Dilute

53) Any other comments re Test 4
(including Lot no if different
from original)

54) Date of Test no. 5

55) Type of test

Dr urine test
Ultrasound
Blood test
CBP06
CBDP09
CBP11
Other Please specify

56) If Other Please specify

57) Results of tests

PG
Not PG
PG 1-2
PG 2-3
PG 3+4

58) If Blood Test specify level&
units

59) If line test - were the
lines there within 10 minutes?

CONFIDENTIAL

SPD-NY 0084101

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1429 of 1452

Yes
No

60) Were the lines
like the leaflet?

Yes
No If No, specify

61) If No, specify

62) What type of urine did you use?

First Morning Urine
Not FMU but Concentrated
Dilute

63) Any other comments re Test 5
(including Lot no if different
from original)

64) Date of Test no.6

65) Type of test

Dr urine test
Ultrasound
Blood test
CBP06
CBDP09
CBP11
Other Please specify

66) If Other Please specify

67) Results of tests

PG
Not PG
PG 1-2
PG 2-3
PG 3+4

68) If blood test enter Level units

69) If line test - were the
lines there within 10 minutes?

Yes
No

70) Were the lines
like the leaflet?

Yes

CONFIDENTIAL

SPD-NY 0084102

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1430 of 1452

No If No, Specify

71) If No, specify

72) What type of urine did you use?

First Morning Urine
Concentrated
Dilute

73) Any other comments re Test 6
(including Lot no if different
from original)

74) Box/Foil

75) Holder Expiry

---



# 001645979A Contact Details

**Primary** contact received by **Telephone** on **10/06/14** *Closed on Call processed **11/06/14** Follow Up Required? **N** Status:*
Primary Customer

| | | Account No: | 001645979 |
|---|---|---|---|
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| Report Period: | 201406 | Source: | |
|---|---|---|---|
| Severity | | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
|---|---|---|---|
| Item/UPC: | | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |

CONFIDENTIAL

SPD-NY 0084103

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1431 of 1452

| | |
|---|---|
| Location: | UNITED KINGDOM |
| Foil Lot: | NOLOT |
| Box Expiry: | |
| Kit Lot: | |

| | |
|---|---|
| Misc Item: | |
| Misc Date: | |
| Escalation Level: | 1 |
| FOC: | N |
| Product Return: | |
| Occurrences: | |

Evidence:
Store

Verbatim: P due 7 JUN, T1 6 JUN from EMU, VPG 2-3. T2 today from EMU, PG 1-2 WKS. AD not 100%, 92%ACC from EMU. PG results, see DR. If MISCA how long would get PG results? AD up to 9 WKS. See DR.

Short Notes

Response: Closed on Call   Batch: 95591   Letterhead: 1

Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 11/06/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001645979A.wav | 454k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| HZK | Time In Contact | 10/06/14 | 00:05:4 |

Audit Log

10/06/14 5:39:12 AM - insert histdet - | Redacted - Personally Identifying Information |
KEY VALUE: 001645979A
NEW Received: 10/06/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK

| Redacted - Personally Identifying Information |

Owner/Dates/Times

CONFIDENTIAL

SPD-NY 0084104

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1432 of 1452

| | | |
|---|---|---|
| Current Owner | Redacted - Personally Identifying Information | |
| Last Changed | 11/06/14 07:50:32 EDT by | Redacted - |
| Polled | 10/06/14  10:33:28 EDT. | Personally |
| Added | 10/06/14  10:33:28 EDT by | Identifying |
| Batched | 11/06/14 07:31:10 EDT | Information |
| Posted | 13/06/14 20:00:10 EDT | |
| Elapsed Time | In 00:00:00    out 20:57:42 | |
| Total Time in Contact | 00:00:0 | |

☒ Logo

# 001646043A Contact Details

**Primary** contact received by **Telephone** on **10/06/14** *Closed on Call* processed **11/06/14** *Follow Up Required?* **N** *Status:*

Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | 001646043 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201406 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | | | |

CONFIDENTIAL

SPD-NY 0084105

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1433 of 1452

Emu, did T POS 1-2, 7 days later 2-3 EMU, 1 week after again 2-3. Ad; checked validity, 3 VPG, better to talk with doctor, HCG goes up and down, sample, do not retest, any doubt talk with doctor Redacted - Personally Identifying Information

Short Notes

Response: Closed on Call   Batch: 95591   Letterhead: 1
Enclosures:

| | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 11/06/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001646043A.wav | 586k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| CXE | Time In Contact | 10/06/14 | 00:07:2 |

Audit Log
10/06/14 8:48:46 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001646043A
NEW Received: 10/06/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally Identifying Information

Owner/Dates/Times

| | Redacted - Personally Identifying Information | Redacted - Personally Identifying Information |
|---|---|---|
| Current Owner | | |
| Last Changed | 11/06/14 07:49:24 EDT by | |
| Polled | 10/06/14  13:41:21 EDT. | |
| Added | 10/06/14  13:41:21 EDT by | |
| Batched | 11/06/14 07:31:10 EDT | |
| Posted | 13/06/14 20:00:10 EDT | |
| Elapsed Time | In 00:00:00   out 17:49:49 | |
| Total Time in Contact | 00:00:0 | |

CONFIDENTIAL

SPD-NY 0084106

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1434 of 1452

Logo

# 001646313A Contact Details

**Primary** contact received by **Telephone** on 11/06/14 *Closed on Call* processed *12/06/14 Follow Up Required? N Status:*

Primary Customer

|  |  |  |
|---|---|---|
|  | Account No: | 001646313 |
|  | Lang Type: | FR-FR |
|  | Cust Type: | Consumer |
|  | Region: |  |

General

| Report Period: | 201406 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: |  | Pkg Code: Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | An investigation is required |
|  |  | Investigation Concl.: |  |
| Location: | FRANCE |  |  |
| Foil Lot: | CFR608/1SB | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: |  | Escalation Level: | 1 |
|  |  | FOC: | N |
|  |  | Product Return: |  |
| Evidence: Store |  | Occurrences: |  |
| Verbatim: | 2ts 1 week apart both vpg2-3, not useing emu. ad: expl acc, consult gp | | |

Short Notes

Response: Closed on Call   Batch: 95638   Letterhead: 1

| Enclosures: | <u>Forms:</u> | <u>Checks:</u> |
|---|---|---|
|  | Instruction | .00 |
|  | Label |  |
|  |  | .00 |

CONFIDENTIAL

SPD-NY 0084107

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1435 of 1452

Envelope
Letter
Check
Chk Req          Total Value:
Coupon           0.00

Letter   Custom? N Date: 12/06/14

Attachments
File Name          Size          Description
001646313A.wav     313k

Times
User   Description        State Date/Time        Elapsed Time
VAP    Time In Contact    11/06/14               00:01:0

Audit Log
11/06/14 5:28:11 AM - insert histdet -   Redacted - Personally
KEY VALUE: 001646313A                     Identifying Information
NEW Received: 11/06/14 (OLD: ?)
NEW Foil: CFR608/1SB
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: INVESTIG
Redacted - Personally
Identifying Information

Owner/Dates/Times
Current Owner          Redacted - Personally
Last Changed           12/06/14 09:42:08 EDT by   Redacted -
Polled                 11/06/14  10:27:02 EDT.      Personally
Added                  11/06/14  10:27:02 EDT by   Identifying
Batched                12/06/14 07:31:02 EDT        Information
Posted                 13/06/14 20:00:10 EDT
Elapsed Time           In 00:00:00   out 21:04:00
Total Time in Contact  00:00:0

Logo

CONFIDENTIAL                                    SPD-NY 0084108

# 001646973A Contact Details

**Primary** contact received by **Telephone** on **13/06/14** *Closed on Call processed 16/06/14 Follow Up Required? N Status:*

Primary Customer

|  |  |
|---|---|
| Account No: | 001646973 |
| Lang Type: | EN-GB |
| Cust Type: | Consumer |
| Region: | |

General

| | | | |
|---|---|---|---|
| Report Period: | 201406 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN635/2SA | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | P due 28-30 May. VPG 2-3 5 JUN, P due 28-30 May. T2 today, NON EMU with both Ts. AD PG results, see DR. Need EMU, can get less WKs with non EMU. | | |

Short Notes

Response: Closed on Call   Batch: 95730   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 16/06/14

CONFIDENTIAL

SPD-NY 0084109

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1437 of 1452

Attachments

| File Name | Size | Description |
|---|---|---|
| 001646973A.wav | 373k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| HZK | Time In Contact | 13/06/14 | 00:05:2 |

Audit Log

13/06/14 6:01:25 AM - insert histdet    Redacted - Personally Identifying
KEY VALUE: 001646973A                    Information
NEW Received: 13/06/14 (OLD: ?)
NEW Foil: MEN635/2SA
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: USER
Redacted - Personally
Redacted - Personally
Identifying Information

dacted - Personally

| | | |
|---|---|---|
| Current Owner | | Redacted - |
| Last Changed | 16/06/14 09:26:28 EDT by | Personally |
| Polled | 13/06/14  10:55:58 EDT. | Identifying |
| Added | 13/06/14  10:55:58 EDT by | Information |
| Batched | 16/06/14 07:30:49 EDT | |
| Posted | 20/06/14 21:00:00 GMT | |
| Elapsed Time | In 00:00:00    out 20:34:51 | |
| Total Time in Contact | 00:00:0 | |

[X] Logo

# 001647053A Contact Details

**Primary** contact received by **Web Form** on **14/06/14** *Online Enquiry Completed* processed *16/06/14*
*Follow Up Required? N Status:* **Complaint Complete**
Primary Customer

| | | |
|---|---|---|
| | Account No: | 001647053 |
| | Lang Type: | EN-GB |
| | Cust Type: | Consumer |
| | Region: | |

CONFIDENTIAL

SPD-NY 0084110

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1438 of 1452

## General

| | | | |
|---|---|---|---|
| Report Period: | 201406 | Source: | TV Advert |
| Severity | | Priority: | 0 |

## Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | MEN635/6SA | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | CN should be nearly 6 weeks pregnant but is still getting 2-3 weeks on test. Had two miscarriages. AD test cannot be used to track pregnancy. Only 92% accurate, if any concerns contact DR. | | |

## Short Notes

## General Notes

[14/06/2014 10:35:00 Email Import] Going on my lmp I should be nearly 6 weeks pregnant. I'm still only getting 2-3 weeks on the conception indicator. I've had two previous miscarriages so I'm a bit of a worrier. How often does this happen with these tests? I used the clearblue ovulation tests so I know when I ovulated and I'm definetly more than 5 weeks along!

Response: Online Enquiry Completed    Batch: 95715    Letterhead: 13

| Enclosures: | | Forms: | | Checks: |
|---|---|---|---|---|
| | | Instruction | | .00 |
| | | Label | | |
| | | Envelope | | .00 |
| | | Letter | 1 | |
| | | Check | | |
| | | Chk Req | | Total Value: |
| | | Coupon | | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 16/06/14

Dear Mrs Redacted - Personally Identifying Information

Thank you for your Clearblue online enquiry: 001647053A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

CONFIDENTIAL

SPD-NY 0084111

The Conception Indicator part of the test is 92% accurate at detecting when you conceived if you are using the early morning urine. This estimate is based on the level of hCG in your urine. As the level of hCG varies from woman to woman it is possible that the Conception Indicator may occasionally give misleading results.

Please be advised that the Clearblue Pregnancy Test with Conception Indicator can not be used to monitor the progression of pregnancy. If you have any further questions or concerns regarding your pregnancy please discuss this further with your doctor or midwife.

*******************************************************************************

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001647053A

Clearblue Team


W_CBP_UK/cl
001647053A

---

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.


Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| JXV | Time In Contact | 16/06/14 | 00:03:3 |

Audit Log
14/06/14 5:35:00 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001647053A
NEW Received: 06/14/14 (OLD: ?)
NEW Foil: MEN635/6SA
NEW Esc Level: 0
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN
NEW User Id: W_CBP_UK

Redacted - Personally Identifying Information

16/06/14 2:07:19 AM - update histdet
KEY VALUE: 001647053A

Redacted - Personally Identifying Information


CONFIDENTIAL

SPD-NY 0084112

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1440 of 1452

16/06/14 2:10:53 AM - update histdet Redacted - Personally Identifying Information
KEY VALUE: 001647053A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)
Redacted - Personally Identifying Information

sonally Identifying

**Owner/Dates/Times**

| | |
|---|---|
| Current Owner | Redacted - Personally Identifying Information |
| Last Changed | |
| Polled | 14/06/14  10:35:00 EDT. |
| Added | 14/06/14  10:35:00 by |
| Batched | 16/06/14 07:11:13 EDT |
| Posted | 20/06/14 21:00:00 GMT |
| Elapsed Time | In 05:00:00    out 15:36:13 |
| Total Time in Contact | 00:00:0 |

x  Logo

# **001647975A Contact Details**

**Primary** contact received by **Web Form** on **18/06/14** *Online Enquiry Completed* processed *18/06/14* *Follow Up Required?* **N** Status: **Complaint Complete**
Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | 001647975 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201406 | Source: | TV Advert |
| Severity | | Priority: | 0 |

Primary Issue
| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | 1 |
| Item/UPC: | | | |

CONFIDENTIAL

SPD-NY 0084113

|  |  | Pkg Code:<br>Occurred: |  |
|---|---|---|---|
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
|  |  | Investigation Concl.: |  |
| Location: | UNITED KINGDOM |  |  |
| Foil Lot: | NOLOT | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: |  | Escalation Level: | 1 |
|  |  | FOC: |  |
|  |  | Product Return: | N |
| Evidence: |  | Occurrences: |  |
| Store |  |  |  |
| Verbatim: | Been 2-3 weeks for last 3 weeks, concerned pregnancy is not progressing as is 7 weeks pregnant. AD cannot be used to monitor pregnancy. Contact DR if concerned. |  |  |

Short Notes

General Notes
[18/06/2014 08:35:00 Email Import] The digital test has told me I am 2-3 weeks pregnant for the last three weeks so I am concerned about why it is not going up to 3+. I am 7 weeks pregnant so it should be higher. Is this something to be worried about - could it be a sign that the pregnancy is not progressing?

Response: Online Enquiry Completed   Batch: 95847   Letterhead: 13

| Enclosures: |  | Forms: |  | Checks: |
|---|---|---|---|---|
|  |  | Instruction | | .00 |
|  |  | Label | | |
|  |  | Envelope | | .00 |
|  |  | Letter | 1 | |
|  |  | Check | | |
|  |  | Chk Req | | Total Value: |
|  |  | Coupon | | 0.00 |

Letter  Online Enquiry - Response from advisor Custom? Y Date: 18/06/14

Dear Mrs ⟨Redacted - Personally Identifying⟩

Thank you for your Clearblue online enquiry: 001647975A

We hope that you find the following useful. One of our Advisors has based their response upon the information that you have provided:

The Conception Indicator part of the test is 92% accurate at detecting when you conceived provided that you have used the early morning urine. This estimate is based on the level of hCG in your urine. As the level of hCG varies from woman to woman it is possible that the Conception Indicator may occasionally give misleading results. The Conception Indicator may also give misleading results if you are more than 6 weeks pregnant as the levels of hCG may be to high for the Indicator to provide an accurate estimate.

Please be advised that the Clearblue Pregnancy Test with Conception Indicator can not be used to monitor the progression of pregnancy. If you have any further questions or concerns regarding your pregnancy please discuss this further with your doctor or midwife.

*************************************************************************

CONFIDENTIAL

SPD-NY 0084114

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1442 of 1452

If you would like any further information the Clearblue team is available to answer your questions and give you confidential advice by telephone between 7am - 3pm Mon-Fri, excluding Bank Holidays.

Redacted - Personally Identifying Information

Calls are free and recorded for training and quality purposes.

If you contact us again please be ready to quote your enquiry reference number: 001647975A

Clearblue Team

W_CBP_UK/cl
001647975A

This response is based on the information that you have provided to us and is for your information only. It does not constitute medical advice and you should see your doctor immediately if you are at all concerned.

Times

| User | Description | State Date/Time | Elapsed Time |
|------|-------------|-----------------|--------------|
| JXV | Time In Contact | 18/06/14 | 00:04:3 |

Audit Log

18/06/14 3:35:00 AM - insert histdet - webspeed (webspeed)
KEY VALUE: 001647975A
NEW Received: 06/18/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 0
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: WP
NEW Subject: WEBENQ
NEW Conclusion: ASSIGN

Redacted - Personally Identifying

18/06/14 5:01:48 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001647975A

Redacted - Personally Identifying Information

18/06/14 5:06:27 AM - update histdet - Redacted - Personally Identifying Information
KEY VALUE: 001647975A
NEW Esc Level: 1 (OLD: 0)
NEW Days: 1 (OLD: 0)
NEW Response Type: WC (OLD: WP)
NEW Subject: CONFLCI (OLD: WEBENQ)
NEW Conclusion: TRACK (OLD: ASSIGN)

18/06/14 5:06:27 AM - update histresp Redacted - Personally Identifying Information
KEY VALUE: 001647975A

Identifying Information

CONFIDENTIAL

SPD-NY 0084115

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1443 of 1452

Redacted – Personally Identifying Information

Owner/Dates/Times
Current Owner          Redacted – Personally Identifying
Last Changed           Information
Polled                 18/06/14  08:35:00 EDT.
Added                  18/06/14  08:35:00 by
Batched                18/06/14 10:07:12 EDT
Posted                 20/06/14 21:00:00 GMT
Elapsed Time           In 05:00:00   out 20:32:12
Total Time in Contact  00:00:0



# 001649360A Contact Details

**Primary** contact received by **Telephone** on **23/06/14** *Closed on Call* processed *02/07/14* Follow Up
Required? **N** Status: **Complaint Complete**
Primary Customer

|  |  |
|---|---|
| Account No: | NA00636043 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: |  |

General
| Report Period: | 201406 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
|  |  | Investigation Concl.: | OTHER |
| Location: | USA |  |  |
| Foil Lot: | NOLOT | Misc Item: |  |
| Box Expiry: |  | Misc Date: |  |
| Kit Lot: | NONE | Escalation Level: | 1 |
|  |  | FOC: | I |
|  |  | Product Return: |  |

CONFIDENTIAL

SPD-NY 0084116

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1444 of 1452

**JA6168**

Evidence:                                          Occurrences:
Store
Verbatim:            SFDC Trend Code: 3168 Customer got a pregnant result of 2-3 weeks. She tested a
                     week later and it still said 2-3 weeks. She expected to see 3+.

Short Notes


Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:                                        Forms:              Checks:
                                                   Instruction         .00
                                                   Label
                                                   Envelope            .00
                                                   Letter
                                                   Check
                                                   Chk Req             Total Value:
                                                   Coupon              0.00


Letter   Custom? N Date:


Audit Log
25/06/14 2:38:17 AM - insert histdet -   Redacted - Personally Identifying Information
KEY VALUE: 001649360A
NEW Received: 06/23/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW ST: QC
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted - Personally

02/07/14 2:38:03 AM - update histdet - North American Upload user (NAA)
KEY VALUE: 001649360A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW ST: CP (OLD: QC)
NEW Conclusion: USER (OLD: PRECONCL)


Owner/Dates/Times        Redacted - Personally Identifying
Current Owner            Information
Last Changed
Polled
Added
Batched                  02/07/14


CONFIDENTIAL                                        SPD-NY 0084117


Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1445 of 1452

Posted            02/07/14
Elapsed Time      In   out
Total Time in Contact


Logo

# 001649902A Contact Details

**Primary** contact received by **Telephone** on **27/06/14** *Closed on Call* processed *30/06/14* *Follow Up Required? N Status:*
Primary Customer

| | | | |
|---|---|---|---|
| | | Account No: | 001649902 |
| | | Lang Type: | EN-GB |
| | | Cust Type: | Consumer |
| | | Region: | |

General
| | | | |
|---|---|---|---|
| Report Period: | 201406 | Source: | |
| Severity | | Priority: | 0 |

Primary Issue
| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | | Pkg Code: | |
| | | Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
| | | Investigation Concl.: | |
| Location: | UNITED KINGDOM | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | | Escalation Level: | 1 |
| | | FOC: | N |
| | | Product Return: | |
| Evidence: | | Occurrences: | |
| Store | | | |
| Verbatim: | took t on sat 2-3 weeks, took t today 2-3 week, had sex about 3 1/2 weeks ago, should it be 3+? AD: explained 92% acc, see dr but no need to be concerned, | | |

Short Notes

Response: Closed on Call   Batch: 96137   Letterhead: 1

CONFIDENTIAL                              SPD-NY 0084118

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1446 of 1452

| Enclosures: | Forms: | Checks: |
|---|---|---|
| | Instruction | .00 |
| | Label | |
| | Envelope | .00 |
| | Letter | |
| | Check | |
| | Chk Req | Total Value: |
| | Coupon | 0.00 |

Letter   Custom? N Date: 30/06/14

Attachments

| File Name | Size | Description |
|---|---|---|
| 001649902A.wav | 456k | |

Times

| User | Description | State Date/Time | Elapsed Time |
|---|---|---|---|
| Redacted - Personally | Time In Contact | 27/06/14 | 00:01:3 |

Audit Log
27/06/14 2:13:38 AM - insert histdet - Redacted - Personally Identifying Information
KEY VALUE: 001649902A
NEW Received: 27/06/14 (OLD: ?)
NEW Foil: NOLOT
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: NR
NEW Subject: CONFLCI
NEW Conclusion: TRACK
Redacted - Personally Identifying Information

Owner/Dates/Times
Current Owner        Redacted - Personally Identifying Information
Last Changed
Polled
Added
Batched              30/06/14 07:30:06 GMT
Posted               04/07/14 21:00:09 GMT
Elapsed Time         In 00:00:00    out 00:18:09
Total Time in Contact   00:03:1

CONFIDENTIAL

SPD-NY 0084119

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1447 of 1452

JA6171



# 001649963A Contact Details

**Primary** contact received by **Telephone** on **26/06/14** *Closed on Call* processed **03/07/14** Follow Up Required? **N** Status: **Complaint Complete**

Primary Customer

|  |  |
|---|---|
| Account No: | NA00637474 |
| Lang Type: | EN-US |
| Cust Type: | Consumer |
| Region: |  |

General

| Report Period: | 201406 | Source: |  |
|---|---|---|---|
| Severity |  | Priority: | 0 |

Primary Issue

| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): |  |
|---|---|---|---|
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: |  |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | Track issue |
|  |  | Investigation Concl.: | NOTOBV |
| Location: | USA |  |  |
| Foil Lot: | CEN626/1 | Misc Item: |  |
| Box Expiry: | 2016-07 | Misc Date: |  |
| Kit Lot: | 4060937241 | Escalation Level: | 1 |
|  |  | FOC: | 1 |
|  |  | Product Return: |  |
| Evidence Store |  | Occurrences: |  |
| Verbatim: | SFDC Trend Code: 3168 2 PGT, same EMU STREAM 1 T, POS 2-3, 2 T, POS 1-2. STREAM, UNDERWET. NOINVERT. Will send FOC. AD, time correctly. |  |  |

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1

| Enclosures: | Forms: | Checks: |
|---|---|---|
|  | Instruction | .00 |
|  | Label |  |
|  | Envelope | .00 |

CONFIDENTIAL

SPD-NY 0084120

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1448 of 1452

**JA6172**

Letter
Check
Chk Req
Coupon

Total Value:
0.00

Letter   Custom? N Date:

Audit Log
27/06/14 2:37:27 AM - insert histdet
KEY VALUE: 001649963A
NEW Received: 06/26/14 (OLD: ?)
NEW Foil: CEN626/1
NEW Other: NONE
NEW Box Exp: 2016-07
NEW Kit: 4060937241
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 2 (OLD: 0)
NEW Response Type: P
NEW ST: CA
NEW Subject: 2+CBCONF
NEW Conclusion: PRECONCL

Redacted - Personally Identifying Information

Redacted - Personally
Identifying Information

Redacted - Personally Identifying
Information

03/07/14 2:37:31 AM - update histdet -
KEY VALUE: 001649963A
NEW Investigation: NOTOBV
NEW Response Type: NR (OLD: P)
NEW ST: CP (OLD: CA)
NEW Subject: CONFLCI (OLD: 2+CBCONF)
NEW Conclusion: TRACK (OLD: PRECONCL)

Owner/Dates/Times
Current Owner
Last Changed
Polled
Added
Batched
Posted
Elapsed Time
Total Time in Contact

Redacted - Personally Identifying
Information

03/07/14
03/07/14
In    out

CONFIDENTIAL

SPD-NY 0084121

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1449 of 1452

**JA6173**



# 001650343A Contact Details

**Primary** contact received by **Social Media** on **27/06/14** *Closed on Call* processed **02/07/14** *Follow Up Required? N Status:* **Complaint Complete**

## Primary Customer

| | | |
|---|---|---|
| | Account No: | NA00638307 |
| | Lang Type: | EN-US |
| | Cust Type: | Consumer |
| | Region: | |

### General

| | | | |
|---|---|---|---|
| Report Period: | 201406 | Source: | |
| Severity | | Priority: | 0 |

### Primary Issue

| | | | |
|---|---|---|---|
| Product: | Clearblue Digital PT-Conception Indicato | Product Age (m): | |
| Item/UPC: | Clearblue Digital Pregnancy Test with weeks | Pkg Code: Occurred: | |
| Subject: | Conflicts with dr dates, test or dates | Conclusion: | User issue |
| | | Investigation Concl.: | OTHER |
| Location: | USA | | |
| Foil Lot: | NOLOT | Misc Item: | |
| Box Expiry: | | Misc Date: | |
| Kit Lot: | NONE | Escalation Level: | 1 |
| | | FOC: | 1 |
| | | Product Return: | |
| Evidence Store | | Occurrences: | |

Verbatim: SFDC Trend Code: 3168 Amazon comment on 6/17/2014 'I bought these so I could watch the weeks change as my hcg rises. The weeks progressed how they should until I got a 3+ weeks on a Saturday. I took another test on the following Monday using afternoon urine thinking my hcg should be high enough to still give me the 3+. Well it didn't......it gave me 2-3 weeks and I freaked out. I have a history of miscarriage and this pregnancy has been progressing way better with beta levels well above past #s. So of course I took to the internet to find some type of explination. Well I found I wasn't alone and found people that had experienced the same thing and had everything be ok. So I thought I'd test it out again today. So with fmu (first morning urine) I got my 3+ back. I waited a few hours after I had a little bit of water to drink and I'm now getting 2-3 weeks again. I know they say not to do this but I've

CONFIDENTIAL

SPD-NY 0084122

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1450 of 1452

been breaking the tests open and comparing the lines to previous tests. It seems like
b

Short Notes

Response: Closed on Call   Batch: 1   Letterhead: 1
Enclosures:                                                    Forms:                    Checks:
                                                               Instruction               .00
                                                               Label
                                                               Envelope                  .00
                                                               Letter
                                                               Check
                                                               Chk Req                   Total Value:
                                                               Coupon                    0.00

Letter   Custom? N Date:

Audit Log
30/06/14 2:37:58 AM - insert histdet    Redacted - Personally Identifying
KEY VALUE: 001650343A                   Information
NEW Received: 06/27/14 (OLD: ?)
NEW Foil: NOLOT
NEW Other: NONE
NEW Kit: NONE
NEW Esc Level: 1
NEW Report Period: 201406
NEW Product: CBDP09
NEW Qty: 1 (OLD: 0)
NEW Response Type: P
NEW ST: QC
NEW Subject: CONFLCI
NEW Conclusion: PRECONCL
Redacted -
Personally Identifying                  Redacted - Personally Identifying Information
02/07/14 2:38:05 AM - update histdet -
KEY VALUE: 001650343A
NEW Investigation: OTHER
NEW Response Type: NR (OLD: P)
NEW ST: CP (OLD: QC)
NEW Conclusion: USER (OLD: PRECONCL)

Owner/Dates/Times
Current Owner          Redacted - Personally Identifying Information
Last Changed
Polled
Added
Batched                02/07/14
Posted                 02/07/14

CONFIDENTIAL                                      SPD-NY 0084123

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1451 of 1452

Elapsed Time     In   out
Total Time in Contact

CONFIDENTIAL

SPD-NY 0084124

Church & Dwight v. SPD
14-CV-585 (AJN)
PTX 066 - Page 1452 of 1452